UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-cr-60016-WILLIAMS/SNOW

18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

JAMES E. PRICE, III,

Defendant.
_____/

FILED by RB  D.C.

JAN 26 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – FT. LAUD.

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

Between on or about January 6, 2011 and January 24, 2011, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JAMES E. PRICE, III,**

did knowingly distribute a visual depiction using a means and facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct; in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

### COUNT 2

On or about February 16, 2011, in Broward County, in the Southern District of Florida, the defendant,

## JAMES E. PRICE, III,

did knowingly possess matter, that is, computer files stored on a computer hard drive and storage media, that contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct; in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## **FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are re-alleged and incorporated by reference herein for purposes of alleging forfeiture to the United States of America of certain property in which the defendant has an interest, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of the offenses alleged in this Indictment, the defendant, JAMES E. PRICE, III, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any visual depiction described in Title 18, United States Code, Section 2252, or any other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense. The property includes, but is not limited to, the following:

(a) One (1) HP desktop computer, serial number USH916016S;

(b) One (1) 1500 GB Maxtor external hard drive, serial number 2HAS9YH1;

2

(c) One (1) 160 GB One Touch 4 Mini external hard drive, serial number E79A-BF54; and

(d) One (1) IBM Think-pad laptop computer, serial number LVA5423.

All pursuant to Title 18, United States Code, Sections 2253(a) and (b), and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

G                                                                      I

WIFREDO A. FERRER
UNITED STATES ATTORNEY

MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY

THOMAS FRANZINGER
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

                                  **CERTIFICATE OF TRIAL ATTORNEY***

JAMES E. PRICE, III,

                **Defendant.**
                                  /   **Superseding Case Information:**

**Court Division**: (Select One)       New Defendant(s)           Yes ____  No ____
                                       Number of New Defendants    ____
___ Miami    ___ Key West              Total number of counts      ____
_X_ FTL      ___ WPB      ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  _No_
   List language and/or dialect

4. This case will take  _3-4_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_           Petty    ____
   II   6 to 10 days     ____          Minor    ____
   III  11 to 20 days    ____          Misdem.  ____
   IV   21 to 60 days    ____          Felony   _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _No_
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes  _X_ No

                                       _____
                                       MARK DISPOTO
                                       ASSISTANT UNITED STATES ATTORNEY
                                       Court No. A5501143

*Penalty Sheet(s) attached                                      REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>JAMES E. PRICE, III</u>

**Case No:**

**Count 1**

<u>Distribution of Child Pornography</u>

<u>Title 18, United States Code, Section 2252(a)(2)</u>

**\*Max. Penalty:** <u>5-20 years' imprisonment; 5 years to life supervised release; $250,000 fine</u>

**Count 2**

<u>Possession of Child Pornography</u>

<u>Title 18, United States Code, Section 2252(a)(4)(B)</u>

**\*Max. Penalty:** <u>Ten years' imprisonment; 5 years to life supervised release; $250,000 fine</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**