12 cr 60016 - Williams




# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff

CASE NUMBER: CR-

-vs

REPORT COMMENCING CRIMINAL ACTION

James E. Price, III
Defendant

98922-004
USMS NUMBER

TO: CLERK'S OFFICE ☐ MIAMI ☒ FT. LAUDERDALE ☐ W. PALM BEACH

CHECK THE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE'S COURT ABOVE

COMPLETE ALL ITEMS. IF INFORMATION IS NOT APPLICABLE, ENTER N/A.

1. DATE AND TIME OF ARREST: 1/30/12   9 AM
2. LANGUAGE(S) SPOKEN: English
3. OFFENSE(S) CHARGED: 18 § 2252  Distribution and Possession of child porn
4. DATE OF BIRTH: 10/26/1970

TYPE OF CHARGING DOCUMENT (CHECK ONE):
☒ INDICTMENT
☐ INFORMATION
☐ PROBATION VIOLATION WARRANT
☐ COMPLAINT TO BE FILED/ ALREADY FILED
☐ BENCH WARRANT FOR FAILURE TO APPEAR
☐ PAROLE VIOLATION WARRANT

5. ORIGINATING DISTRICT: <u>SOUTHERN DISTRICT OF FLORIDA</u>
6. REMARKS: ____
7. DATE: 1/30/2012
8. ARRESTING OFFICER: <u>SA Alexis Carpinteri / Detective Robert Mauro (FLPD)</u>
9. AGENCY: <u>FEDERAL BUREAU OF INVESTIGATION</u>
10. TELEPHONE NUMBER: ____ OFFICE
    305-787-6700