AO 442    (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern          District of          Florida

UNITED STATES OF AMERICA

v.

JAMES E. PRICE, III,

**WARRANT FOR ARREST**

Case Number: 12-cr-60016-Williams

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JAMES E. PRICE, III___
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release    ☐ Probation    ☐ Supervised Release    ☐ Violation Notice
   Violation Petition    Violation Petition    Violation

FILED by __RB__ D.C.

JAN 26 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA - FT. LAUD.

charging him or her with   (brief description of offense)

distribution and possession of child pornography

in violation of Title __18__ United States Code, Section(s) __2252(a)(2) and 2252(a)(4)(B)__

Steven M. Larimore
Name of Issuing Officer

Court Administrator/Clerk of Court
Title of Issuing Officer

_____
Signature of Issuing Officer

1-26-2012
Date and Location

**RETURN**

| This warrant was received and executed with the arrest of the above-named individual at Ft Lauderdale, Fl |||
|---|---|---|
| DATE RECEIVED<br>1/26/2012 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>2/2/2012 | Sabrina Livingston, SDUSM | |