UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-cr-60016-KMW

UNITED STATES OF AMERICA,
    Plaintiff,

v.

PRISONER#
LANGUAGE:

James E. Price, III,
    Defendant,

## ARRAIGNMENT INFORMATION SHEET

    The above named Defendant appeared before Magistrate Judge Robin S. Rosenbaum on February 8, 2012, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENSE COUNSEL: Jeffrey Voluck

BOND SET: $250,000 10% bond posted on 2/3/2012

Dated this Wednesday, February 8, 2012

                        STEVE LARIMORE
                        CLERK OF COURT
                        By: *Ronald Berry*
                        Deputy Clerk