UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-60016-CR-WILLIAMS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMES PRICE, III,

        Defendant.
_____/

## ORDER DENYING MOTION FOR PRODUCTION AND SETTING HEARING ON MOTION TO SUPPRESS

THIS MATTER is before the Court upon Defendant's Motion for Production of Grand Jury Proceedings [D.E. 32] and Motion to Suppress [D.E. 33].

The Motion to Suppress is set for hearing before Judge Kathleen M. Williams on **Thursday, May 10, 2012** at 10:00 A.M. at the United States District Court, Fort Lauderdale, Florida.

As to the Motion for Production, Defendant requests "production of the grand jury proceedings in their entirety (including but not limited to transcripts of witness testimony, transcripts of prosecutors' comments, transcripts of prosecutors' statements, and questions and answers as it relates to the grand jurors' inquiries)" because Defendant believes that the prosecutors improperly told the grand jury that Defendant was under investigation for child pornography in 2000. Mot. at 1. Courts require a strong showing of "a particularized need" before compelling disclosure of grand jury proceedings because of the inherent need for secrecy in grand jury deliberations. *Pittsburgh Plate Glass Co. v. United States*, 360 U.S. 395, 400 (1959). The Court finds that Defendant

has not met his burden of demonstrating that the need for the disclosure outweighs the need for secrecy in grand jury proceedings, and that the request is constrained to only the material needed. *See Douglas Oil of California v. Petrol Stops Northwest*, 441 U.S. 211 (1979). The Defendant has put forth no evidence that (1) the grand jury received information about the 2000 investigation, and (2) that even if such information had been disclosed to the grand jury, that such information would have misled the grand jury. Moreover, the Court's finding that Defendant has failed to carry his burden is supported by the representation of the Assistant United States Attorney that he has reviewed the grand jury transcripts and that no reference was made to the 2000 investigation. The Motion for Production is therefore DENIED.

DONE AND ORDERED in Chambers in Miami, Florida, this 3rd day of April, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    counsel of record