UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-60016-KMW-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMES E. PRICE, III,

        Defendant.
_____/

## NOTICE OF FILING CHARACTER LETTERS

Comes now, the Defendant, JAMES E. PRICE, III, by and through his undersigned counsel and files character letters in support of Defendant, James E. Price, III. Defendant files the following letters:

1. Letter from Kenneth J. Celecia

2. Letter from Steve Harms

WHEREFORE, the Defendant files these character letters in support of James E. Price, III.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk using CM/ECF and furnished to all parties of record this 27th day of September, 2012.

        VOLUCK & MERLINO, P.L.
        101 N. E. Third Avenue, Suite 1430
        Fort Lauderdale, Florida 33301
        Telephone: 954-467-8989
        Facsimile: 954-745-7698
        E-Mail: acquit00@bellsouth.net

        By: /s/ Jeffrey M. Voluck
        Jeffrey M. Voluck
        Florida Bar.: 0113750