September 18, 2012

The Honorable Kathleen Williams
US District Judge, Southern Florida District
400 North Miami Avenue – 11-3
Miami, FL 33128

Dear Judge Williams,

By way of introduction, my name is Ken Celecia. I am a long time friend and co-worker of James E. Price III. I would like to first thank you for reviewing this letter; the purpose of which is to tell you a little about James and to convey the type of person that he is.

I first met James when we both worked together at Cypress Communications back in the late 1990's. At the time, I was an Account Executive and James was a Sales Engineer (SE). My job was to conduct the sales-related operations and James' job was to handle the technical aspects of the opportunities that I had uncovered. I had worked with several SE's before and I found them to be quite robotic by nature. James was wholly different. He actually had a personality! We became a successful team and friends. When I was promoted to Sales Manager, one of the essential members of our team that I needed in order to be successful was James. Through his efforts, the Atlanta branch led the company in sales.

When the internet bubble burst, James and I took other jobs but we kept in close touch. In 2007, I was unhappy at the job I was at and was hoping (and praying) for another sales opportunity to come along. As luck would have it, I got a call from James soon after I began my job search. My wife was pregnant with our third child and I needed to secure a well paying job with a viable company in a growing industry. James provided that and I began a career in software sales. I remain in the software sales sector and I can honestly say that the opportunity that he provided me and my family was a Godsend. James took the time to train and mentor me which eventually led to the sale of his company to a much larger concern. Though I was not technically a shareholder of James' company, he forwarded a special bonus to me due as a thank you for the hard work I provided (his words).

I have seen James "up close and personal" for many years now. He is a close friend and the type of person that I would want if I ever needed a friend and ally. I have seen him with his three sons and I can say that the separation from them will be very difficult for him. I would ask that your Honor take into account the content of this letter and his three boys as you issue your sentence as well as the location where his sentence will be carried out. I know James will do everything in his power to rectify the things that have gone wrong and I am convinced that he will weather this period with grace and resolve.

Once again thanks for taking the time to review this letter.

Best regards

Kenneth J. Celecia

September 10, 2012


The Honorable Kathleen Williams
US District Judge, Southern Florida District
400 North Miami Avenue
11-3
Miami, FL 33128


Dear Judge Williams,

Your Honor, I am writing to you today concerning the sentencing of James E. Price III. Over the last 2 years it has been my pleasure to come to know Mr. Price both personally and professionally. I am writing to you in the hope that my observations of his character can be taken into consideration in your sentencing decision.

On a personal level, I know James to be a truly committed father and friend. His world revolves around his three sons. In both word and deed he has consistently demonstrated his willingness to do anything required to take care of support his sons.

I have known James more on a professional level and in this regard, I can say without hesitation that he proven to be one of the most honest and ethics conscious individuals I have ever had the pleasure of working with. His commitment to personal integrity is beyond reproach. In a business environment stressed with economic hardship and mired with the selfish pursuit of personal gain, James has shown a steadfast commitment to do what is right, not what is most profitable. This made him an invaluable asset to me and my company.

He has donated hundreds of hours of his time to several of the non-profit organizations we work with. When they needed help and had no resources to pay for contractors or consulting, James would frequently and willingly offer both his time and expertise at no charge.

In closing, Your Honor, it my hope that you will take these factors into consideration as you decide Mr. Prices' fate. I hope you can find the compassion to place him in a facility where he can be easily visited by family and friends and the mercy to recognize the value of this man in these difficult times.

Sincerely,

*Steve Harms*
Steve Harms