## UNITED STATES EXHIBIT LIST

UNITED STATES vs. JAMES E. PRICE III  
CASE NO. 12-60016-CR-WILLIAMS     (**RESTITUTION HEARING**)

ASSISTANT U. S. ATTORNEY MARC S. ANTON  
PAGE _1_ OF __1_

| EXHIBIT | DESCRIPTION | WITNESS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 1 | Resume of Dr. Randall L. Green, PhD. | | | |
| 2 | Psychological Report dated May 22, 2009 | | | |
| 3 | Psychological Report dated December 2, 2009 | | | |
| 4 | Psychological Report dated July 5, 2010 | | | |
| 5 | Psychological Report dated March 13, 2012 | | | |
| 6 | Declaration of Victim's Counsel in Support of Restitution | | | |
| 7 | Vocational Assessment by Merrill Cohen | | | |
| 8 | Economic Report by Stan Smith | | | |
| 9 | Victim Impact Statement – "Vicky" | | | |