# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED by __MC__ D.C.
ELECTRONIC

APR 11, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 11, 2014

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 13-11684-AA
Case Style: USA v. James Price, III
District Court Docket No: 0:12-cr-60016-KMW-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Eleanor M. Dixon, AA
Phone #: (404) 335-6172

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 13-11684-AA

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES E. PRICE, III,

Defendant - Appellant.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

O R D E R:

Appellee's motion to supplement the record on appeal with the "General Affidavit and Application for Search Warrant" and the "Search Warrant" is GRANTED.

_____
UNITED STATES CIRCUIT JUDGE