UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-cr-60016-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES E. PRICE III,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Defendant's multiple *pro se* motions, including two motions for a new trial (DE 185; DE 186); a motion for extension of time (DE 188); and a motion for default judgment. (DE 189). Having reviewed the motions and the record, it is **ORDERED AND ADJUDGED** that Defendant's motions (DE 185; DE 186; DE 188; DE 189) are **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 4th day of February, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: James E. Price, III
98922-004
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 779800
Miami, FL 33177