IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by _AP_ D.C.

MAR 03 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

The United States of America - PLAINTIFF §
§
v. §    Case No. 12-CR-60016-KMW
§    USCA No. 16-10628-G
James Price - DEFENDANT §
§

## AMENDED PRO SE MOTION FOR INDICATIVE RULING, EVIDENTIARY HEARING, RECONSIDERATION/REHEARING OF MOTIONS AND TO COMPEL GOVERNMENT TO PRODUCE EVIDENCE

The Pro Se Defendant, James Price ("Defendant"), respectfully moves this Court for an indicative ruling to set an evidentiary hearing, compel the Plaintiff ("Government") to produce evidence, reconsider/rehear the Defendant's motions at docket entries ("DE") DE 185, DE 186, DE 192 and as grounds, states as follows:

I. GROUNDS FOR RELIEF

   A. INDICATIVE RULING, EVIDENTIARY HEARING AND RECONSIDERATION/REHEARING

   1. The Defendant specifically incorporates all arguments made in his initial Pro Se Motion for Indicative Ruling, Evidentiary Hearing and Reconsideration/Rehearing of Motions at DE 196 pending before this Court.

   2. The Defendant acknowledges the specialized technical nature of the facts and evidence at issue in the instant case and simultaneously offers the paradoxically simple means of evidentiary evaluation, Occam's Razor.

An "in court inspection" of the following evidentiary items:

   a.  BlackBerry Model 9530, **Property Receipt Item #8,** PIN No. 30485768
   b.  BlackBerry Model 9550, Government's Trial Exhibit #40
   c.  Apple iPhone, **Property Receipt Item #4,** ESN 9.90001E+13

These evidentiary items will be compared to the Property Receipts provided by the Government at DE 176, the Government's Trial Exhibit #41 at DE 95 and the original Verizon Wireless records subpoena, signed by this Court's Magistrate Judge, the Honorable William C. Turnoff **on March 18, 2013.** A simple, in court comparison, of the **physical devices** to the **documentary records** will unequivically demonstrate the physical device and related evidence offered by the Government as evidence are in fact **different** from the device recorded on the Property Receipt and **confirmed** by the original Verizon Wireless records subpoena.

B.   MOTION TO COMPEL GOVERNMENT TO PRODUCE EVIDENCE

3. The Government has acknowledged as fact, the **undisputed** allegations of tampered evidence, falsified evidence and manufactured evidence in **unopposed** motions before this Court. Therefore, in the interest of justice, this Court should compel the Government to produce the above listed mobile devices in evidence for an "in court inspection" and comparison with the documentary records.

4. The Government is in physical possession of the above listed evidentiary items and should therefore be compelled to deliver all the specified items in tact, with complete chain of custody documentation, charged and with the necessary accessories to perform a "Power-On" inspection before this Court.

## II.  SUMMARY

5. The evidence in the instant case is significantly technical in nature and is therefore difficult to evaluate in the abstract. Given this fundamental challenge in evidentiary evaluation, this Court should order an evidentiary hearing and compel the Government to produce the evidentiary items for inspection and a records comparison before this Court.

**WHEREFORE**, in view of the foregoing, the Defendant respectfully requests this Court issue an Indicative Ruling to set an evidentiary hearing, compel the Government to produce evidence and reconsider the Defendant's Pro Se motions.

Respectfully Submitted,

James Price - 98922004
Pro Se Defendant
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177

## CERTIFICATE OF INTERESTED PERSONS

### United States v. James Price

### Case No. 12-CR-60016-KMW

The Defendant files this Certificate of Interested Persons, listing parties interested in this case, as required.

Ferrer, Wilfredo, United States Attorney
Price, James, Defendant
Rosenbaum, Honorable Robin S., United States District Judge
Turnoff, Honorable William C., United States Magistrate Judge
United States of America, Plaintiff
Williams, Honorable Kathleen M., United States District Judge

## PROOF OF SERVICE

I, James Price, declare that on this date, February 28, 2016, as required, have served the enclosed AMENDED MOTION FOR INDICATIVE RULING, EVIDENTIARY HEARING, RECONSIDERATION/REHEARING OF MOTIONS AND TO COMPEL GOVERNMENT TO PRODUCE EVIDENCE on each party to the above proceeding and on every other person required to be served by depositing an envelope containing the above document in the United States mail, properly addressed to each party and with first-class postage prepaid. The name and address of the party served is as follows: Wilfredo Ferrer, Esquire, United States Attorney for the Southern District of Florida, 99 N.E. 4th Street, Miami, Florida 33132. I declare under the penalty of perjury, the foregoing is true and correct.

Executed on February 28, 2016.

By: _____
James Price - 98922004
Pro Se Defendant
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177

⇔98922-004⇔
James Price
Federal Correctional
- Institution
P.O. Box 779800
Miami, FL 33177
United States

**USPS TRACKING #**
9114 9011 5981 8975 3591 97

Label 400  Jan. 2013
7690-16-000-7946

USMS INSPECTED

LEGAL MAIL

⇔98922-004⇔
Kathleen M Williams--Esquire
U.S. District Judge
Room 11-3
400 North Miami Avenue
Miami, FL 33128-1810
United States