March 13, 2016

FILED by [illegible] D.C.

MAR 17 2016

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. - MIAMI

12-60016-CR KMW

Supreme Court of the United States
Office of the Clerk
ATTN: Redmond K. Barnes
Washington, D.C. 20543-0001

RE: Price v. United States
No. 15-5225

Dear Mr. Barnes:

I received your letter dated March 1, 2016 on March 11, 2016. Based on our conversation I printed out Rule 44, reviewed it and I have attached a certificate written to the best of my ability stating the grounds upon which I have requested rehearing are limited to the intervening circumstances and on substantial grounds not previously presented. I also further certify that the petition for rehearing is presented in good faith and not for delay.

It is the last item that gives me some pause and I feel is worth an extended note. In the intervening three month between when my motion for rehearing was postmarked and when it was received, I filed a motion for new trial with the U.S. District Court. The motion for rehearing was "lost" (read intercepted) three times en route to your office and I had candidly lost faith that it would ever be received by your office. I had written a letter to the district court in October 2012 requesting a new attorney and a new trial, the court held a hearing to dismiss my previous trial counsel and appoint new counsel but never ruled on the motion for new trial. Realizing I had an opportunity to seek relief in the venue where the issues arose, I filed motions for leave to file and for new trial with the district court December 29, 2015, the motions were docketed on January 4, 2016.

On January 7, 2016, my prison was placed in Lockdown due to gang violence that sent six prisoners to local hospitals with broken jaws, concussions, skull fractures and other lacerations. In an attempt to be proactive with the court, I filed a motion for an extension of time to file responses, rebuttals, etc. in anticipation of the Government's response. This is a case involving very serious and well documented allegations of Government misconduct i.e., perjury, evidence tampering and falsifying evidence, to gain an unlawful conviction.

The Government failed to respond to either the motion for leave to file or the motion for new trial. Not being an attorney nor having one (the district court denied my motion for standby counsel) I was unsure how to proceed in the extremely rare circumstance where the Government having been caught in photographic and subpoena evidence of gross misconduct, simply chose not to respond to motions in a criminal matter. In late January 2016 I filed for default judgment under FED.R.CIV.P.55 calculating that (a) I would be granted a new trial since by failing to respond, the Government effectively admitted the well-pleaded claims as fact, (b) the move for default judgment would prompt the Government to respond or (c) the district court would minimally set an evidentiary hearing. Instead the district court denied the **unopposed motions** without opinion.

On February 7, 2016, I filed Notice of Appeal. I am neither a lawyer nor a particularly gifted writer but I am nothing if not persistent and I have been wronged. I half expected the district court to deny my notice of appeal but instead it was granted and the record forwarded to the USCA in twenty-four hours. I looked up the FED.R.APP.P, followed the instructions and per the clerk of the court as of March 3, 2016, my appeal (USCA No. 16-10628-G) has been docketed with no deficiencies.

I believe very strongly that people and the courts should do what is proper therefore, having reviewed FED.R.APP.P. 12.1, I filed a motion with the district court for an Indicative Ruling to set an evidentiary hearing, compel the Government to produce evidence and to rehear my motion for new trial. True to form, in more than five months and seventeen filings, the Government has yet to file even a single response. The district court has not yet ruled and the Government has unitl March 21, 2016 to file a response to the amended motion for indicative ruling.

I have enclosed the Rule 44 certificate per your request but due to the circumstances and the other proceedings I felt it proper to make you and this Court aware of what has transpired in the intervening time. I do not know if any of these matters present any procedural issues to moving forward in this Court or vice versa but in an abundance of caution I wanted to inform you.

I believe the Court should grant review in this case and address the issues(s) of discovery in the digital age. We now find ourselves at a historical cross-roads where the Government has sought to conscript a private company to work against its commercial interests to aid law enforcement in investigations (Apple Inc. v. FBI iPhone). There the Government make the claim that national security and public safety supersede the need for privacy, see also the thirty or so other pending requests for assistance in other types of cases. Here, in Price v. United States, the Government has **my iPhone** but the Government refuses to disclose the contents of **my iPhone** because it conflicts with their case in chief.

