# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 03, 2016

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 16-10628-GG
Case Style: USA v. James Price, III
District Court Docket No: 0:12-cr-60016-KMW-1

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Eleanor M. Dixon, GG/lt
Phone #: (404) 335-6172

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

FILED BY H.H. Deputy Clerk
Nov 3, 2016
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 16-10628-GG

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES E. PRICE, III,

Defendant - Appellant.

Appeal from the United States District Court
for the Southern District of Florida

Before: WILSON and JULIE CARNES, Circuit Judges.

BY THE COURT:

Appellant's "Motion to Withdraw Appeal," which is construed as a motion to voluntarily dismiss the instant appeal, is GRANTED.

Any pending motions are DENIED AS MOOT.