UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-62141-CIV-WILLIAMS

JAMES E. PRICE, III,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

**THIS MATTER** is before the Court upon Magistrate Judge Patrick A. White's Report re Vacating (the "Report"). (DE 25). In the Report, Judge White recommends that this Court vacate a previous report dated September 13, 2016 (DE 7) and the Court's order entered September 21, 2016 affirming and adopting that report. (DE 14). The time to file objections has passed.

Elsewhere, Judge White explained that the report dated September 13, 2016 (DE 7) inaccurately characterized Movant James E. Price III's appeal of the Court's Order denying multiple post-judgment *pro se* motions filed in his criminal case (*See United States v. Price*, Case No. 12-60016-CR, DE 190, DE 191) as a direct appeal of his criminal conviction. (*See Price v. Warden B.H. Romero*, Case No. 16-62649-CIV, DE 7 at 2-4). Accordingly, the September 13, 2016 report recommended that the Court dismiss this case without prejudice for lack of jurisdiction given the pendency of Price's direct appeal. (DE 7 at 2). The Court then independently reviewed the record and the September 13, 2016 report, and on September 21, 2016, entered an order adopting that report and dismissing this case without prejudice for lack of jurisdiction. (DE 14 at 2).

Upon review of the Report and additional review of the record and applicable case law, the Court finds that the report dated September 13, 2016 (DE 7) and the Court's order dated September 21, 2016 adopting that report (DE 14) were entered in error. Before Price filed this case, he had initiated a separate direct appeal of his criminal conviction that had already been resolved. (*See United States v. Price*, Case No. 12-CR-60016, DE 122, DE 123, DE 179, DE 183). Thus, the Court's assumption that it was without jurisdiction to hear this case during the pendency of Price's direct appeal (DE 14 at 2) was erroneous. Moreover, the Court's dismissal of this case without prejudice (DE 14 at 2) was erroneous because it had the effect of a dismissal with prejudice given the time bar of 28 U.S.C. § 2255(f)(1). *See Hilel v. United States*, 444 F. App'x 419, 420 (11th Cir. 2011).

Consequently, the Court agrees with the recommendation set forth in the Report and it is hereby **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 25) are **AFFIRMED AND ADOPTED**.
2. This case is **REOPENED**. The report dated September 13, 2016 (DE 7) and the Court's order dated September 21, 2016 (DE 14), and the ensuing orders dated September 23, 2016 (DE 15), September 27, 2016 (DE 18), and September 30, 2016 (DE 21) are **VACATED**.
3. Pursuant to Administrative Order 2003-19, this case is **REFERRED** to Magistrate Judge Patrick A. White for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ____ day of December, 2016.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC: James E. Price, III
98922-004
Federal Corrections Institution Inmate Mail/Parcels
P.O. Box 779800
Miami, FL 33136

James E. Price, Pro Se
Inmate #501604511
Broward County Main Jail
555 S.E. 1st Avenue
Fort Lauderdale, FL 33301
(Temporary Address)