UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA

       Plaintiff,

v.                                    CASE NO: 0:12-CR-60016-KMW

JAMES E. PRICE, III.,

       Defendant.
_____/

## COUNSEL'S RESPONSE TO DEFENDANT'S PRO SE MOTION TO TERMINATE COUNSEL

      COMES NOW, the undersigned counsel and files this Counsel's Response To Defendant's Pro Se Motion To Terminate Counsel and states as follows:

      1.    In light of the utterly false statements and accusations made by the defendant in his Motion to Terminate Counsel, the undersigned counsel has no objection to the defendant's motion.

                                        Respectfully submitted,

                                        The Del Villar Firm, P.A.

                      By:

                                        Jorge L. Del Villar, Esq.
                                        1450 Madruga Ave
                                        Suite 211
                                        Coral Gables, Florida 33146
                                        Telephone: (305)669-7007
                                        Florida Bar No. 022802
                                        jdv.dvfirm@gmail.com
                                        Attorney for the Defendant