

ב"ה

APPEAL No. 1:12-CR-60016-KMW

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

JAMES PRICE,
Plaintiff-Appellant,
V.
UNITED STATES OF AMERICA,
Appellee-Defendant.

AN APPEAL
FROM THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

DEFENDANT'S STATUS REPORT

James Price
Appellant-Defendant
USM No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800
Tel.: 305-259-2268
Fax.: 305-259-2383
Email.: PriceJamesE@outlook.com

ב"ה

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No: 1:12-CR-60016-KMW

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

JAMES PRICE,
    *Defendant.*
_____/

## DEFENDANT'S STATUS REPORT

1.    Mr. Price **NEVER** refuse any treatment offered by the BOP.

2.    **ALL** of Mr. Price's heart and blood pressure medication, is and has been, strictly in the possession of the BOP. **ALL** of Mr. Price's heart and blood medication is administered and supervised by the BOP.

3.    BOP medication records show that Mr. Price has a one hundred percent (100%) compliance for all prescribed medications.

4. On January 6, 2020, the same day the United States filed its Memorandum in Opposition, Mr. Price was transferred by the BOP to Larkin Community Hospital for heart surgery.

5. The United States knew or reasonably should have known, of Mr. Price's pending heart surgery and deliberately withheld this information from the court.

6. Mr. Price is currently recovering from the first of two (2) heart surgery. Doctors surgically removed an abnormal post-COVID-19 growth from Mr. Price's heart.

7. In addition to the heart damage from COVID-19, Mr. Price suffers from atrial fibrillation as well as TIA. TIA is a post-COVID-19 condition where the body produces micro blood clots that pass into the brain, heart, and lungs and may cause strokes, heart attacks, and other cognitive disorders.

8. There is no known cure for TIA.

9. Mr. Price is currently scheduled for a second heart surgery to place a computerized monitoring implant on his heart.

10. Mr. Price is currently in quarantine despite having tested negative after his second COVID-19 infection due to the BOP concern that he may contract COVID-19 for a third time in less than a year amid the ongoing outbreak at FCI-MIA.

11. Due to the quarantine restrictions Mr. Price is unable to file a more detailed reply to the court at this time.

Dated January 18, 2020

Respectfully submitted,

James Price
Digitally signed by James Price
Date: 2021.01.18 11:49:09 -05'00'

/s/James Price
USM No. 98922004
Plaintiff
Federal Correctional Institution
P.O. Box 779800
Miami Florida 33177-9800
Tel.: 305-259-2268
Fax.: 305-259-2383
Email: PriceJameE@outlook.com

3

y Urgent

UPS Next Day Air®
UPS Worldwide Express
UPS 2nd Day Air®

This envelope is for use with the following services:

▼ Insert shipping doc
under window for

Do not use this envelope f

UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited

RESEARCH ASSISTANCE
(305) 791-2698
THE UPS STORE #0691
734 FRANKLIN AVE
GARDEN CITY   NY 11530-4525

0.1 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 18 JAN 2021

SHIP TO:
UNITED STATES DISTRICT CT
SOUTHERN DISTRICT CT
400 N MIAMI AVE

MIAMI FL 33128-1801

FL 330 9-25

UPS NEXT DAY AIR
TRACKING #: 1Z 830 VX1 01 5351 7819   1

BILLING: P/P

REF #2: TG

ISH 13.00F ZZP 450 39.5V 11/2020

m® or call 1-800-PICK-UPS® (1-800-742-5877)
a pickup or find a drop off location near you.

the Letter rate, UPS Express Envelopes may only contain
e, urgent documents, and/or electronic media, and r
less, UPS Express Envelopes containing items other t
weighing more than 8 oz. will be billed by weight.

ipments
ss Envelope may be used only for documents of no c
countries consider electronic media as documents.
ortexport to verify if your shipment is classified as a

the Letter rate, the UPS Express Envelope must weigh
nvelopes weighing more than 8 oz. will be billed by

nvelopes are not recommended for shipments of el
itive personal information or breakable items. Do n
ent.

ow Envelope
elope with shipping documents printed from a laser
iter on plain paper.

Serving you for more than 100 years
United Parcel Service.