ב"ה

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No: 1:12-CR-60016-KMW**

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

JAMES PRICE,
*Defendant.*

_____ /

FILED BY_____ D.C.

JAN 2 8 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## DEFENDANT'S REPLY IN SUPPORT OF THE MOTION FOR COMPASSIONATE RELEASE/REDUCTION IN SENTENCE

**COMES NOW,** James Price ("the Defendant"), and files this, his reply in support of the **MOTION FOR COMPASSIONATE RELEASE/REDUCTION IN SENTENCE** (ECF 231). The Defendant filed this delayed reply due to his repeated surgical hospitalizations due to complications related to COVID-19. The Defendant received service of the Government response on January 26, 2021, upon his return from Larkin Community Hospital ("LCH").

1

## STATEMENT OF MATERIAL FACTS

1.    The Federal Correctional Institution in Miami (FCI-MIA) DOES NOT have a functional law library or inmate research center.

2.    The housing unit where the Defendant has been assigned has no word processing equipment or typewriters.

3.    The Defendant has been forced to handwrite legal drafts, mailed them to a paid service provider, and paid for third party mailing services to file documents with this Court.

4.    The Defendant's Motion for Compassionate Release/Reduction in Sentence was drafted and mailed to a paid service provider for typing and filing in November 2020, nearly thirty (30) days before he tested positive for COVID-19.

5. All medical records were filed *under seal* at ECF 232/23, pursuant to the rules of the Southern District of Florida.

2

6.   The Defendant DID NOT refuse medical treatment on the evening of December 13, 2020.

7.   On December 13, 2020, the BOP was 4.5 hours LATE in the administration of the Defendant's heart and blood pressure medication.

8.   The BOP controlled and administered *all* of the Defendant's heart and blood pressure medication until January 26, 2021.

9.   The BOP transferred the Defendant to LCH for heart surgery from January 6th to 15th 2021 and again for a second heart surgery from January 19th to 22nd 2021, as a result of complications from COVID-19.

10.   On January 15, 2021, FCI-Miami *ignored and overrode the duty nurse and doctor's recommendations* to return the Defendant to the hospital due to chest pains, difficulty breathing, and irregular heartbeat.

3

## MEDICAL DIAGNOSTIC VERSES DIAGNOSES

11.   From November 30, 2020, until December 22, 2020, the FCI-Miami Dolphin unit was in lockdown/quarantine due to a COVID-19 outbreak. All prisoners including the Defendant, were locked in their cell. On December 23, 2020, FCI-Miami medical staff arrived 4.5 hours late to Mr. Price's cell to administer his blood and heart pressure medication, and to check his blood pressure and heart rate.

12.   The BOP's delayed in the administration of the Defendant's medication *CAUSED*   the dangerously high spike in Mr. Price's blood pressure.

13.   Mr. Price was escorted to the lieutenant's office and *asked* if he believed his high blood pressure was caused by the lateness of the medication or if it was an emergency. The Defendant informed the lieutenant this was NOT the first time that late medication caused a dangerous rise in his high blood pressure.  Moreover, Mr. Price informed the lieutenant that more than ninety (90) minutes had elapsed since he had

4

received the medication, it would have begun to be metabolized, and requested to have his blood pressure retested.

14.   The duty lieutenant ordered the medical staff to retest the Defendant's blood pressure four (4) additional times over a period of one hour, by which time Mr. Price's blood pressure, all be it still high, was BELOW the BOP guidelines for transport to a hospital.

15.   The duty lieutenant informed Mr. Price that he was sorry for the delay in Price receiving his medication, and that he would be escorted back to his cell.

16.   Mr. Price was not ordered to go to the hospital nor was he ordered to sign any "refusal" forms. Had the Defendant been ordered to do either he would have complied. Had he refused an order, he would have received an incident report, which he did not.

17.   The decision by the BOP not to transport Mr. Price to the hospital on December 13, 2020, was a command decision based on scientific facts and supported by temporal events.

18.   Mr. Price filed copies of his medical records under seal pursuant to the local rules of the Southern District of Florida. See ECF 232/233. Many of the records are diagnostic in nature, e.g., clinical encounter notes, test results, etc., and offer only a snapshot-in-time during the process of diagnosis of complex conditions.

19.   The Defendant has requested from the BOP all of the medical records from LCH which contains more definitive diagnoses of Mr. Price's condition. These additional records from the period of January 20, 2021, to January 26, 2021, will be filed separately, under seal from receipt from the BOP.

