ב"ה

APPEAL No. 1:12-CR-60016-KMW

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

JAMES PRICE,
Plaintiff-Appellant,
V.
UNITED STATES OF AMERICA,
Appellee-Defendant.

FILED BY _____ D.C.
FEB 0 8 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

AN APPEAL
FROM THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

DEFENDANT'S SUPPLEMENTAL EXHIBITS TO THE REPLY IN
SUPPORT OF THE MOTION FOR
COMPASSIONATE RELEASE/REDUCTION
IN SENTENCE

James Price
Appellant-Defendant
USM No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800
Tel.: 305-259-259-2404
Fax.: 305-259-2383
Email.: PriceJamesE@outlook.com

ב"ה

## CERTIFICATE OF SERVICE
### United States of America v. James Price
### Case No.: 1:12-CR60016-KMW

I, James Price, hereby declare that on this date, February 5, 2021, have filed the enclosed:

### DEFENDANT'S SUPPLEMENTAL EXHIBITS TO THE REPLY IN SUPPORT OF THE MOTION FOR COMPASSIONATE RELEASE/REDUCTION IN SENTENCE

pursuant to the "Mailbox Rule" for incarcerated persons with the Clerk of Court. All parties noticed for service are served pursuant to S.D. Fla. Local Rule 5.1(e), and S.D. Fla. CM/ECF Administrative Procedure § 3B.

I hereby declare that under the penalty perjury, pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct.

Executed on February 5, 2021.

By: **James Price**
Digitally signed by James Price
Date: 2021.02.05 11:02:12 -05'00'

James Price - 98922004

# PRIORITY MAIL

**UNITED STATES POSTAL SERVICE**

PRIORITY MAIL
POSTAGE REQUIRED

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

PRIORITY MAIL

FROM:

Research Assist
Address: P.O. Box 130370
Springfield Gardens, NY 11413
Email: Researchassist@outlook.com
Phone: 305-791-2699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128

Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## MAILING ENVELOPE
FOR DOMESTIC AND INTERNATIONAL USE

U.S. POSTAGE
$13.50
PM 3-DAY
11580 0004
Date of sale
02/05/21
06  2S
11437574

PRIORITY MAIL 3-DAY®
2 lb 13.30 oz
0004

INSPECTED

DELIVERY DAY: 02/09/21

TRACKING® NUMBER

5065 8686 1036 3663 49



To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**TRACKED ■ INSURED**


PS00000000000013

EP14 May 2020
OD: 11 5/8 x 15 1/8