ב"ה

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No: 1:12-CR-60016-KMW

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

JAMES PRICE,
    *Defendant.*
_____/

## DEFENDANT'S SUPPLEMENTAL EXHIBITS TO THE REPLY IN SUPPORT OF THE MOTION FOR COMPASSIONATE RELEASE/REDUCTION IN SENTENCE

**COME NOW,** James Price ("the Defendant"), and files this, his **SUPPLEMENTAL EXHIBITS TO THE REPLY** (ECF 231) **IN SUPPORT OF THE MOTION FOR COMPASSIONATE RELEASE/REDUCTION IN SENTENCE** (ECF 226).

1

1. Attached hereto, as exhibits "A-F", are copies of the technical product documentation for the Saint Jude Medical's ("the myMerlin Confirmed Rx Model DM3500")[1] implanted cardiac monitor device ("the device"), the myMerlin Mobile Application ("the app"), and the MTX 2000 Activator.

2. These exhibits provide the court with an additional factual basis as to how the device surgically implanted in Mr. Price operates, and the device and software's dependent requirements, i.e., Bluetooth, Wi-Fi, and iOS/Android Mobile device, or optional MTX 2000 Activator device.

3. Additionally, these exhibits conclusively demonstrate that absent the availability and functioning of all of these required components, the implanted device *CANNOT* successfully monitor and protect Mr. Price's life, already at great risk, by instantly alerting doctors to sudden changes in his condition.

---

[1] See Exhibit B Page 2 [Diagnostics – Total EGM Storage 60 minutes] indicating the myMerlin Confirm Rx Model DM3500 device is *ONLY* capable of storing 60 minutes' worth of data before it is overwritten if it's not connected to an iOS/Android or MTX 2000 Activator.

Dated February 5, 2020.

Respectfully Submitted,

**James Price** Digitally signed by James Price
Date: 2021.02.05 10:30:25 -05'00'

/s/ James Price
USM No. 98922004
Defendant
Federal Correction Institution
P.O. Box 779800
Miami, Florida 33177-9800
Tel: 305-259-2402
Email: PriceJamesE@outlook.com

3










FROM:
Research Assist
Address: P.O. Box 130370
Springfield Gardens, NY 11413
Email: researchassist@outlook.com
Phone: 305-791-2699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128

U.S. POSTAGE
$13.50
PM 3-DAY
11580 0004
Date of sale
02/05/21
SSK
06 2S
11437574

PRIORITY MAIL 3-DAY®
2 lb 13.30 oz
0004

DELIVERY DAY: 02/09/21
INSPECTED

TRACKING® NUMBER
9505 8686 1036 3663 49

TRACKED ■ INSURED

EP14 May 2020
OD: 11 5/8 x 15 1/8
PS00000000013