FILING FEE
PAID  NO
In Forma Pauperis  NO
Angela E. Noble, Clerk

FILED BY  PG  D.C.
FEB 18 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

APPEAL NO. 1:12-CR-60016-KMW

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

JAMES PRICE,
Plaintiff-Appellant,
V.
UNITED STATES OF AMERICA,
Appellee-Defendant.

AN APPEAL
FROM THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

**DEFENDANT'S SUPPLEMENTAL REPLY TO THE GOVERNMENT'S SUPPLEMENTAL RESPONSE ECF NO: 239 IN SUPPORT OF THE MOTION FOR COMPASSIONATE RELEASE/REDUCTION IN SENTENCE**

James Price
Appellant-Defendant
USM No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800
Tel.: 305-259-259-2404
Fax.: 305-259-2383
Email.: PriceJamesE@outlook.com