Justice cannot prevail when we lack full transparency and a unified system of standards. Brady and its progeny are well settled in the pre-digital age however, in the ubiquitious world of the Internet of Things, the Cloud and mobile everything we look to this Court for guidance, for clarity and to unify the law of the land.

Thank you again for all your assistance and your patience throughout this process and if you have any questions please contact me through Hardy Williams at 305-259-2100.

Respectfully Yours,

James Price - 98922004
Pro Se Petitioner/Appellant/Defendant
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177
305-259-2100

Enclosures
cc: Honorable Kathleen M. Williams, United States District Judge

NO. 15-5225

IN THE SUPREME COURT OF THE UNITED STATES

James Price - PETITIONER

VS.

The United States of America - RESPONDENT

## CERTIFICATE OF COMPLIANCE

I, James Price, hereby certify in accordance with Supreme Court Rule 44, the enclosed Motion for Reconsideration/Rehearing is presented in good faith and not for the purposes of delay. Further, the undersigned hereby certifies this petition is limited to the intervening circumstances, on substantial grounds not previously presented and in support, states as follows:

The Petitioner asserts the Petition should be reheard on the limited intervening circumstances of the Court's decisions in Riley v. California and United States v. Graham (citations omitted) and on the substantial grounds that the Petition represents the third leg of decisions in these cases regarding mobile devices and mobile device data discovery in the post-Brady digital age. Stated simply, Price v. United States is to Riley and Graham as Giglio is to Brady.

In Riley the Court defined mobile phones as a new category in privacy law, in Graham a precedent was set for the privacy of location and other types of data. In short form, the Court recognized in Riley the necessity of a warrant to seach a mobile device and in Graham recognized the necessity of a warrant to obtain and use Cell Site Location Information (CSLI). The Court

**did not** however, define the fundamental applicability of Brady to the digital evidence **contained by** the mobile devices once seized, as brought to issue in the instant case. This issue is of substantial importance when, as in the case of the Petitioner, the mobile devices seized by the Government contain **exclusive copies** of exculpatory evidence (data, metadata, etc.) not otherwise available.

The Petitioner in Price v. United States, asserts the "rule of Brady" applies equally to mobile devices and **all** the data contained by devices in the age of the Internet of Things, "the Cloud", cloud-services, data and metadata. The Government argues for and seeks access to all available devices and data (See Apple Inc. v. FBI iPhone and the more than thirty other pending requests for assistance accessing mobile devices) but maintains that no burden exists to disclose data outside its narrowly tailored needs, ignoring the broader needs of justice. Thus the Government purports to act as a non-partisan clearinghouse of data, free to determine what data may be deemed exculpatory, inculpatory or otherwise material while simultaneously acting as a partisan force of prosecution.

Justice cannot prevail when we lack full transparency and a unified system of standards. Brady and its progeny are well settled in the pre-digital age however, in the ubiquitious world of the Internet of Things, the Cloud and mobile everything we look to this Court for guidance, for clarity and to unify the law of the land.

I declare under the penalty of perjury, the foregoing is true and correct. Executed on March 13, 2016.

By: ______________________

James Price - 98922004

⇔98922-004⇔
James Price
Federal Correctional
- Institution
P.O. Box 779800
Miami, FL 33177
United States
USMS
INSPECTED
Appeals
UNITED STATES
POSTAL SERVICE®
USPS TRACKING #
9114 9014 9645 0204 5082 42
Label 400 Jan. 2013
7690-16-000-7948
LEGAL MAIL
⇔98922-004⇔
Kathleen M Williams--Esquire
U.S. District Judge
Room 11-3
400 North Miami Avenue
Miami, FL 33128-1810
United States
JUDICIAL NOTICE: RE:SCOTUS 15-5225