20.   The BOP has TWICE transferred Mr. Price to an outside hospital for cardiac surgery. The first surgery lasting six (6) hours, removed a post-COVID-19 growth from the Defendant's heart. The second surgery implanted a specialized Wi-Fi/Bluetooth cardiac monitor in Mr. Price's chest, that ONLY works outside the federal prison. Mr. Price will require *at least* one more heart surgery, similar to the first, to remove a second growth on his heart as a result of COVID-19.

21.   There can be little question as to the seriousness of Mr. Price's heart conditions, i.e., atrial fibrillation,  tachycardia, high blood pressure, transient ischemic attack, or the BOP would not have authorized and paid for two surgeries a cardiac implant, and numerous other procedures to keep the Defendant alive.

22.   The fact that the BOP authorized this procedure to keep Mr. Price alive should not change this Court's calculus as to both the continued risk to Mr. Price's life and the likely hood of his reinfection with COVI-19 in prison. Moreover, and specifically relevant to this Court's decision, are the FACTS that (a) these conditions were *caused by* an infection of COVID-19 and (b) there are no "cures" for these conditions. Put simply, Mr. Price will not recover from these conditions, instead, he will be forced to live with them and will ultimately die from them.

## DANGER TO THE COMMUNITY OR
## UNFOUNDED SPECILATIONS

23.   The United States argued (MEM.NOPP. at 8-9) without evidence that the Defendant would be a threat to the community if released.   The government is wrong. A clinical psychologist that specializes in the treatment of sex offenders testified in a pretrial hearing that Mr. Price was neither a pedophile nor a danger to the safety of any other person in the community. The Defendant successfully completed all court ordered sex offender treatment BEFORE trial.

24.   Stated another way, this Court already determined that Mr. Price was *NOT* a risk or danger based on the factors under 18.U.S.C. § 3142, immediately released him on a personal bond, and allowed him to travel outside the district without monitoring.

25.   This Court's decision was reported by Mr. Price's compliance with the conditions of his release unmonitored travel exemplary prison record and his actions as outlined in the Affidavit in Support of Memorandum (ECF 230).

8

26.   The United States assertion that sex offenders generally, and Mr. Price specifically, represent an existential threat to society at large is based on pure speculation, unmoored from scientific facts and available data.

27.   Unable to reconcile its position on sex offenders with the scientific data and study published by the administrated office of the United States Court and the U.S. Probation Office ("USPO"), the United States failed to address the *FACTS*. The facts are simple, non-contact with first time child porn offenders have the absolute *LOWEST RIST*, i.e., represent the least/danger, to any person or the community or any offenders in the system.  The United States response to these facts ... NONE.  Mr. Price is not a danger to the community.

## CONSULSION

28.    The Defendant's medical condition are serious, life threatening, substantially diminished his ability to provide self-care in prison, of a nature he will not recover from, and were the result of complications from him contracting COVID-19 in prison. Mr. Price's cardiovascular conditions will NEVER "get better". Mr. Price will require constant monitoring, medication, and hospitalization.

29.    The BOP authorized the invasive surgical implantation of the device  in the Defendant's chest as a primary means of monitoring and alerting doctors of his condition for urgent treatment. However, due to the Bluetooth and Wi-Fi capabilities of the device the BOP refuses *TO ALLOW* doctors or Mr. Price to use this devise while he is in custody. See Exhibit A

30.    Mr. Price is not a threat to any person or the community. This Court made that decision previously, and Mr. Price's full compliance with the terms of his release, this Court authorizing his unmonitored travel, his exemplary record in prison, and his conduct on behalf of the United States have consistently supported that decision.

**WHEREFORE,** in view of the foregoing, the Defendant respectfully moves this Court for the entry of an order to GRANT the Motion for Compassionate Release/Reduction in Sentence, for immediate release to a term and supervised release and with the special condition that he be restricted to his residence for the first six (6) months.

Dated: January 27, 2021

Respectfully Submitted,

# James Price

Digitally signed by James Price
Date: 2021.01.27
18:29:14 -05'00'

/s/James Price
USM No. 98922004
Plaintiff
Federal Correctional Institution
P.O. Box 779800
Miami Florida 33177-9800
Tel.: 305-259-2268
Fax.: 305-259-2383
Email: PriceJameE@outlook.com

11

# Exhibit

# A

*Confirm Rx™ Insertable Cardiac Monitor System*

Confirm Rx™ Insertable Cardiac Monitor
Model DM3500
myMerlin™ Mobile Application
Models APP1000, APP1001

# Patient Manual

**ST. JUDE MEDICAL**

CAUTION: Federal (USA) law restricts this device to sale by or on the order of a physician.

Unless otherwise noted, ™ indicates that the name is a trademark of, or licensed to, St. Jude Medical or one of its subsidiaries. ST. JUDE MEDICAL and the nine-squares symbol are trademarks and service marks of St. Jude Medical, LLC and its related companies.

Pat. http://patents.sjm.com

© 2017 St. Jude Medical, LLC. All Rights Reserved.

## Important Telephone Numbers

| | |
|---|---|
| Clinician's office | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

1

**Special Instructions**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# Contents

Important Telephone Numbers ........................................... 1

Special Instructions ........................................................ 2

Introduction ................................................................... 3
What is the myMerlin™ Mobile Application? ......................... 3
How does my monitoring system work? .............................. 3
What is the insertion procedure like? ................................. 4
What is recovery like? ................................................... 4
What is a follow-up visit like? ........................................... 4
What special precautions do I need to follow? ..................... 4
What items will I receive? ............................................... 6
When can I begin using the myMerlin™ Mobile
  Application? ................................................................ 7
When do I record my heart's electrical activity with the
  myMerlin™ Mobile Application? ....................................... 7

Using the myMerlin™ Mobile Application ........................... 7
Precautions ................................................................. 8
Download the myMerlin™ Mobile Application ....................... 8
Set up the myMerlin™ Mobile Application ........................... 9
Keep your Smart Phone or Tablet at your Bedside ............... 11
Record your Symptoms ................................................... 11
Additional Features ....................................................... 12
Troubleshooting ........................................................... 12

Glossary ...................................................................... 13

Technical Support .......................................................... 13

# Introduction

Your clinician has determined that it is beneficial for you to have a monitoring system to help identify the cause of symptoms you experience. Your monitoring system consists of the St. Jude Medical™ Confirm Rx™ insertable cardiac monitor (ICM) device and the myMerlin™ mobile application (app). This manual answers some common questions about your monitoring system and explains how to use the app. Read all of the instructions in this manual before using the app.

## What is the myMerlin™ Mobile Application?

The myMerlin mobile application is a software application for your smart phone or tablet. The app uses Bluetooth®[1] low energy (LE) technology to communicate with your device. The app can be used to initiate recording of the heart's electrical activity by your device, read the information about your heart's activity from your device, and send this information to a clinician for remote monitoring.

## How does my monitoring system work?

Your monitoring system works in two ways:

- **Automatically**. Your clinician will set your device to monitor and record your heart's electrical activity. The recorded heart activity will be automatically sent to your clinic during the night while you sleep, as required by your clinician.

- **On Command**. When you experience symptoms, you can use the app to tell your device to record your heart's electrical activity. The app will send your symptoms and recorded heart activity to your clinician.

  NOTE: Your clinician will identify the symptoms for which you should record your heart's electrical activity. Space is provided at the front of this book for you to write down

---

[1] Bluetooth® is a registered trademark of Bluetooth SIG, Inc.

3

any special instructions given to you by your clinician.

## What is the insertion procedure like?

The insertion typically involves a simple surgical procedure. The doctor numbs the area with local anaesthesia, makes a small incision, and places the device just under the skin in the chest through the small incision.

## What is recovery like?

Your clinician may ask you to limit some of your activities because of your symptoms. In general, people who have a device can perform almost all their normal activities. Your clinician will also give you information about caring for your incision and bathing.

## What is a follow-up visit like?

You may go to your clinician's office or clinic for follow-up visits. During a follow-up visit, your clinician uses a programmer, a specialized computer, to review information stored in your device. Your clinician can also use the programmer, without surgery, to change how your device is set up. Your clinician uses the information from your device to help identify the cause of your symptoms or asymptomatic cardiac rhythms.

An office visit usually lasts about 30 minutes or less. Your clinician will determine your follow-up visit schedule.

Your clinician may also remotely review the information sent from your device without you having to visit the clinic.

## What special precautions do I need to follow?

Your device is not magnetic and has no moving parts. However, you should avoid devices which generate a strong electric or magnetic interference (EMI). EMI could cause inappropriate data storage or prevent data storage. Moving away from the source of EMI or

4

turning it off will usually allow the device to return to its normal mode of operation.

You should always use caution with the following:

- **Medical procedures**. Although your device should be unaffected by most medical procedures, you should notify your doctor, dentist, physical therapist, chiropractor, or any other health care provider that you have a device.

- **Communication equipment**. Communication equipment such as microwave transmitters or high-power amateur transmitters may generate enough EMI to interfere with the performance of your device if you are too close to the source of EMI.

- **Wireless communication devices**. Wireless communication devices such as computers that operate on a wireless network, cellular phones, smart phones, tablets, and even cordless telephones may generate enough EMI to interfere with the performance of your device if you are too close to the source of EMI.

- **Household appliances**. Household appliances such as microwave ovens, electric blankets, and power tools should not damage your device. However, they may interfere with the performance of your device.

- **Industrial equipment**. A variety of industrial equipment may generate enough EMI to interfere with the performance of your device. These include, but are not limited to: arc welders; induction furnaces; very large or defective electric motors; and internal combustion engines with poorly shielded ignition systems.

- **Metal detectors and security systems**. Metal detectors found in airports and government buildings, and electronic article surveillance/anti-theft (EAS) systems such as those at the point of sale and entrances/exits of stores, libraries, banks, etc., emit signals that may interfere with the performance of

5

your device. To minimize the possibility of interference, simply walk through these areas at a normal pace and avoid lingering near or leaning on these systems. If your device triggers an alarm, show your identification card to security personnel.

- **Mobile devices**. The device has been tested for use with smart phones and tablets. Based on the results of the tests, the device should not be affected by the normal operation of smart phones and tablets when used more than 6 in from the device.

  To minimize the possibility of interference, do not carry a smart phone in a breast pocket or on a belt within 6 in of the device. Use your smart phone or tablet on the side of your body opposite from the device.

  Do not place your smart phone or tablet directly over your inserted device.

## What items will I receive?

You will receive product documentation regarding your monitoring system. In addition, you will need to download the myMerlin™ mobile application onto your smart phone or tablet. You can use your own smart phone or tablet if it meets the system requirements of the app. Refer to the Download the myMerlin™ Mobile Application section (page 8) for information.

St. Jude Medical will provide you with a mobile device if necessary. This mobile device allows you to communicate with your device as well as transmit data. The app will be pre-downloaded onto the mobile device for you.

### Your Patient Identification Card

A patient identification card will be given to you. This card does the following things:

- Identifies you as having an inserted medical device

- Identifies the device and serial number and location of your device to help determine if you can safely receive an MRI scan
- Helps you pass through security systems like those in airports
- Provides information that allows your physician to be contacted in an emergency

For additional information about your card, contact Technical Support.

## When can I begin using the myMerlin™ Mobile Application?

In most cases, you can begin using the app immediately after your device is inserted. Your clinician will give you instructions on when to use the app.

## When do I record my heart's electrical activity with the myMerlin™ Mobile Application?

Your clinician will give you specific instructions on when to record your heart's electrical activity with the app.

## Using the myMerlin™ Mobile Application

The app has two main functions:

- **Record Symptoms**. Begin data recording in your device when you experience symptoms.
- **Automatic Remote Monitoring**. Your clinician can remotely review the data stored in your device.

  NOTE: You can record important telephone numbers and special instructions at the beginning of this book.

To ensure that your app communicates and transmits data

7

properly:

- Enable Bluetooth® wireless technology on your smart phone or tablet.
- Make sure that you are connected to a cellular or Wi-Fi network. The app transfers data through the use of a cellular or Wi-Fi network. The time it takes for data to transmit depends on the strength of the cellular or Wi-Fi signal.
- Keep your smart phone or tablet at your bedside during your scheduled nightly checks.
- Turn on notifications for the app.

## Precautions

- Do not use the app if your smart phone or tablet is damaged.
- Keep your smart phone or tablet charged or have a power supply nearby. Familiarize yourself with your smart phone or tablet's battery life so you can anticipate its recharging needs.
- For regulatory statements regarding your smart phone or tablet, refer to the manufacturer's website.

## Download the myMerlin™ Mobile Application

Your clinician will let you know when you can start using the app. You can use the app with smart phones or tablets that meet the following minimum system requirements:

- Android™[2] OS version 5.0 or greater
- iOS™[3] version 10.2 or greater
- Bluetooth® LE wireless technology version 4.0 or greater

The app has been successfully tested with multiple smart phone and tablet configurations such as the following:

- Apple™ iPhone™[4] 6, iOS 10.2

---

[2] Android is a trademark of Google, Incorporated.
[3] iOS is a trademark or registered trademark of Cisco in the U. S. and other countries and is used under license.
[4] Apple and iPhone are trademarks of Apple, Inc.

8

- Samsung™ Galaxy S™ 5,[5] mobile digital device, Android 5.1.1 software
- Samsung™ Galaxy J3™,[6] mobile digital device, Android 6.0.1 software

Other smart phones and tablets may be compatible with the app. If you are unsure whether your smart phone or tablet is compatible, contact Technical Support.

To download the app:

1. Make sure your smart phone or tablet is connected to a cellular or Wi-Fi network.

2. Use the browser on your smart phone or tablet to navigate to www.sjm.com/heartmonitoring.

3. Tap the myMerlin for Confirm Rx icon.

4. Follow the onscreen prompts to install the app.

If you encounter problems downloading the app, contact Technical Support.

NOTE: To keep your personal information secure:

- Only download and install the official SJM registered application.

- Use your smart phone or tablet's locking capability so that a PIN is required to unlock the mobile device.

- Inform the clinic or SJM in the event that your smart phone or tablet is lost or stolen.

## Set up the myMerlin™ Mobile Application

After you download the app, set up the app on your smart phone or tablet. You will need the serial number located on your patient

---

[5] Samsung, Galaxy S, and Galaxy J3 are trademarks of Samsung Electronics Co., Ltd.
[6] Samsung, Galaxy S, and Galaxy J3 are trademarks of Samsung Electronics Co., Ltd.

identification card.

To set up the app:

1.  Tap the Set up now button on the myMerlin app Welcome screen.

2.  Scroll down the screen to review the Terms and Conditions and Privacy Policy. Select the Agree button.

    NOTE: Before you continue with the setup, make sure that Bluetooth® wireless technology is on and that you are connected to a cellular or Wi-Fi network. Keep your smart phone or tablet within 5 ft of you during the setup process.

3.  Tap the Continue with Setup button on the Setup screen.

4.  Enter your date of birth and the serial number of your Confirm Rx™ ICM and then tap the Next button.

5.  Tap the Pair Now button to pair your device with your smart phone or tablet.

    NOTE: Pairing with Bluetooth® wireless technology may take several minutes.

6.  If prompted, enter the code that is shown on the screen.

7.  Tap the Done button to complete the setup.

There may be times when you need to set up the app after the initial setup. The setup steps are the same as those in this section except that an additional activation code is required. Follow the instructions on the screen of your smart phone or tablet to complete the activation code process.

10

## Keep your Smart Phone or Tablet at your Bedside

The app automatically reads the information about your heart's electrical activity from your device and sends it to a database where your clinician can review it. The information is sent during the night while you sleep.

Make sure your smart phone or tablet is sufficiently charged and keep it at your bedside every night.

## Record your Symptoms

When you experience symptoms, you can use the app to wirelessly record your heart's electrical activity.

> NOTE: Your clinician will tell you whether or not you need to record symptoms. Your app will not have the Record Symptoms button if you do not need to record symptoms.

To record your symptoms:

1. Tap the Record Symptoms button on the bottom of the Home screen.

2. Select the symptoms you are experiencing and then tap the Done button.

   The app starts connecting to your device in order to begin recording your heart's electrical activity. The estimated time to completion is displayed in the progress bar.

   NOTE: Connecting to your device may take several minutes. Make sure that you keep your smart phone or tablet with you during this time.

   Once the recording completes, a notification appears on the screen. The app will automatically send the recorded heart activity information to your clinician.

11

3.   Tap the Done button.

## Additional Features

You can use the buttons at the bottom of the Home screen to access information about your monitoring system. Refer to the table below for details.

Table 1.  Additional features

| Button name | Description |
| --- | --- |
| History | Tap this button to view a history of events. |
| Resources | Tap this button to access learning resources and frequently asked questions (FAQs). |
| More | Tap this button to view information about your monitoring system as well as contact information. |

## Troubleshooting

An error message appears on the screen of your smart phone or tablet when there is an issue with your app. Follow the prompts on the screen to resolve the issue. If you are unable to resolve the issue, contact Technical Support.

12

## Glossary

**Application (app)**
A software application that you download onto your smart phone or tablet.

**Clinician**
The person that you see at your doctor's office. This may be your doctor, a nurse, a technician, or someone else that works for your doctor.

**Device**
The inserted part of your monitoring system; records your heart's electrical activity.

## Technical Support

If you have trouble using the app or have any questions regarding its use, contact Technical Support.

Monday through Friday (8AM to 8PM Eastern Standard Time)
- 1 877 696 3754 (1 877 MY MERLIN) (toll-free within North America)
- 1 818 493 4258

Monday through Friday (8AM to 5PM Central European Time)
- 46 8 474 4756 (Sweden) (Support in English and Swedish. For additional assistance, contact your clinic.)

13

St. Jude Medical
Cardiac Rhythm
Management Division
15900 Valley View Court
Sylmar, CA 91342 USA
+1 818 362 6822

St. Jude Medical
Coordination Center BVBA
The Corporate Village
Da Vincilaan 11 Box F1
1935 Zaventem
Belgium
+32 2 774 68 11

sjm.com

 ST. JUDE MEDICAL

2017-10
ARTEN100158949 B

100158949

ב"ה

## CERTIFICAT E OF SERV ICE
### United States of America v. James Price
### Case N o.: 1:12-CR60016-KMW

I, James Price, hereby declare that on this date , January 27, 2021, have filed the enclosed:

### DEFENDANT'S REPLY IN SUPPORT OF THE MOTION FOR COMPASSIONATE RELEASE/REDUCTION IN SENTENCE

pursuant to the "Mailbox Rule" for incarcerated persons with the Clerk of Court. All parties noticed for service are served pursuant to S.D. Fla. Local Rule 5.1(e), and S.D. Fla. CM/ECF Administrative Procedure § 3B.

l hereby declare that under the penalty perjury, pursuant to Title 28 U .S .C . § 1746, the foregoing is true and correct .

Executed on January 27, 2021.

By: **James Price**    Digitally signed by James Price
Date: 2021.01.27 18:35:11 -05'00'

James Price - 98922004

ב"ה

## APPEAL No. 1:12-CR-60016-KMW

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

### JAMES PRICE,
Plaintiff-Appellant,
V.
### UNITED STATES OF AMERICA,
Appellee-Defendant.

### AN APPEAL
### FROM THE UNITED STATES DISTRICT COURT FOR
### THE SOUTHERN DISTRICT OF FLORIDA

## DEFENDANT'S REPLY IN SUPPORT OF THE MOTION FOR
## COMPASSIONATE RELEASE/REDUCTION IN SENTENCE

James Price
Appellant-Defendant
USM No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800
Tel.: 305-259-2268
Fax.: 305-259-2383
Email.: PriceJamesE@outlook.com

flap up to seal

PULL TAB TO OPEN

PS® (1-800-742-5877)
ff location near you.

›s may only contain
onic media, and must
ing items other than
led by weight.

cuments of no commercial
ıs documents. Visit
classified as a document.

›e must weigh 8 oz. or less.
be billed by weight.

ipments of electronic media
› items. Do not send cash

U.S.M.S.
INSPECTED
BY:

# Envelope

nvelope a second time –
ıother recipient.

tal platform, reflecting
ractices worldwide.
from 100% recycled
cyclable.

RESEARCH ASSISTANCE
(718) 809-0912
THE UPS STORE #5341
22918 MERRICK BLVD
LAURELTON NY 11413-2108

0.5 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 27 JAN 2021

SHIP TO: SOUTHERN DISTRICT COURT
THE UNITED STATE DISTRICT COURT
400 N MIAMI AVE

MIAMI FL 33128-1801

U.S.M.S.
INSPECTED
BY:

FL 330 9-25

UPS NEXT DAY AIR 1

TRACKING #: 1Z 93E 7F1 01 3256 2508

BILLING: P/P

REF #1: MARCIA
REF #2: 5341

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

ISH 13.00F ZZP 450 42.5U 01/2021

ng you for more than 100 years

This envelope is for use with the following services:

- UPS Next Day Air®
- UPS Worldwide Express®
- UPS 2nd Day Air®

Do not use this envelope for:

- UPS Ground
- UPS Standard
- UPS 3 Day Select®
- UPS Worldwide Expedited®

Apply shipping documents on this side.

