ב"ה

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY PG D.C.
FEB 18 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case No: 1:12-CR-60016-KMW

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

JAMES PRICE.
*Defendant.*

______________________________________/

**DEFENDANT'S SUPPLEMENTAL REPLY TO THE GOVERNMENT SUPPLEMENTAL RESPONSE ECF NO: 239 IN SUPPORT OF THE MOTION FOR COMPASSIONATE RELEASE/REDUCTION IN SENTENCE**

**COMES NOW,** James Price ("the Defendant"), and files this, his Supplemental Reply to the United States Supplemental Response [ECF 239], pursuant to this Court's Order [ECF 227].

ב"ה

**CERTIFICAT E OF SERV ICE**

**United States of America v. James Price**

**Case N o.: 1:12-CR60016-KMW**

I, James Price, hereby declare that on this date , February 16, 2021, have filed the enclosed:

**DEFENDANT'S SUPPLEMENTAL REPLY TO THE GOVERNMENT SUPPLEMENTAL RESPONSE ECF NO: 239 IN SUPPORT OF THE MOTION FOR COMPASSIONATE RELEASE/REDUCTION IN SENTENCE**

pursuant to the "Mailbox Rule" for incarcerated persons with the Clerk of Court. All parties noticed for service are served pursuant to S.D. Fla. Local Rule 5.1(e), and S.D. Fla. CM/ECF Administrative Procedure § 3B.

l hereby declare that under the penalty perjury, pursuant to Title 28 U .S .C . § 1746, the foregoing is true and correct .

Executed on February 16, 2021.

By: James Price Digitally signed by James Price Date: 2021.02.16 11:10:29 -05'00'

James Price - 98922004

## STATEMENT OF MATERIAL FACTS

1.     The Defendant was sequestered *inside* the Federal Correctional Institution Miami ("FCI-MIA") with no physical contact with the general public from November 2016 through December 2020").

2.     On November 3, 2020, the Defendant *twice* tested NEGATIVE (rapid test and RNA test) for COVID-19. See Medical Records under seal ECF 228/229.

3.     In November 2020, the hematology report for the complete blood panel (including urine/fecal samples) taken from Mr. Price on November 3, 2020, indicated *previous exposure* to COVID-19 and an increase in his liver enzymes. See Medical Records under seal ECF 228/229.

4.     At no time prior to 2020, including the Defendants numerous military flights/physical, his 2009 intensive care treatment, nor any BOP examination indicated *any* cardiovascular history or condition.

5. The Defendant was first diagnosed with idiopathic/atypical hypertension and tachycardia by the Bureau of Prison ("BOP") after his infection with COVID-19 in 2020.

6. On January 6, 2021, Mr. Price was transported to Larkin Community Hospital ("LCH") by officers Morales and Croom in a government owned vehicle, i.e., a BOP van.

7. If called upon by this Court, officers Morales and Croom will testify that the Defendant was removed from his cell in FCI-Miami Dolphin Unit, out process through receiving and discharge ("R&D") and transferred to LCH as a "directed mission" on a standard transfer order.

8. If requested by this Court the inmate transfer records of FCI-MIA will demonstrate that Mr. Price was transported by a government vehicle to LCH on four (4) occasions between December 2020 and February 2021, and once by ambulance via 911 to Jackson South Medical Center. See Supplemental Medical Records under Seal ECF ___.

## LONG-COVID SYNDROME VERSUS ATYPICAL HIGH BLOOD PRESSURE/TACARDIA

9. Mr. Price suffers from the physically debilitating effects and varied atypical/idiopathic symptomology of the prolonged post viral stage of COVID-19, otherwise known as "long-COVID". The Mont Sinai Hospital, Post COVID Care Center has treated more than one thousand six hundred of the estimated more than one hundred thousand long COVID patients in the United States.

10. Clinics across the country including NYU Langone, Columbia University, Yale, University of Iowa, Brigham Women's, the National Institute of Health, and the World Health Organization have recognized long COVID as a syndrome with a broad and expanding consolation of symptomology. See Exhibit A (Article from NY times magazine)

11. The United States attempt to minimize the Defendant's medical condition as little more than "periodic high blood pressure" and "inner mitten cardiac events" for which he has been prescribed medication was as disingenuous as it was medically inaccurate.

12.    Mr. Price suffers from a combination of both chronic and acute symptoms including:

       (a)    Orthostatic intolerance

       (b)    Dysautonomia intolerance

       (c)    Hypertension

       (d)    Tachycardia

       (e)    Seizures/tremors

       (f)    Chest pains/shortness of breath

       (g)    Arrhythmia

       (h)    Light sensitivity

       (i)    Memory problems

       (j)    Difficulty with cognitive tasks

       (k)    Fatigue/malaise

       (l)    Unrefreshing sleep

       (m)    Worsening symptoms after physical/mental exertion

13.    The Defendant requires, under the referral of his cardiologist Dr. John Dylewski, referrals to neurology and internal medicine for further diagnosis of a post-COVID autoimmune and or inflammatory disease. Doctors believe that Mr. Price may suffer from inflammation of the microglial cells in his brain.[1]

---

[1]    The Defendant has a family history (mother) deceased from glioblastoma multiform.

14. This type of autoimmune/inflammatory disease [long COVID] has been recognized by Dr. Anthony Fauci and others to present "strikingly similar" post virial symptomology as myelitic encephalomyelitis. Moreover, doctors have documented numerous instances where a viral infection, like COVID-19, can "unbalance" the immune system. Examples of this include: Epstein-Barr causing multiple sclerosis, structocaus causing rheumatic fever, and borrelia burgdorferi causing rheumatoid arthritis.

15. Despite the United States claim to the contrary, Mr. Price's condition is neither stable nor getting better. The Defendant's condition has only worsened since his December 2020 infection with COVID-19. Mr. Price's blood pressure on February 10, 2021, was 206/123. The Defendant suffers seizures/tremors multiple times per week that include temporary partial paralysis and urination on himself.

16. Long COVID syndrome whether caused by an autoimmune disease, inflammatory disease, or be persistent infection is a chronic condition and one that affects the *brain* debilitating the patient with multiple idiopathic conditions.

## SURGICAL HISTORY

17.    The Defendant underwent *two* scheduled heart surgeries in January 2021. Due to the invasiveness of the surgery (laser ablation) See Medical Records filed under seal [ECF 232/233] and damage to Mr. Price's heart, doctors must wait until his heart muscle is healed before scheduling a third heart surgery, to perform a second laser ablation, to remove another life threatening post COVID growth on his heart.

18.    The first heart surgery was performed during the Defendant's inpatient stay from January 6, 2021, through January 15, 2021. Doctors perform multiple cardiac tests decumulated in a six-hour laser ablation and electrophysiology study under general anesthesia.

19.    The second heart surgery was performed during the Defendant's second inpatient stay from January 19, 2021, through January 22, 2021. Doctors surgically implanted a Confirm Rx Cardiac Monitor in Mr. Price's chest. During Mr. Price's brief stay in the hospital, the implant recorded ONE HUNDRED SIXTY-SEVEN  CARDIAC EVENTS (167).

20. On February 11, 2021, the Defendant was taken to LCH for a cardiac follow-up appointment. During the appointment, doctors were forced to call the implant manufacturer and request a device representative travel to the hospital to assist doctors in performing a "manual diagnostic reading" of the implant data. The doctors were surprised to find that the device had recorded THIRTY-SEVEN (37) cardiac events in the device's *one-hour* memory.

**ONE HOUR MEMORY: STREAM-TO-PHONE OR BE OVERWRITTEN**

21. Despite clear documentation from the device manufacturers to the contrary, the government claims that a once-a-month reading of a device with a one-hour memory is an acceptable solution. The manufacturer's documentation is clear, "once the EGM memory is full a new EGM *replaces* the oldest stored EGM." See Exhibit B at 31; See also "total EGM storage sixty minutes (60) (this is the device storage space, the device is working CONTINUOUSLY, but it only stores sixty minutes of activity which is then uploaded to the Cloud.)". See Exhibit C at 2.

22. The Abbott Lab Confirm Rx Implant Cardiac Monitor (is designed to be paired via Bluetooth to a smartphone). The device stream EGM data to

the smartphone. An App (myMerlin) collects the data and transmits it with real-time alerts to the Cloud, clinics, and physicians. Of course, if the Defendant lacks continuous accessibility to a smartphone and Wi-Fi the proper functioning of this device is rendered virtually ineffective.

23. One of the most important features of the device/software combination is the ability for the patient to "record and transmit EGMs during symptoms". See Exhibit C at 1. This feature is *critical* to Mr. Price's care plan with doctors. It is key to allowing doctors from different specialties, i.e., cardiology, neurology, and internal medicine, to coordinate Mr. Price's symptomology with his actual physiology.

24. The purpose of implanting the device in Mr. Price was to allow him to enter symptoms "experience data in the App so that doctors could match what he felt" with what was happening in his body. This data is designed to help doctors understand "what came first" the onset of a neurological trigger that triggers a physiological response, or the inverse, or some other combination of events.

25. The government's proposed once-a-month hospital reading of Mr. Price's implant is almost totally inadequate, not just because his hospital waiting room time can be in excess of one hour, but also because the device will only have already overwritten almost all of the data previously collected during the month. This, of course, almost totally negates its design and purpose, putting his life at an even greater risk. The United States Physicians position is analogous to saying, "we bought Mr. Price a Ferrari, but he is not permitted to have the wheels."

**DELIBERATE FALSE STATEMENTS, INTENT, AND CANDOR TOWARD THE TRIBUNAL**

26. The rules of the Florida Bar Association and the Local Rules of the Sothern District of Florida require that attorneys act with candor before this Court. The United States has failed in this requirement. In its response [ECF 239] the United States knowingly and willfully offered statements to this Court that were *objectively false.*

27. Specifically in its response [ECF 239 at 5-6] the United States FALSELY stated "on January 6, 2021, the day after the government filed its

previous response... the Defendant was taken via ambulance... it was not a planned trip... as such the United States did not know or have reason to know...". As the fact and evidence shows, these statements were objectively false.

28. As a starting point, should this Court call upon officers Morales and Croom, their testimony and the transport records of FCI-MIA will conclusively show that Mr. Price was in fact transported to LCH via government vehicle, i.e., a BOP van. Further, the BOP records will show that Mr. Price's transfer to LCH was a scheduled transfer for "direct admittance" to LCH.

29. Mr. Price's transfer to LCH on January 6, 2021, was *not* the result of a clinical encounter at the prison. The Defendant did, in fact, have a routine chronic care appointment with Inerio Alarcon early that morning. However, the decision to schedule Mr. Price's transfer was made based on the Defendant's ongoing symptoms, *not* based on any emergent condition on that particular day.

30. The government was aware of Mr. Price's hospitalization for heart surgery because counsel for the United States contacted FCI-MIA Clinical Director, Inerio Alarcon, to confirm the Defendant's health status before filing its response. See government's response [ECF 239 at 5, "According to the FCI Miami Clinical Director..."].

31. Put simply, the United States statement were (a) objectively false, (b) known or reasonably known to be false when offered to this Court, (c) made with the intent to mislead this Court as to the facts of this case.

**CONCLUSION**

32. Mr. Price had not left the confines of FCI-MIA or have physical contact with anyone outside FCI-MIA since 2016. The Defendants' infections with COVID-19 were a direct result of the BOP permitting infected employees to enter the facility and infect the otherwise isolated inmate population.

33. The Defendant has suffered, and continues to suffer, serious life threatening, and permanent injuries and complications from these infections.

Some of these complications and their symptoms, e.g., cardiovascular damage, to his retinas, TIA/seizures, dysautonomia, etc., which are chronic and physically debilitating and have *no cure.*

34. The BOP recognizes the life-threatening nature of Mr. Price's condition, authorized, and paid for a real-time, surgical implant to provide CONTINOUS monitoring and alerting of dangerous changes in the Defendant's condition. However, despite the acknowledged need, the United States refuses to permit the device to be used as it was designed and intended.

35. The Defendant has established "extraordinary and compelling reasons" under the statute [18 U.S.C. § 3582(c)(1)(A)(i)] to warrant a reduction in his sentence. Moreover, the medical science coupled with common sense dictates a physical debilitation that substantially diminishes Mr. Price's ability to provide selfcare within a correctional institution. The BOP has conceded his condition "unmanaged" and have stated they are unwilling to monitor the Defeasance with the advice of doctors.

36. Significantly, the Defendant has demonstrated he is NOT a danger to any person or the community through (a) full compliance with all this Court's requirements, (b) successful completion of pretrial release, including unmonitored travel outside the district, (c) scientific data from the United States Probation Office, and (d) the Defendant's positive work as detailed in the affidavit under sealed at ECF 228/229. Additionally, Mr. Price has served 78.4% of his full term sentence, thus promoting deterrence of future crime, just punishment, and respect for the law.

**WHEREFORE,** in view of the foregoing, the Defendant respectfully moves this Court for the entry of and Order to GRANT the Motion for Compassionate Release/Reduction in Sentence, and for immediate release to begin a term of supervised release with the special condition that he be confined to his home for the first six (6) months.

Dated: February 16, 2021.

Respectfully Submitted,

James Price Digitally signed by James Price Date: 2021.02.16 23:07:29 -05'00'

/s/James Price
USM No. 98922004
Plaintiff
Federal Correctional Institution
P.O. Box 779800
Miami Florida 33177-9800
Tel.: 305-259-2268
Fax.: 305-259-2383
Email: PriceJameE@outlook.com

# Exhibit

# A

The New York Times Magazine

FEATURE

# What If You Never Get Better From Covid-19?

Some patients could be living with the aftereffects for years to come. Recent research into another persistent, mysterious disease might help us understand how to treat them.

By Moises Velasquez-Manoff

Published Jan. 21, 2021   Updated Jan. 26, 2021

*To hear more audio stories from publishers like The New York Times, download Audm for iPhone or Android.*

When Mount Sinai Hospital opened its Center for Post-Covid Care in May, it was New York's — and the country's — first such facility. The doctors there expected to treat patients who had been severely ill or hospitalized. By that point, three months into the pandemic, they knew that the coronavirus could cause harm to many parts of the body beyond just the airways where infections most commonly begin. And they knew that medical treatments meant to save patients' lives could also take a toll. Recovery from having been put on a ventilator, in particular, could be a lengthy process. Mount Sinai sought to support patients recovering from severe Covid-19 by giving them access to a multidisciplinary medical team that included lung, heart and kidney doctors, rehabilitation specialists and psychiatrists for those whose mental health might have been affected by their ordeals.

Hundreds of patients, most of them women, showed up soon after the center's doors opened. To the doctors' surprise, however, many of them had experienced only mild cases of Covid-19. They hadn't been hospitalized. They were relatively young and otherwise in good health, without the underlying conditions like obesity and diabetes that are known to make Covid-19 worse. And yet, months after their bodies had seemingly fought off the coronavirus, they still felt quite ill. "We've heard of illnesses, viral illnesses, that have a prolonged postviral phase," Zijian Chen, the head of Mount Sinai's recovery center, told me. "But these usually don't last for the months and months that we see here. And because of that, we're a little surprised that this is happening. It tells us how much we don't know about this illness." The center has now seen more than 1,600 patients.

These patients have labeled themselves "Covid long-haulers." What they're suffering from, they say, is "long Covid." As a group, they report a strange hodgepodge of symptoms, including fatigue, pain, shortness of breath, light sensitivity, exercise intolerance, insomnia, hearts that race inexplicably, diarrhea and cramping, memory problems and a debilitating "brain fog" that can at times make it hard to put a cogent sentence

together. In many cases, these symptoms continue unabated from the acute phase of the illness — as if, on some level, the infection never really went away. And for a subset of patients, new symptoms emerge later, as if a different illness has established itself in their bodies.

This was the experience of Lada Beara Lasic, a nephrologist who contracted the coronavirus in early April and later sought help at Mount Sinai's post-Covid center. After an initial three-week illness and some shortness of breath, she thought she had mostly recovered. She even returned to work — for one day, before she fell ill again with aches the following day. She tried working from home in May but was troubled by fluctuating symptoms that gradually worsened until, in June, she decided to take a leave of absence from her job to focus on her recovery.

Lasic, who is 54 and has been working a few hours a day from home since September, worries about the long-term consequences of what she suspects is an immune system that can't calm down. "We know that it's not good for the body to have inflammation," she told me. "It may cause scarring, and that means irreversible changes. The longer I have this disease and I'm inflamed, the worse it is for my health in the future."

Despite the crippling symptoms, it's often hard to figure out precisely what is wrong with patients like Lasic. Her blood work, for instance, has shown some signs of inflammation and elevated liver enzymes, but little else. "Many of these patients have had million-dollar work-ups, and nothing comes back abnormal," says Dayna McCarthy, a rehabilitation specialist at Mount Sinai. Hearts, lungs, brains — all appear to be functioning normally. Among the only things that can be said with any certainty about these patients is that they recently received a diagnosis of Covid-19.

At Mount Sinai, most patients improve with time, McCarthy told me. But the improvements can be maddeningly slow. And they're not universal. A small minority hasn't improved in the many months since the first wave of the pandemic crashed into New York City, she says. Some patients, including a few doctors and nurses, can no longer work, because they are too fatigued or have trouble focusing. Others have lost their jobs but can't get disability benefits because, subjective reports of misery aside, doctors can find nothing wrong with them. "Initially this was sold as a virus infection that only affects the elderly, and that is absolutely not the case," McCarthy says. "I can't think of anything worse than this type of symptomology that affects young people."

Zijian Chen estimates that about 10 percent of Covid-19 patients end up developing symptoms that persist for months and months — a number that would equate to roughly 100,000 chronically sick people in New York State alone. Some surveys suggest the number is higher. A study from Ireland found that more than half of Covid patients, whether they'd been hospitalized or not, reported fatigue 10 weeks out; nearly a third hadn't returned to work. In another study, from the Faroe Islands, about half the patients with mild cases had at least one symptom 18 weeks later. A third, much larger study, from China, reported that three-quarters of those patients who were hospitalized with Covid-19 and then discharged still experienced at least one symptom six months later.

The range of outcomes underscores how much remains unknown about this syndrome; it also suggests that the number of people who now find themselves constantly ill is probably significant. Recognizing this, scientists have begun studying Covid patients with chronic symptoms at the National Institutes of Health and elsewhere. And centers catering to these patients are opening or are in the process of opening around the country, including at NYU Langone, Yale and the University of Iowa.

For many doctors, the strange symptomology of long Covid calls to mind another mysterious, poorly understood condition: myalgic encephalomyelitis, more familiarly known as chronic fatigue syndrome. ME/CFS, as it is often abbreviated, is defined by the presence of certain symptoms, including debilitating fatigue and unrefreshing sleep, that last for six months or longer. ME/CFS-like syndromes have been linked with infections for more than a century — including, most recently, those caused by the viruses responsible for the SARS and H1N1 pandemics in 2003 and 2009. Chiefly because of this association, several ME/CFS experts told me that they anticipate a wave of new patients — long-haulers who, because their symptoms are severe enough and last for six months or longer, will essentially be ME/CFS patients whether they receive the diagnosis or not.



Marjorie Roberts, 60, who has "never been so sick in my whole life." Adam Ferguson for The New York Times

"I'm expecting to see an increase that could generate as many new cases over the next two to three years as exist already in the U.S.," says Anthony Komaroff, a physician at Brigham and Women's Hospital in Boston who has treated ME/CFS for decades. In other words, as many as 2.5 million additional people could become afflicted with a disorder that some have argued causes more illness and suffering than H.I.V. "It's not death," Komaroff told me. "But might it be a fate worse than death for some people? It's possible."

The underlying biology of ME/CFS is poorly understood. Certain doctors long dismissed it as a psychological phenomenon, in part because no one could figure out what caused it. For this and other reasons, research into the syndrome has, in the view of many, not been commensurate with the great costs it exacts — tens of billions of dollars yearly in medical bills and lost productivity, to say nothing of the many lives spent hidden away, sometimes bedbound, in darkened rooms.

These days, though, the medical community increasingly accepts the condition as real, and doctors have even made some headway in managing its symptoms. No one yet knows what the relationship between long Covid and ME/CFS — itself an imprecise diagnosis — will prove to be. But some experts think recent advances in the study of ME/CFS, inconsistent and inconclusive though our understanding of it remains, may provide insight into what ails long-haulers and how to treat them. In the process, that research might also shed light on an enduring medical conundrum: Why do certain infections, even as they resolve in most cases, become a protracted, debilitating ordeal for a small group of unlucky patients?

**Even as doctors** around the world have been flummoxed by long Covid and its mysteries, the patients themselves have found one another online. Soon after the pandemic started, the medical consensus, based on the World Health Organization's analysis of China's experience, held that mild Covid-19 cases should resolve in two weeks on average. So, as patients with supposedly mild cases continued to experience symptoms long after that two-week mark — and in some cases actually got worse as time dragged by — they knew something was amiss.

They named themselves early on. “Long-haulers” originated with an American woman who started a support group and christened it the “long-haul Covid fighters,” inspired by the trucker hat she was wearing when she was tested for Covid. “Long Covid” first emerged as a hashtag (#LongCovid), coined by an Italian in Lombardy, a hard-hit region of the country. Similar terms arose in Spanish (#CovidPersistente), German (#MitCoronaLeben) and other languages.

Many long-haulers report that medical professionals respond to them with disbelief or brush off their symptoms as merely psychological. Still, by September, the World Health Organization’s use of “long Covid” signaled that the term had crept into mainstream medical awareness. Doctors had formulated their own phrasing as well: “post-acute Covid-19 syndrome.”

When trying to treat what ails long-haulers, separating those with organ damage from the rest will be important, scientists told me. “There are some people whose heart and kidneys are not going to work as well for the rest of their lives,” Anthony Komaroff says. This doesn’t mean the damage cannot be treated. Doctors can prescribe aspirin and other drugs for the heart inflammation seen in some Covid patients, for example, or anticoagulants to help with blood clotting.

The more puzzling matter, though, is how to understand and treat the many patients who have little that’s measurably wrong with them, or whose Covid-related injuries can’t explain their malaise, but who nevertheless feel physically and mentally enervated.

In my conversations with them, long-haulers detailed bewildering post-Covid symptoms — new sensitivities to smells and tastes, brutal chest pains, migraines that felt like, in one woman’s words, “someone stuck an ice pick in my head.” But what often seemed most disturbing to patients were the deadening fatigue and cognitive issues that in some ways resembled dementia.

Lauren Nichols, who is 32 and fell ill in March, told me she had become so forgetful that she had to write notes to remind herself to eat. Once, in the shower, she sat on the floor weeping because she couldn’t recall how the doorknob worked. “It takes me hours to write email and text messages,” she says. Kristen Tjaden, who is 34, contracted the coronavirus in April. One time, months after the illness, she couldn’t remember which hand was the left one. She found she couldn’t do two things at once, like folding laundry and listening to music — the mental strain was too great. By November, things were gradually improving, but she just didn’t feel “like this is my own brain,” she told me then. The problem isn’t so much brain fog, she said, as “a brain hurricane.”

Scientists invariably mention the possibility that ongoing inflammation and perhaps autoimmune processes that result from having fought off the virus could drive the strange constellation of symptoms. Avindra Nath, clinical director of the National Institute of Neurological Disorders and Stroke, told me that when fighting a pathogen, the immune system sometimes conducts a very precise and surgical attack, working like a guided missile. But when that approach fails, it can begin “blanket bombing,” as he puts it. Once the infection is gone, tamping down the resulting firestorm can prove challenging. “You have persistent immune activation,” he says. And that lingering inflammation could drive many symptoms.

2/13/2021 What If You Never Get Better From Covid-19? - The New York Times

Lauren Nichols, 32, who developed shingles after Covid-19. Adam Ferguson for The New York Times

https://www.nytimes.com/2021/01/21/magazine/covid-aftereffects.html 6/21

This notion that infection can unbalance the immune system has often been invoked to explain the onset of autoimmune diseases — conditions in which the immune system attacks the very body it's meant to protect. Multiple sclerosis, for example, has long been associated with infection by the herpesvirus Epstein-Barr. Rheumatic fever, a potentially deadly autoimmune inflammation of the heart and brain, is caused by a strain of the same streptococcus bacterium that we know from "strep" throat. A form of autoimmune arthritis can erupt in human knees and other joints after infection by the bacterium that causes Lyme disease, Borrelia burgdorferi.

In recent years, scientists have come to realize that the symptoms of certain autoimmune diseases can even mimic psychiatric disorders. In anti-NMDA receptor encephalitis, for example, the immune system attacks glutamate receptors on neurons in the brain, sometimes provoking behavior that resembles what's seen in schizophrenia. It, too, can be triggered by viral infection. (It's treatable.) There's also a pediatric condition that is similar to obsessive-compulsive disorder called pediatric acute-onset neuropsychiatric syndrome, or PANS, that many think can be set off by infection.

Certainly there is abundant evidence that the coronavirus can goad the immune system into overreaction during the acute phase of infection. Some children (and adults) develop a multisystem inflammatory syndrome. Scattered reports suggest that the virus might trigger Guillain-Barré syndrome, a frightening autoimmune condition in which patients develop full or partial paralysis (though most eventually recover). Some scientists have suggested that an exaggerated immune response to the coronavirus, rather than the damage directly inflicted by it, is responsible for many Covid deaths. This sort of self-destruction is often described as a "cytokine storm."

Ignacio Sanz, an immunologist at Emory University, and his colleagues recently described more granular evidence of this self-attack in Covid-19. Compared with a healthy control group, they discovered, severe Covid-19 patients display high levels of antibodies directed at their own tissues — antibodies usually seen in lupus and rheumatoid arthritis, two autoimmune diseases. This does not necessarily mean that these patients have an autoimmune condition, Sanz stresses. Those same antibodies are found in healthy people. But not only are the levels of these antibodies relatively high in severe Covid-19; the cells that produce them also appear to be even more primed for aggression than they are in autoimmune disease. In his view, this dynamic hints at an immune system pushed into overdrive. Sanz suspects that in people who already have a propensity to develop autoimmune disorders, the virus may tip their immune systems into overt autoimmune disease.

The fact that most long-Covid patients are women may be an important clue in support of this hunch. In general, women are more likely than men to develop autoimmune disease. Akiko Iwasaki, an immunologist at Yale, has found that female Covid patients tend to mount a stronger response to the virus from T cells, which help defend against microbial invaders, than their male counterparts. Testosterone is a slight immune suppressant, which may explain this disparity between women and men — and perhaps why men are more likely to die from Covid-19. (The female members of many species outlive the males, possibly because they have superior immune systems.) But one disadvantage of a more forceful immune response may be a greater propensity to attack the self. "Women survive this," Iwasaki says, "but maybe there's a cost."

Iwasaki and her colleague Aaron Ring have, like Sanz, also identified what seems to be immune misfiring in Covid-19. But instead of looking for antibodies already associated with autoimmune disease, they used a new technique to search for any antibody, including previously unidentified ones, that might bind with some 3,000 proteins — out of tens of thousands — produced in humans. Their findings, reported in a

December preprint, which has not yet been peer-reviewed, suggest a widespread autoimmune attack. Compared with subjects from the healthy control group, severe Covid-19 patients had elevated levels of antibodies directed at dozens of tissues, including the brain, the lining of blood vessels and components of the immune system itself.

Why some infections might cause the immune system to attack the body in certain individuals but not others is a longstanding medical mystery. It may be that proteins on the invading microbe resemble tissue in the human body, and that in pursuing the invader, some people's immune systems accidentally attack similar molecules in their own organs. This idea is called molecular mimicry.

But Ring told me that the sheer number and variety of self-directed antibodies he and Iwasaki discovered suggest some other process gone awry. Some antibodies they observed were directed at virus-fighting components of the immune system itself, and Iwasaki posits a "vicious cycle" that begins with the immune system attacking itself, undercutting its own antiviral response. The body tries to compensate by ramping up other defenses, but these aren't well suited to fighting viruses and cause extensive cellular damage. As injured cells burst and release debris, the immune system, already in a frenzy, turns against the debris as well, inflicting even more harm.

Some of those self-directed antibodies declined in number over the course of Ring and Iwasaki's study, indicating that they may subside naturally once the virus is defeated. But if the antibodies stick around in some individuals, they could drive an ongoing attack at various sites in the body, which might account for the symptoms of long Covid. If that proves to be the case, Ring says, potential treatments already exist, including rituximab, a powerful drug that selectively depletes antibody-producing B-cells.

How exactly might an autoimmune disease cause the fatigue, cognitive failings and other symptoms seen in those with long Covid? Patients with other autoimmune diseases, like rheumatoid arthritis and inflammatory bowel disease, often report debilitating fatigue and brain fog. They may even consider this fatigue to be worse than the pain or discomfort emanating from what's usually considered the site of attack — the joints and the gut, respectively. The chronic inflammation central to these diseases causes the fatigue, doctors think. It's an illustration of just how tightly connected the immune system is with our sense of well-being.

**Long Covid and** ME/CFS share features beyond symptoms. Both are linked with infection. And the immune system is a focus of research into both conditions. Yet the idea that long Covid and ME/CFS are overlapping disorders is not universally accepted. Although many long-haulers may now technically meet the criteria for ME/CFS, Maureen Hanson, a molecular biologist who studies ME/CFS at Cornell University, warns against assuming they are related. "We don't know how long people will actually remain ill," she says. And of course, there are thought to be millions of people around the world with ME/CFS, but "none of them got it because of SARS-CoV-2," she adds. "We don't know if this new virus will cause the same disease."



Jeffrey Siegelman, 40, an Atlanta emergency medicine physician, was out of work for five months and only recently returned to partial shifts. Adam Ferguson for The New York Times

For patients, the "chronic fatigue" label carries the stigma of not always having been taken seriously by the medical establishment. But perhaps worst of all, the equation of the two conditions implies a scary permanence. "Chronic fatigue syndrome is a syndrome that does not get better," Dayna McCarthy says. "From a psychological perspective, that's just devastating." She counsels her patients not to read too much about ME/CFS on social media.

Even so, the similarities are numerous enough that Anthony Fauci, head of the National Institute of Allergy and Infectious Diseases, has raised them repeatedly, telling Medscape in July that "it's extraordinary how many people have a postviral syndrome that's very strikingly similar to myalgic encephalomyelitis/chronic fatigue syndrome. They just don't get back to normal energy or normal feeling of good health."

Scientists have for years considered three nonmutually exclusive explanations for how a viral infection might trigger ME/CFS: It changes the brain somehow, prompting ongoing fatigue and malaise; it becomes chronic, making the person ill indefinitely; or it triggers an autoimmune or inflammatory disease that continues to torment people long after the offending microbe is gone. These explanations feature in scientists' thinking on long Covid as well.

Yet for decades, physicians trying to treat ME/CFS have been bedeviled by one obstacle above all others: They have no way of objectively diagnosing the condition. Cardiologists see clogged arteries and consider heart disease. Infectious-disease doctors detect viruses and bacteria and think infection. But there is no equivalent, empirically measurable dysfunction that indicates ME/CFS. It "isn't a diagnosis — it's a label," Anne Louise Oaklander, a neurologist at Massachusetts General Hospital, told me. "We don't really understand what the underlying biology is."

In order to apply that ME/CFS label, a physician must first rule out other possibilities. Then a patient must satisfy three criteria, which are subjectively reported: incapacitating fatigue lasting more than six months; worsening symptoms after physical or mental exertion; and unrefreshing sleep. A fourth requirement is that patients suffer from at least one of the following: difficulties with thinking and memory; or orthostatic intolerance, a debilitating dysfunction of the autonomic nervous system characterized by rapid changes in heart rate and blood pressure when standing.

Even if scientists aren't sure about the root cause of ME/CFS, however, numerous studies in recent years have documented biological differences in these patients. There's orthostatic intolerance, for one — which, as one scientist pointed out to me, can't be "psychological." And Nancy Klimas, a physician and scientist at Nova Southeastern University, and others have observed that one set of cells in particular, called natural killer cells, behave quite strangely in ME/CFS patients. Normally these cells sidle up to and destroy cells infected by viral invaders. But in ME/CFS patients, Klimas has found them to be listless and inert. She doesn't think that they're defective; she hypothesizes that they've been worked to exhaustion.

Klimas's research on postexertional malaise — which has involved collecting blood work on volunteers before, during and after mild exertion — has also revealed numerous differences compared with healthy people. Some inflammation after exercise is normal. But that immune activation is quickly brought under control, and an anti-inflammatory signal eventually prevails. In ME/CFS patients, that inflammatory spike continues unabated. The patients seem to respond to exercise as if they were fighting the flu. "You can imagine what that feels like, like getting hit by a truck," Klimas says.

ME/CFS (and long-Covid) patients can suffer from dysautonomia, an affliction of the autonomic nervous system that can cause racing hearts, gut problems, dilated pupils, sweating and rapid changes in blood pressure when at rest. It may be one reason they don't feel rested after sleeping. The sympathetic nervous system — that part of your body that swings into action when, for example, you're chased by a bear — seems to have been permanently switched on in some patients. "Flight-or-fight all the time is not healthy," Klimas says.

Perhaps spurred by the sense that a storm of chronic illness is gathering, the National Institute of Allergy and Infectious Diseases hosted a video meeting in December devoted solely to long Covid, with the goal of sharing what was known about the condition and also identifying what remained unknown. Physicians and scientists from the United States and elsewhere spoke, as did some patients. And Peter Rowe, director of the Children's Center Chronic Fatigue Clinic at Johns Hopkins University, urged his fellow physicians to familiarize themselves with ME/CFS. Even if the root cause isn't well understood, doctors have learned a lot about how to manage some symptoms in recent years, he said, particularly orthostatic intolerance, which is common in both young ME/CFS patients and the few long-Covid patients he has seen so far.

Rowe told me he is concerned that the health care workers who will be involved in the long-haulers' rehabilitations won't know what ME/CFS specialists have learned. He frets that physicians aren't aware, for example, that too much physical exertion can drastically worsen symptoms. And he worries about the historical tendency to see the condition as psychological in nature. That thinking led to an overemphasis on treatments like cognitive behavioral therapy or graded exercise therapy, he says, which have largely been abandoned as cure-alls for ME/CFS in the United States, but not without first doing great harm to patients. "It's going to be extremely important not to make the mistakes that were made in the early '90s," he said at the meeting. As he put it to me: "I'm concerned that people haven't learned the lessons of the past 25 years."

**Scientists have known** for many decades that infections can trigger long-lasting, often debilitating conditions — ones that feature fatigue and cognitive dysfunction similar to what doctors are observing today in Covid-19 survivors. In other words, long Covid may simply be the latest example of a postinfectious phenomenon that has mystified physicians for more than a century.



Margot Gage Witvliet, 38, a professor in epidemiology at Lamar University in Texas, has been sick for nine months. Adam Ferguson for The New York Times

The "Russian flu" pandemic that occurred between 1889 and 1892 left in its wake a now-familiar-sounding collection of symptoms, including pain, numbness and fatiguelike complaints described as "prostration" and "inertia," Mark Honigsbaum writes in his 2013 book "A History of the Great Influenza Pandemics." He quotes Josephine Butler, the British women's rights crusader, who declared in 1892, three months after contracting the virus: "I am so weak that if I read or write for half an hour I become so tired and faint that I have to lie down." Survivors of history's worst influenza pandemic, the so-called Spanish flu of 1918-19, also reported lingering symptoms, including "loss of muscular energy," "apathy" and "melancholia" that sometimes lasted for years.

Much smaller outbreaks of similar disorders occurred with remarkable regularity throughout the 20th century, with the notable difference that no one really knew what gave rise to them. In 1934, nearly 200 doctors and nurses in Los Angeles came down with what doctors labeled "atypical poliomyelitis" — "atypical" because, unlike true polio, it struck adults rather than children and caused neither death nor paralysis. Yet some patients regarded the long-lasting symptoms, which included pain, sleeplessness and difficulties with concentration and memory, as worse than the original illness.

In 1956, after an outbreak in London, British doctors coined the term "benign myalgic encephalomyelitis" to describe the condition, which, in medical speak, roughly means "muscle pain with brain and spinal cord inflammation." Most of these patients recovered, but not all. In London, 7 percent remained hospitalized three months later. After an outbreak in Iceland, doctors found that only 31 percent had recovered six years later.

Doctors proposed that a milder relative of the poliovirus must be at fault. But perhaps because no such virus could be identified, a rival explanation gained currency. In 1970, two British doctors reviewed records from 15 outbreaks and dismissed the idea of an infectious cause. Instead, they concluded that "either mass hysteria on the part of the patients or altered medical perception of the community" could explain the phenomenon. To support the "hysteria" claim, they cited the fact that most patients were women. The resulting shift in how doctors thought about the disease would, some have since argued, inflict tremendous harm on patients suffering from a very real, if ill-defined, disease.

In 1985, after another apparent outbreak in Incline Village, Nev., near Lake Tahoe, the media piled on, derisively calling the condition the "yuppie flu" — or as Newsweek described it in 1990, "a fashionable form of hypochondria." About this same time, scientists who were studying the condition settled on "chronic fatigue syndrome" to describe it. The term still rankles many who see it as greatly understating the severity of their condition. As the author Laura Hillenbrand, who has the illness, once told The Times, it "is condescending and so grossly misleading. Fatigue is what we experience, but it is what a match is to an atomic bomb."

After pursuing what seemed like promising leads, the quest to identify a single infectious cause of these persistent illnesses — the proverbial chronic fatigue virus — ultimately turned up little, and in 1992, a group of scientists, including Anthony Komaroff, advanced a more complicated if less satisfying explanation. "We think that this is probably a heterogeneous illness that can be triggered by multiple different genetic and environmental factors," they wrote, "including stress, toxins and exogenous infectious agents." In other words, the disease emerged from an interaction between each patient's unique makeup and any number of stressors in the environment — including, possibly, an infection.

In the 2000s, researchers in rural Australia tried to confirm through direct observation the proposed link with infection. Previously, scientists studying the syndrome were always playing catch-up, trying to figure out what had happened to patients who showed up at their offices already ill. But in the township of Dubbo, scientists collaborated with local doctors to follow 253 patients who contracted infections more serious than the common cold — those viruses weren't linked with ME/CFS — in order to see who might develop fatigue and other symptoms over the following year.

The scientists found that Dubbo residents could develop chronic fatigue after several illnesses, among them Q fever, which is caused by bacteria carried by livestock; Ross River fever, spread by mosquitoes; and Epstein-Barr infection, transmitted via human saliva. About 11 percent of the patients who contracted one of these infections still had symptoms six months later, at which time they met the criteria for chronic fatigue syndrome. Nine percent had persistent symptoms a year later. No social or psychological factors foretold who developed long-term fatigue and other symptoms. But one factor was broadly predictive: how sick patients became during the initial phase of their illness. The sicker they got, the more likely they were, after the infection itself had cleared up, to develop fatigue, pain and problems with memory and concentration.

**From the Russian** Influenza to Covid-19, these have been the abiding questions: Where in the body is the dysfunction that drives these chronic symptoms? And what distinguishes those who develop these long-term syndromes from those who don't? A study conducted several years ago by Alice Russell and Carmine Pariante at King's College London suggests that the answer may lie in the different ways individual immune systems respond to the same challenge.

Russell and Pariante decided to follow 55 subjects being treated for hepatitis C, a chronic viral infection of the liver. They wanted to see if any of them developed persistent problems not from the hepatitis virus itself but from the therapy meant to cure it. At the time, treatment included injections of interferon-alpha, a protein also made by our own bodies, which activates the body's antiviral defenses. By giving patients interferon, doctors essentially rev up their immune systems in much the same way an actual viral infection does. For years, scientists have known that interferon treatment can also lead to fatigue and depression in some patients. The therapy for these patients thus provided a way to simulate infection and then study its long-term consequences without using an actual infectious agent.

Six months after the treatment concluded, one-third of the patients reported persistent fatigue. At that point, nothing appeared to be different about their immune function. But by analyzing inflammatory markers in blood taken before and during the interferon therapy, the scientists found two rough predictors: the more activated their immune system was before treatment, and the more inflamed they became during treatment, the greater the likelihood of suffering from fatigue months later.



Kristen Tjaden is still having cognitive and memory issues. It's like "a brain hurricane," she says. Adam Ferguson for The New York Times

"It may be that in one person, the immune system is more reactive," Pariante says, "so it doesn't go back easily to normal after the challenge. And this is the person more likely to develop long-term fatigue."

This relationship may be present in Covid-19 as well. Pariante points to a study from Vita-Salute San Raffaele University in Milan showing that levels of inflammatory markers during a coronavirus infection roughly predicted the development of anxiety and depression after. (Depression is not the same as fatigue, of course, but scientists have for years hypothesized that aberrant inflammation is responsible for some cases of

depression, just as they consider it a possible cause of ME/CFS.)

It still remains unclear, though, what biological dysfunction underlies those persistent symptoms after interferon treatment (or an actual infection) has run its course. This is the mystery at the heart of those ME/CFS cases associated with infection, and maybe long Covid too: How does an infection change your body so that you continue to feel terrible, and maybe even worse, long after the infection has gone? And why can't scientists pin down whatever that change is?

Pariante and others suspect that something may shift in the brain itself, where it's harder to detect anomalous immune activity. Two very small studies have documented brain inflammation in ME/CFS, one using positron emission tomography and another employing a technique called magnetic resonance spectroscopy. As always, in purely observational studies like these, it's unclear if what's different about these patients — the brain inflammation — actually causes the condition, results from it or is unrelated to it.

But scientists know that certain cells in the brain, called microglial cells, can assume different personas: They can function like agreeable handymen, removing detritus and ensuring that your synapses are clean and working properly. Or they can act like vandals, interfering with the brain. In animal studies, the shift is visible under a microscope, says Jarred Younger, director of the Neuroinflammation, Pain and Fatigue Laboratory at the University of Alabama at Birmingham, and the senior author on one of those brain-inflammation studies. With repeated infectious hits, microglia can become "spiky." "They look angry," he says, "like they're ready to fight."

Younger thinks that in ME/CFS, these cells may permanently change into that "angry" version of themselves. He is currently studying the possibility and, should that work pan out, he has a few drug candidates that might calm microglia. These include low-dose naltrexone, a drug that blocks opioid receptors and is sometimes used to treat autoimmune disease — and also been found to be effective, anecdotally, in ME/CFS — as well as minocycline, an old antibiotic that scientists know can exert an anti-inflammatory effect in the brain.

Another explanation for misfiring immune systems — one that some researchers put forward to explain long Covid — is that infection triggers an autoimmune disease, and that scientists have simply been unable to pinpoint where that self-attack is directed. Carmen Scheibenbogen, head of the chronic fatigue center at the Charité university hospital in Berlin, thinks she may have identified the target tissue. Some ME/CFS patients have an autoimmune disease in which antibodies interfere with certain receptors in the endocrine system, she thinks — precisely the kind of molecular self-laceration that might hamper the autonomic nervous system, producing the rapid pulse and other odd symptoms often seen in ME/CFS patients. Importantly, she and others have had some very preliminary success treating the problem as an autoimmune disease. If some portion of long Covid cases turn out to have the same or similar condition, her research may have much broader bearing.

Unfortunately, though, no single treatment is likely to cure all cases of ME/CFS. Scheibenbogen, Younger and other ME/CFS experts I spoke with were in agreement: The entity we call ME/CFS probably has multiple causes. "It's very unlikely this is a single disease," Younger says. "It's a few things."

**Maybe the simplest** explanation for why some long-haulers aren't recovering is that, even if they test negative, they may in fact still harbor a Covid infection somewhere in their body. Amy Proal, a microbiologist with the PolyBio Research Foundation, which focuses on chronic inflammatory diseases, thinks that if people feel sick after an infection, that may be because they in fact are still fighting a hidden infection. "An

incredibly logical explanation is that the driving factor is still there," she says.

The idea of a persistent Covid infection remains unproved, although several studies hint at the possibility. But if this turns out to be the case for some patients, it will be important to separate them from those who might have an autoimmune or inflammatory condition, Proal points out, because treating one could aggravate the other. Using immune suppressants to treat an autoimmune condition, for example, could very well make a lingering infection worse.

The notion that long-term infection is responsible for chronic illness has an extensive history in ME/CFS research, where herpesviruses, which establish a lifelong presence in our bodies, have been put forward as the possible culprit. Nancy Klimas of Nova Southeastern University has gradually moved away from the suggestion that herpesviruses directly cause ME/CFS, though. Her view is that they play a secondary role. She suspects that, in some cases, ME/CFS consists of a two-phase illness: an initial hit of some sort — infection or trauma, say — and then, because that stressor lowers immunological vigilance, a second phase in which herpesviruses already present in the body may spring back to life and lead to misery. And then for reasons no one understands, the immune system can't get that second viral rebellion back under control. "The issue isn't the virus," Klimas says. "The issue is immune surveillance." The problem isn't necessarily their presence in our bodies, in other words, but rather that, after some destabilizing event, the immune system may lose the ability to manage viruses it easily handled before.

2/13/2021 What If You Never Get Better From Covid-19? - The New York Times

Lada Beara Lasic, a nephrologist, worries about the long-term consequences of what she suspects is an immune system that can't calm down. "We know that it's not good for the body to have inflammation. It causes scarring and that means irreversible changes." Adam Ferguson for The New York Times

https://www.nytimes.com/2021/01/21/magazine/covid-aftereffects.html 18/21

Anecdotally, at least, some long-haulers are experiencing the type of viral reactivation Klimas describes. In late October, seven months after contracting the coronavirus, Lauren Nichols developed shingles — a reactivation of the virus that causes chickenpox. The episode, which featured burning, "out of this world" nerve pain, sent her to the emergency room. A lesion developed on the cornea of her left eye, threatening her vision. Antiviral medication helped bring the shingles under control. Nichols, an administrator of a long-Covid support group, told me that reactivation of Epstein-Barr, cytomegalovirus and other herpesviruses occurs in a small but significant percentage of long-haulers on the site.

A similar argument over what drives chronic symptoms — persistent infection versus lingering inflammation from a past infection — appears prominently in the study of Lyme disease. Some people infected with Borrelia burgdorferi, the tick-borne bacterium that causes Lyme, fail to recover even after antibiotic treatment. Patients may refer to this illness as "chronic Lyme disease," but doctors prefer to call it "post-treatment Lyme disease syndrome," because they're not sure an infection is still really there. As in ME/CFS research, the debate over the root cause of this post-Lyme illness has for years polarized the field.

There are other similarities as well. The Lyme problem is underrecognized but immense. Every year, an estimated 329,000 people are infected by B. burgdorferi. About 10 percent of those treated with antibiotics develop lasting symptoms, including fatigue, pain and occasionally nervous-system conditions like dysautonomia — heart rate, blood pressure and other basic bodily functions in disarray. It appears to strike women more than men, it has long been dismissed as psychological and the long-term illness is often judged worse than the acute infection.

Like ME/CFS, post-Lyme syndrome has no biological marker that allows for concrete diagnosis. The three nonmutually exclusive ideas about what causes long-term symptoms roughly correspond with those for ME/CFS: a persistent infection (or perhaps merely debris from the Lyme spirochetes); an autoimmune or inflammatory dysfunction triggered by the infection that continues after the bacteria are gone; or changes in the nervous system that mirror Jarred Younger's "angry microglia" idea, but that are described by Lyme researchers as "central nervous system sensitization." Perhaps the infection changes how the brain works in such a way that once-easily bearable stimuli — pain, light, sound — become unbearable.

The parallels between ME/CFS and Lyme reinforce the notion that many different infections — including the Lyme spirochete — can trigger debilitating long-term syndromes. It's a lesson that we as a society have perhaps forgotten, Allen Steere, a Lyme expert and rheumatologist at Harvard Medical School, told me. "Now we have millions infected, and it becomes apparent to people that this type of problem can follow."

It's a maddening prospect, but long Covid may not be a single syndrome at all. It could, as seems to be the case with ME/CFS, be an array of problems connected in various ways with an initial trigger — in Covid's case, the invasion of the human body by a virus thought to be originally native to bats. ME/CFS doctors and researchers have faced this sort of frustrating complexity for years. It's an unavoidable challenge in managing a condition, be it ME/CFS or long Covid, whose diagnosis is based almost entirely on the subjective reporting of symptoms. There are, after all, many ways to produce symptoms like fatigue, brain fog and even dysautonomia. As Peter Rowe puts it, treating ME/CFS is like peeling an artichoke. "You're trying to remove treatable layers of problems and see what the essence is," he told me.

In the case of ME/CFS, scientists have identified a few more leaves of the proverbial artichoke — a grab bag of treatable, somewhat obscure conditions that seem to be associated with it. One is mast cell activation syndrome, which can produce fatigue, pain and problems with thinking and memory; infection can sometimes initiate it. Another is small-fiber neuropathy, a condition in which the body's nerves begin to misfire and can die off, causing pain, fatigue and disruption to basic bodily functions like breathing. Infections can sometimes trigger it, and given the current description of long-Covid symptoms, Anne Louise Oaklander, a pioneer in understanding this neuropathy, suspects it will be found to occur among long-haulers as well. “Small-fiber neuropathy is usually treatable,” Oaklander told me, “and in some cases curable.”

**Long-haulers who** contracted the novel coronavirus early in the pandemic are just about to round the one-year mark. Only with time will scientists be able to determine if long Covid and ME/CFS are the same or overlapping syndromes, or whether they're distinct and unrelated. For some ME/CFS specialists, however, long Covid already seems like a variant of the condition they've spent their careers treating. Carmen Scheibenbogen told me that in her experience, 1 to 2 percent of all patients infected with coronavirus meet the criteria for ME/CFS six months later. In New York, Susan Levine, an infectious-disease doctor who specializes in ME/CFS, finds that long-Covid patients respond to some of the same treatments that help ME/CFS patients, including low doses of naltrexone, which is anti-inflammatory.

But she does point out that long-Covid patients differ in subtle ways. Among ME/CFS patients, new complications can emerge slowly. Long-Covid patients see new symptoms develop relatively quickly. “It all happens in a compressed way,” Levine told me. “The only silver lining is that I feel we can get these people earlier, soon after the Covid infection, as opposed to the ME/CFS patients, who languished for years.”

The other possible silver lining, one expressed repeatedly by scientists and patients alike, is the prospect that the explosion of long-Covid cases will spur research, and that that research could yield treatments that may help the long-suffering ME/CFS community. “The disease has been ignored for decades and misjudged as a psychiatric disease,” Scheibenbogen says. “We hope now that we get the awareness and money for research — and pharmaceutical drugs.”

For the first time, scientists can follow thousands of patients infected by the same virus at roughly the same time. Funded by the C.D.C., Nancy Klimas has begun a study on long-haulers in which she hopes to prevent ME/CFS from taking root altogether. “We often talk about the three-year mark as people shifting into long-term illness,” she told me. She plans to intervene with drugs before that milestone and hopefully prevent whatever it is that becomes self-perpetuating in ME/CFS.

Long-haulers may have one comparative advantage, at least: Whereas their ME/CFS counterparts in the past may have felt isolated and bereft of information, long-haulers live in a connected world. They've already been remarkably adept at organizing and making themselves heard, writing opinion pieces in major medical journals and media outlets, even conducting their own research.

If nothing else, the online organizing has been hugely important for some patients' mental health. Lauren Nichols told me that, early on, she contemplated suicide because few — neither doctors nor friends — believed her when she detailed her symptoms. (Those with ME/CFS have an elevated risk of suicide.) She connected with others who were going through similar experiences only after reading an April Op-Ed in The

New York Times. The author, Fiona Lowenstein, had started a support group on her queer feminist website, Body Politic. Nichols rushed to join and quickly became an administrator. "My mental state changed — I said, 'Oh, my God, I'm not crazy,'" she told me. "The Body Politic support group prevented me from killing myself. And I really mean that."

Now, as we face the worst but hopefully final wave of the pandemic, many people — long-haulers, those with ME/CFS, scientists and doctors — worry about the long-term consequences of tens of millions of people infected with a virus that, it seems, can inflict lasting damage on the body. The palpable fear is that years from now, after the dead have been buried and victory over the coronavirus declared, some long-haulers will continue to suffer; and that their ongoing ordeal will be reckoned among the pandemic's more awful, lasting legacies.

Moises Velasquez-Manoff is a contributing writer for the magazine. He last wrote about the immune system's reaction to Covid-19.

A version of this article appears in print on . Page 28 of the Sunday Magazine with the headline: What If You Never Get Better From Covid-19?

# Exhibit

# B

Monitoring Devices
Merlin™ Patient Care System

# HELP MANUAL

For the following devices:
SJM Confirm™ Implantable Cardiac Monitor
Confirm Rx™ Insertable Cardiac Monitor



CAUTION: Federal (USA) law restricts this device to sale by or on the order of a physician.

Unless otherwise noted, ™ indicates that the name is a trademark of, or licensed to, St. Jude Medical or one of its subsidiaries. ST. JUDE MEDICAL and the nine-squares symbol are trademarks and service marks of St. Jude Medical, LLC and its related companies.

Pat. http://patents.sjm.com

© 2019 St. Jude Medical, LLC. All Rights Reserved.

# Contents

Tools Menu ..... 1
- ? Button ..... 1
- Tools ..... 1
- Session Records ..... 1
- PDFs ..... 2
- Preferences ..... 2
- Audio Preferences ..... 2
- Printer Preferences ..... 2
- Print Screen ..... 3
- Export Screen ..... 3

New Device ..... 5

Rhythm Display ..... 5
- Rhythm Display ..... 5
- ECG ..... 6
- Markers ..... 6
- EGM ..... 8
- Rhythm Display Setup Instructions ..... 8
- Adjust Display ..... 9
- Freeze Capture ..... 10
- Adjust Channels ..... 10

FastPath™ Summary Screen ..... 11
- FastPath™ Summary ..... 11
- Alerts ..... 11
- Patient Information ..... 11
- Note ..... 11
- On-Screen Keyboard ..... 12

Episodes ..... 13
- EGMs Directory ..... 13
- Episodes Directory ..... 13
- Episode Statistics ..... 14
- Print EGMs ..... 14
- Episode Detail ..... 14
- Retrieve EGMs from the Device ..... 15
- Episodes and Stored EGMs ..... 15
- Episode Description ..... 15

Diagnostics ..... 17
- Heart Rate ..... 17
- AF Diagnostics ..... 17

Tests ..... 19
- Real-Time Measurements ..... 19
- R-Wave Amplitude Measurements ..... 19

SJM Confirm™ Monitor Settings ..... 21
- Detection ..... 21
- Tachy Criteria ..... 21
- Sensing ..... 22
- Detection Inhibitors ..... 24

Confirm Rx™ Parameter Settings ..... 25
- Episode & Alert Type ..... 25
- Detection Qualifiers ..... 26
- Sensing ..... 26

SJM Confirm™ Episode Settings ..... 29
- Auto Activated Settings ..... 29
- Patient Activated Settings ..... 30

Confirm Rx™ Stored EGM Settings ..... 31
- Auto Activated Settings ..... 31
- Symptom Settings ..... 32

Wrap-Up™ Overview ..... 33
- Restore Initial Values ..... 33
- Clear Trend ..... 33
- Export Data ..... 33

- Clear Diagnostics ... 33

Additional Programming Information ... 35
- Technical Support ... 35
- Supported Devices ... 35
- Main Programming Window ... 35
- Monitor Enable/Disable ... 36
- Device Parameters and Settings Selection ... 36
- Console Buttons ... 36
- Print Menu ... 36
- Reports ... 36
- Settings ... 36
- Hardware Reset ... 36

SJM Confirm™ Devices Technical Data ... 37
- Physical Specifications ... 37
- Battery Specifications ... 37
- Reset Settings ... 37
- X-ray Identification ... 38

SJM Confirm™ Devices Clinician Use Information ... 38
- Patient Selection ... 38
- Patient Counseling Information ... 38
- Implanting The Device ... 38
- Patient Follow-up ... 40
- Explanting the Device ... 40

SJM Confirm™ External Patient Activator ... 41
- Reading Transmitted Data ... 41

Sensing and Detection Performance ... 41
- QRS Detection Performance ... 41
- Atrial Fibrillation Detection Algorithm and Performance Statistics ... 41

Clinical Studies ... 42
- SJM Confirm™ IDE Study ... 42
- Holter Data Collection ... 44
- Patient Population ... 44
- Patient Cohort ... 44
- Study Objectives and Results ... 44
- Conclusion ... 45

Confirm Rx™ Devices Technical Data ... 45
- Physical Specifications ... 45
- Battery Specifications ... 45
- Reset Settings ... 46
- X-ray Identification ... 46

Confirm Rx™ Devices Clinician Use Information ... 46

Patient Counseling Information ... 46

Implanting The Device ... 47
- Choosing an Insertion Site ... 47
- Inserting the Device ... 47

Index ... 48

# Tools Menu

Contents:

- **? Button** (page 1)
- **Tools** (page 1)
- **Session Records** (page 1)
- **Preferences** (page 2)
- **Customer Support.** Provides contact information for Technical Support representatives. See also Technical Support (page 35).
- **Print Screen** (page 3)
- **Export Screen** (page 3)

## ? Button

The ? button opens a window that provides access to the Help manual. You can also access the manual if you select Tools (page 1) > Educational Materials > Help.

Accessed From: Help button

## Tools

The Tools menu provides access to a number of programmer tools, including:

- **PSA**. Opens the PSA application (not supported within this software application).
- **Session Records**:
  - **Session Records**. Opens archived data.
  - **PDFs** (page 2). Opens the PDFs window to manage the reports stored as PDFs on the programmer's hard disk.
- **Educational Materials**:
  - **Help**. Opens links for on-line Help for all supported devices.
  - **Demos**. Opens device demonstrations.
- **Maintenance**. Opens utilities for programmer maintenance (for use by St. Jude Medical personnel only).
- **Clinical Studies**. Opens information for studies (not supported by monitoring devices).
- **Preferences** (page 2). Opens the Merlin™ PCS settings.
- **Customer Support**. See Technical Support (page 35).
- **Print Screen** (page 3)
- **Export Screen** (page 3). Exports an image to a USB flash drive or floppy drive.

Accessed From: Tools menu

## Session Records

From the Session Records window, you can review data acquired during previous programming sessions.

- View Session Records Stored on the Merlin™ PCS Instructions (page 1)
- View Session Records on External Media Instructions (page 1)

Accessed From: Tools menu > Session Records button

### View Session Records Stored on the Merlin PCS Instructions

To view data acquired during previous programming sessions and stored on the Merlin™ PCS:

1. Select Tools > Session Records.
2. Select a device to review.

   Session records can be sorted by model number, serial number, or patient name. To sort the available data, select a column heading.
   To copy all of the stored session records for the selected device to an external storage device, select the Export All button. Follow the instructions in the window to save comments with the session data.
3. Select a session to view.

   To view a session, select the session record. To view the most recent session, select the Review Most Recent button.
4. Select a file to review.

   The session file information is displayed at the top of the screen. Review the stored session data using standard parameter and diagnostic screens. To print reports, see Print Menu (page 36).

### View Session Records on External Media Instructions

To view data acquired during previous programming sessions and stored on external media:

1. Select Tools > Session Records.

2. Select the Read Ext. Media button.

3. Select the media device that contains session data.

4. Select a session to view.

   To copy all of the stored session records for the selected session from an external storage device, select the Copy to Merlin™ PCS button.

5. Select a file to review.

   The session file information is displayed at the top of the screen. Review the stored session data using standard parameter and diagnostic screens. To print reports, see Print Menu (page 36).

## PDFs

Every time you select any Print button to create a report, the Merlin™ PCS programmer saves the report as a PDF (portable document file).[1] This file can be exported to a flash drive connected to one of the programmer's USB ports. You must install Adobe™ Acrobat™ Reader or Adobe Reader™ on your PC to view the PDF.[2]

From the PDFs window, you can:

- Check the number of PDFs stored on the programmer's hard disk that have not been exported
- Export all the stored PDFs.
- Export the Most Recent PDFs (created in the last actual session or demo session, including your current session).
- Delete all PDFs.

When you select one of the Export buttons, the Export Data screen appears. The file naming and storing of the PDFs are as follows:

- Folder Name: "Date of PDF creation"
- Sub Folder Name: "Patient Name" (read from the Patient Data)
- File Name: "Device name_Device Model Number_Device Serial Number_Reportname.pdf"

Example: In the folder called "2008-03-22", a subfolder exists called "John Smith." Inside the sub folder is a file titled "PromoteRF_3207-36_201399_TestResults.pdf"containing the test results for John Smith on 3/22/2008.

Accessed From: Tools menu > Session Records > PDFs

## Preferences

The Preferences windows set the following for the programmer:

- **Date and Time**
- **Language for Display and Help**
- **Date, Time, and Number Formats**
- **ECG Notch Filter Frequency**. The ECG Notch Filter Frequency reduces ECG interference from the programmer's AC power line frequency. Check with your local authorities for your power line frequency.
- **Audio Preferences** (page 2)
- **Printer Preferences** (page 2)

Accessed From: Tools menu > Preferences button

   NOTE: It is important to set an accurate date and time because the device's diagnostics, tests, and other functions use the date and time from the programmer.

## Audio Preferences

This screen contains two panels:

- **General Audio**. Select the On button to allow audio cues for programmer activity. You can also select a volume level. The Off button turns all sounds off (except Charging Audio).
- **Charging Audio** (Tachy devices only). Select the On button for an audio cue when the capacitors charge during a programming session.

Accessed From: Tools menu > Preferences button > Audio tab

## Printer Preferences

Every time you select any Print button to create a report, the Merlin™ PCS programmer saves the report as a PDF (portable document file).[3] This file can be exported to a flash drive connected to one of the programmer's USB ports. You must install Adobe™ Acrobat™ Reader or Adobe Reader™ on your PC to view the PDF.

To view the number of stored PDFs and to export or delete PDFs, select Tools > Session Records > PDFs (page 2). This window contains two panels:

---

[1] The programmer does not create a PDF for Freezes printed from the Start-Up screen, real-time printing or when Session Record snapshots are printed.
[2] Adobe, Acrobat, and Adobe Reader are trademarks of Adobe Systems Incorporated.
[3] The programmer does not create a PDF for Freezes printed from the Start-Up screen, real-time printing or when Session Record snapshots are printed.

- **Selected Printer**. You have three choices:
  - PDF Only (Paperless). Sends reports to the programmer's hard disk as a PDF (paperless printing) with no paper documents.
  - Internal & PDF. Sends the report to the programmer's internal printer and simultaneously creates a PDF on the hard disk.
  - External & PDF. Sends the report to an external USB printer and simultaneously creates a PDF on the hard disk. Before reports can be sent to an external printer, you must first connect the external printer to any one of the USB ports on the programmer. For more information on connecting an external printer, see the Merlin PCS User's Manual.
- **Number of Paper Copies**. This selects how many reports are printed by the internal or external printer whenever a Print button is selected.

  **NOTE:** Supported Printers. The Merlin PCS can print to many laser jet printers. For a list of compatible printers, contact your St. Jude Medical Representative or Technical Support (page 35).

Accessed From: Tools menu > Preferences > Printer tab

## Print Screen

The Print Screen button prints an image of the current screen. To send the image to an external printer, go to the Tools Menu > Preferences > Printer tab and select the External button.

This function does not create a PDF.

For more information on printing, see Print Menu (page 36).

Accessed From: Tools menu > Print Screen

## Export Screen

The Export Screen button opens the Export Data window (page 33), which allows you to save the current screen as an electronic (.png) file and send the file to any storage device (floppy drive or flash drive) connected to one of the programmer's USB ports. The Merlin™ PCS detects all connected devices and asks you to select the device to receive the data.

Accessed From: Tools menu > Export Screen

## New Device

The first time you interrogate a Confirm Rx device, the New Device window[4] appears. Use the tabs of this window to enter the Reason for Monitoring and other required information. The selections for the Reason for Monitoring include the following:

- Syncope
- Seizures
- Palpitations
- Ventricular Tachycardia
- Suspected AF
- Post AF Ablation
- AF Management
- Cryptogenic Stroke
- Other

Certain device parameters are automatically programmed based on your selection for the Reason for Monitoring and the patient's date of birth. These parameters include the following:

- AF Duration
- AF EGM Trigger Priority
- Pause EGM Trigger Priority
- Tachy EGM Trigger Priority
- Brady EGM Trigger Priority
- Tachy Cutoff Rate

You can change the Reason for Monitoring and the device parameters at any time.

Accessed From: Main Programming window

## Rhythm Display

Contents:

- Rhythm Display (page 5)
- ECG (page 6)
- Markers (page 6)
- EGM (page 8)
- Rhythm Display Setup Instructions (page 8)
- Adjust Display (page 9)
- ECG Configuration (page 9)
- EGM Configuration (page 9)
- Freeze Capture (page 10)

### Rhythm Display

The Rhythm Display, seen on the Main Programming Window (page 35), shows up to five concurrent channels that can be individually configured, repositioned, and adjusted. You can also freeze the display or print it in real time.

Three types of waveforms can be shown in the Rhythm Display:

- ECG (page 6) (electrocardiogram)
- Markers (page 6)
- EGM (page 8) (subcutaneous electrogram)

The controls for the Rhythm Display include the:

VEGM — Channel Configuration labels, which identify the source shown on each channel

Adjust Display button (page 9)

Freeze Capture button (page 10)

See Rhythm Display Setup Instructions (page 8).

[4] Available in Confirm Rx devices only.

## ECG

The Rhythm Display can show up to five ECG waveforms simultaneously from seven possible ECG vectors. Select the Adjust Display button (page 9) to select the ECG waveform source and configuration.

A typical ECG setup is shown in the Merlin™ PCS User's Manual. See ECG Configuration (page 9).

## Markers

Markers are symbols that represent events, intervals, refractory periods, and algorithm activity.

You can choose markers as one of the five waveforms. Markers can be configured from the Adjust Display window (page 9) either as:

- **Basic**. Basic Event Markers (page 6) appear along a time line.
- **Full**. In addition to the Basic Event Markers, the Activity and Noise Markers (page 7) and Interval and Refractory Markers (page 7) appear.

The following markers always appear in both the Basic and Full marker configurations:

- Programmer Communication Markers (page 7)
- Waveform Channel Markers (page 8)

### Basic Event Markers

Table 1. Basic event markers

| Marker | Description | Example |
|---|---|---|
| AF Entry | AF entry | AF markers are only shown in stored EGMs and not on the real-time display. |
| In AF | AF ongoing | |
| AF Exit | AF exit | |
| T | Binned interval: Tachycardia | |
| B | Binned interval: Bradycardia | |
| A or P | Binned interval: Asystole or Pause | |
| VS | Ventricular sensed event | |
| Episode Exit | Episode exit | |
| Tachy | Tachy episode diagnosis | If an event triggers EGM storage, a vertical bar with a "Trigger" flag appears at the trigger point. |
| Brady | Brady episode diagnosis | |
| Asystole or Pause | Asystole or pause episode diagnosis | |
| Patient Activated or Symptom | Patient activated or symptom EGM storage | The Patient Activated or Symptom marker is only shown in stored EGMs and not on the real-time display. |
| BAQ Inhibit or Bigeminy | Diagnosis inhibited due to bigeminal rhythm |  |
| DISC Inhibit or SVT | Diagnosis inhibited | |
| – | Unbinned interval (dash) | |

## Activity and Noise Markers

Table 2. Activity and noise markers

| Markers | Description | Example |
|---|---|---|
| ACT or Act. | Activity Sensor Marker | |
| Act., Noise[5] | Activity and noise response ongoing | |
| Act., Noise Recovery[6] | Activity and noise response recovery | |
| Noise Entry | Noise response entry | |
| Noise | Noise response ongoing | |
| Noise Recovery | Noise response recovery | |
| Noise Exit | Noise response exit | |

## Interval and Refractory Markers

Interval and refractory markers are shown in the following diagram. These markers are available in Full marker configurations only.

Figure 1. Interval and refractory markers

1. Refractory Period (Line)
2. R-R Interval

[5] Available in Confirm Rx devices only.
[6] Available in Confirm Rx devices only.

### Programmer Communication Markers

Table 3. Programmer communication markers

| Marker | Description | Example |
|---|---|---|
| Programmed | Device programming | The marker is a vertical bar with a flag. |
| Interrogating | Device interrogation | |

### Waveform Channel Markers

Table 4. Waveform channel markers

| Marker | Description | Example |
|---|---|---|
| [New Configuration] | The ECG or EGM channel configuration was changed | |
| + Gain | An increase in the gain setting | |
| - Gain | A decrease in the gain setting | |
| Dynamic Range | A change in the dynamic range | |

## EGM

EGMs (electrograms) show the heart's electrical activity as sensed by the device. The shape and size of the waveform depend on the available EGM Configuration (page 9) and the Gain setting.

The Rhythm Display can show up to two EGM waveforms simultaneously in a variety of configurations. Select the Adjust Display button (page 9) to select the waveform source, configuration, and gain as well as the ECG Filter.

When episode retrieval is in progress for Confirm Rx™ devices, the EGM display will be suspended. It will resume automatically once the episode retrieval is completed.

## Rhythm Display Setup Instructions

1. Select the Adjust Display button to the right of the Rhythm Display.

   The Adjust Display window (page 9) appears.

2. Locate position 1.

3. Select the Source you want to see in position 1 (ECG (page 6), EGM (page 8), Markers (page 6), or Off).

   The programmer selects a default Configuration for the Source.

4. Select the Configuration button.

   If you select ECG or EGM for the Source, the ECG Configuration (page 9) or EGM Configuration (page 9) window opens. If you select Markers (page 6), select the Basic or Full button.

5. Choose the configuration.

6. Choose the Gain setting.

   The default setting for each Gain control is Auto.

7. Repeat these steps for the remaining waveforms.

8. To change the default sweep speed, select the Sweep Speed button and choose a speed.

9. To invert an EGM, select the Invert EGM button[7].

10. To set the ECG filter (to reduce electromagnetic interference), select the ECG Filter button.

11. To refresh the Autogain settings, select the Update Auto Gains button.

    NOTE: The Rhythm Display settings for monitoring devices are stored in the programmer. The same Rhythm Display settings are used for the next monitoring device session, until you readjust the Rhythm Display settings.

## Adjust Display

From the Adjust Display window, you can change the:

- **Source** for each waveform in the Rhythm Display window (ECG (page 6), Markers (page 6), or EGM (page 8))
- **Configuration** of the waveform
- **Gain** to adjust the height of the waveform. The default setting is Auto.
- **Sweep Speed**
- **ECG Filter** to reduce electromagnetic interference
- **Invert EGMs**[8] to invert the peaks of the EGM.

The following buttons are also available:

- **Update AutoGains**. Recalculates the gain of waveforms currently displayed in the Rhythm Display and that are set to Auto.
- **? Marker Help**. See Markers (page 6).

See also:

- ECG Configuration (page 9)
- EGM Configuration (page 9)
- Rhythm Display Setup Instructions (page 8)

Accessed From: Rhythm Display > Adjust Display button or window

### ECG Configuration

The ECG Configuration window changes the ECG vector on the Rhythm Display (page 5). See ECG (page 6) for a typical ECG setup.

To achieve the ECG vectors, select the following electrodes:

- **I**. LA(+) – RA(-)
- **II**. LL(+) – LA(-)
- **III**. LL(+) – RA(-)
- **aVR**. RA(+) – LA(-) + LL(-)
- **aVL**. LA(+) – RA(-) + LL(-)
- **aVF**. LL(+) – RA(-) + LA(-)
- **Chest**. V

Accessed From: Adjust Display > Configuration button

### EGM Configuration

The EGM Configuration window changes the EGM source on the Rhythm Display (page 5). The following EGM configurations are available depending on the device:

- **VEGM**. The ventricular EGM using a can to header vector.
- **ZOOM**[9]**.** The VEGM configuration with 3x amplification.
- **VSENSE**. A filtered VEGM configuration used for sensing.

---

[7] Available in Confirm Rx devices only.
[8] Available in Confirm Rx devices only.
[9] Available in SJM Confirm devices only.

- **ASC**[10]**.** The sensing threshold determined by the automatic sensitivity control algorithm.

Accessed From: Adjust Display > Configuration button

## Freeze Capture

In SJM Confirm™ devices, the Freeze button captures the most recent 64 seconds of the waveform and shows the data in the Freeze Capture window. Once you close the Freeze Capture window, only the most recent 16 seconds of the waveform data are stored. The Presenting Rhythm (page 10) and up to 49 of the most recent Freeze Captures are stored.

In Confirm Rx™ devices, the Freeze button captures the most recent 30 seconds of the waveform and shows the data in the Freeze Capture window. The most recent 15 seconds of the waveform data are stored, and you can view up to 6 of the most recent Freeze Captures in a session record.

The controls on the Freeze Capture window include the:

- **Adjust Channels button**[11]. Adjusts the characteristics of the Freeze Capture window. In Confirm Rx devices, these adjustments are done through the EGM configuration.
- **Update AutoGains button**. Recalculates the gain of waveforms currently displayed in the Freeze Capture window and that are set to Auto
- **Center Vertical button**[12]. Centers the waveforms currently displayed in the Freeze Capture window
- **Sweep Speed button**
- **Show Calipers button**. Shows calipers that can be moved with button controls to display time measurements for a portion of the freeze
- **Hide Calipers button**. Toggles to the Show Calipers button
- **Reset Calipers button**. Resets the calipers to their default positions
- **Print button**. Prints the channel information and the portion of the frozen waveform data displayed in the Freeze Capture window. The amount of EGM data printed is determined by the Sweep Speed setting.
- **Scroll buttons**
- **Restore Channels button.** Restores the hidden waveforms.

Select the Select for Printing button to print the most recent 16 seconds of the Freeze Capture at the end of the session.

See also Wrap-up™ Overview (page 33).

Accessed From: Freeze button

### Presenting Rhythm

The Freeze Capture labeled Presenting Rhythm includes up to 16 seconds of waveform data captured immediately following the initial device interrogation. You can view the Presenting Rhythm in the Freeze Capture (page 10) window.

Accessed From: Freeze button

## Adjust Channels

You can adjust certain characteristics of the Freeze Capture window. These characteristics include:

- **Display**[13] **or Restore Channels button**[14]. Shows or hides each channel
- **Configuration**. Displays the source shown on each channel. You can set the Markers (page 6) to basic or full.
- **Gain buttons**. Adjusts the size of each waveform
- **Sweep Speed button**
- **? Marker Help button**. See Markers (page 6).
- **Invert EGM button**[15]
- **ECG Filter button.** Reduces electromagnetic interference.

Accessed From: Freeze button > Freeze Capture window

[10] Available in SJM Confirm devices only.
[11] Available in SJM Confirm devices only.
[12] Available in SJM Confirm devices only.
[13] Available in SJM Confirm devices only.
[14] Available in Confirm Rx devices only.
[15] Available in Confirm Rx devices only.

# FastPath™ Summary Screen

Contents:

- FastPath™ Summary (page 11)
- Alerts (page 11)
- Patient Information (page 11)
- Note (page 11)

## FastPath™ Summary

Select any button on the FastPath™ Summary window for more detail.

- **Alerts** (page 11). Opens a list of conditions requiring attention.
- **Battery Status**. Shows the estimated longevity and a battery capacity status bar in SJM Confirm™ devices. You can retrieve the battery voltage measurement from the Real-Time Measurements window (page 19).

  Shows the battery capacity estimate in Confirm Rx™ devices.
- **Parameters**. Shows the settings of parameters. In SJM Confirm™ devices, this button opens the Monitor Settings window (page 21). In Confirm Rx devices, this button opens the Parameters Workspace window.
- **EGM Count**[16]. Shows a summary of EGMs and the percentage of EGM storage remaining in the device. In SJM Confirm Model DM2102, this button opens the Episode Statistics window (page 14). In SJM Confirm Model DM2100, this button opens the EGMs Directory window (page 13). See also Episode Description (page 15).
- **Episode Count**[17]. Shows a summary of detected episodes. An alert appears when episode data needs to be cleared. Opens the Episodes Directory window (page 13).
- **AF Burden**. Shows a trend of the AF Burden diagnostics. Opens the AF Diagnostics window (page 17).
- **Test Results**[18]. Shows the current and last session signal amplitude measurements and the date of the last session in SJM Confirm devices. Opens the Real-Time Measurements window (page 19).
- **Sense Test Results**[19]. Shows the most recent R-wave measurement and the date that the measurement was obtained in Confirm Rx devices. Opens the R-Wave Amplitude Measurement window (page 19).
- **Ventricular Heart Rate Histogram**. Shows the Ventricular Heart Rate Histogram. Opens the Heart Rate window (page 17).
- **End Session**. Opens a window to print Reports (page 36) that have not been printed and to end the session.
- **Print button**. Prints a Summary Report which includes all of the information on the Summary screen.

Accessed From: FastPath Summary button

## Alerts

The Alerts window lists conditions detected in the current session. The list contains buttons that open related windows. In SJM Confirm devices, alerts that have not been viewed are listed in a red font with a red border around the alert box; alerts that have been viewed are listed in a black font with a green border around the alert box.

In Confirm Rx devices, the border of the alert box corresponds to the type of alert that is detected. Red borders are for device alerts, yellow borders are for clinical alerts, and blue borders are for informational alerts.

Accessed From: FastPath Summary button

## Patient Information

The Patient Information window displays device information and allows you to save additional data in the device's memory. In Confirm Rx™ devices, you can also view the Reason for Monitoring (page 5) from here.

There are two types of patient information buttons:

- **Parameter Style**. A list of available settings.
- **Data Entry**. Type information using either the On-Screen Keyboard (page 12), which opens when you select a data entry button, or a USB keyboard connected to one of the USB ports. The data entry buttons have a keyboard icon on the button.

Accessed From: Main Programming window

## Note

The Note window allows you to enter additional information about the patient. When you select the Highlight At Every Follow-up check-box, the pencil icon on the main programming window is highlighted and the information appears as an alert at the next programming session.

Accessed From: Main Programming window

---

16 Available in SJM Confirm devices only.
17 Available in Confirm Rx devices only.
18 Available in SJM Confirm devices only.
19 Available in Confirm Rx devices only.

## On-Screen Keyboard

Use the On-Screen Keyboard to enter data.

- **Special Char key**. Select the Special Char key and then select another key to display the special character (labeled in green on the key).

- **Inactive Keys**. Inactive keys mean that the device does not support the character.

- **Repeating Keys**. If you press and hold most keys on the on-screen keyboard, they are not repeatedly typed. The exceptions are the arrow keys, the Space key, the Enter key, and the Backspace key.

- **External Keyboard**. You can use an external keyboard connected to the programmer through any of its USB ports. Both keyboards can operate simultaneously.

## Episodes

In SJM Confirm™ devices, the Episodes button opens a window that contains the:

- EGMs Directory (page 13)
- Episode Statistics (page 14)

In Confirm Rx™ devices, the Episodes button opens a window that contains the:

- Episodes Directory (page 13)
- Episode Statistics (page 14)

See also:

- Episode Description (page 15)

Accessed From: Episodes button

### EGMs Directory

The EGMs window lists all EGMs recorded by the device since diagnostic data were last cleared, the date of the last programmer session, the date of the last device interrogation, and the date that diagnostic data were last cleared. Each item in the list is a button that opens an Episode Detail window.

From the EGMs window, you can:

- **View an EGM**. Select an EGM from the list. Each EGM in the list is a button that opens the Episode Detail window (page 14).
- **Sort the Directory**. Select a column heading.
- **Update the Directory**. Select the Update Directory button to retrieve data from the device and update the data shown. See Retrieve EGMs from the Device (page 15).
- **Print EGMs** (page 14). Select the Print Selected button to print a detailed report for EGMs selected for printing.

When an EGM is uploaded to the SJM Confirm™ patient activator (PA), the Uploaded to PA column shows it.

The Status column displays stored EGMs that have been retrieved from the device. As EGMs are retrieved, the EGM Retrieved icon is displayed.

See also:

- EGM Trigger Priority (page 29)
- Episodes and Stored EGMs (page 15)
- Clear Diagnostics (page 33)
- Retrieve EGMs from the Device (page 15)
- Episode Description (page 15)

Available In: SJM Confirm™ devices

Accessed From: Episodes button > EGMs window

### Episodes Directory

The Episodes window lists the episodes detected by the device since episode data were last cleared. It also gives the date of the last programmer session, the date that episode data were last read and cleared, and the date of the last remote session for Confirm Rx devices. By default, the window lists all episodes with SEGMs since the last programmer session. Episodes without SEGMs can be viewed by selecting the Include All (old and non-EGM) checkbox. Each item in the list is a button that opens an Episode Detail window.

From the Episodes window, you can:

- **View an Episode**. Select an episode from the list. Each episode in the list is a button that opens the Episode Detail window (page 14).
- **Sort the Directory**. Select a column heading.
- **Update the Directory**. Select the Update Directory button to retrieve data from the device and update the data shown.
- **Print Episodes**. Select the Print Selected button to print a detailed report for episodes selected for printing.

The Additional Information column shows additional information about an episode. The additional information listed depends on the type of episode.

The Uploaded to Merlin.net column shows if that episode was uploaded to Merlin.net.

The Status column displays stored EGMs that have been retrieved from the device. As EGMs are retrieved, the EGM Retrieved icon is displayed.

See also:

- Episodes and Stored EGMs (page 15)
- Clear Diagnostics (page 33)
- Episode Description (page 15)

Available In: Confirm Rx™ devices

Accessed From: Episodes button > Episodes window

## Episode Statistics

The Episode Statistics window lists statistical data for all episodes recorded by the device since episodes and stored EGMs were last cleared, the number of inhibited VT diagnoses due to the bigeminal rhythm qualifier and rhythm discriminators, the date of the last programmer session, the date that episode data were last read, and the date that episodes and stored EGMs were last cleared.

In Confirm Rx devices, the Episode Statistics window also lists the last remote session time stamp.

From the Episode Statistics window, you can:

- View Episodes. Select an episode type from the list to open the Episode Detail window (page 14) for the most recent episode of that type.

See also:

- Alerts (page 11)
- Episodes and Stored EGMs (page 15)
- Clear Diagnostics (page 33)
- Retrieve EGMs from the Device (page 15)
- Print EGMs (page 14)
- Episode Description (page 15)

Accessed From: Episodes button > Episode Statistics window

## Print EGMs

You can print from the EGMs Directory window (page 13) (Print Selected button), from the Episode Detail window (page 14) (Print button), from the Wrap-up™ Overview window (page 33) (Print Reports button), and from the Print Menu (page 36).

To print all episodes or EGMs, select the Select All for Printing button from the Episodes or EGMs Directory. To print individual episodes or EGMs while viewing the directory, select the Print Selected button. The episode or EGMs can also be printed at a later time from the Wrap-Up Overview window.

To print a single episode or EGM:

1. Select the episode or EGM from the directory.

   The Select for Printing button is unchecked by default.
2. Close the episode or EGM to return to the Episodes or EGMs Directory.
3. To print the episode or EGM immediately, select the Print Selected button.

   If the episode or EGM is not printed from the Episodes or EGMs Directory window, it is stored in the print queue.

Accessed From: Episodes button > Episodes or EGMs window > Print Selected button

## Episode Detail

The Episode Detail window shows the EGM (page 8) and Markers (page 6) data that precede and follow the recorded episode.

The Episode Details window also includes the:

- **Date, Time, and Type** of episode
- **Duration** of the episode
- **Caliper Controls**
  - **Show Calipers button**. Shows calipers that can be moved with button controls to display time measurements.
  - **Hide Calipers button**. Toggles to the Show Calipers button
  - **Reset Calipers button**. Resets the calipers to their default positions.
- **Scroll buttons**
- **Sweep Speed button**
- **Adjust Channels button**
- **Update Auto Gains button**. Recalculates the gain for each source with Auto selected. This button is available if at least one displayed source is set to Auto gain.
- **Select for Printing button**. The EGM is stored for printing with the Wrap-up Summary Report.
- **Previous/Next controls**. Shows the previous or next EGM.
- **Print button**

Accessed From: Episodes button > EGMs window > Specific EGM button

### Adjust Channels

You can adjust certain characteristics of the Episode Detail window (page 14). These characteristics include:

- **Display button**. Shows or hides each channel
- **Markers configuration**. Displays the basic or full markers
- **Gain buttons**. Adjusts the size of each waveform

- **Sweep Speed button**
- **? Marker Help button**. See Markers (page 6)

Accessed From: Episodes button > EGMs window > Specific EGM button

## Retrieve EGMs from the Device

The device stores EGMs according to programmed criteria (see Episode Settings (page 29)) and transmits them to the programmer. The retrieval of stored EGMs begins after the initial interrogation. EGMs are retrieved beginning with the most recent EGM and continuing until the oldest EGM has been retrieved. EGMs are retrieved in the "background", which means that the real-time ECG and markers are active and limited navigation and telemetry operations function normally.

The background retrieval of EGMs pauses when:

- Telemetry is lost
- Another telemetry operation, such as retrieving measured data, is performed
- Manual EGM retrieval is initiated

The background retrieval of EGMs continues once the other telemetry operations are complete. The background retrieval of EGMs eventually retrieves all of the EGMs from the device. Once background retrieval is complete:

- Printing from the EGMs Directory becomes available
- Parameters may be programmed
- Wrap-Up Overview and Print Menu functions become available.

Stored EGMs can be retrieved individually when you select an EGM from the EGMs Directory window (page 13).

## Episodes and Stored EGMs

A stored EGM includes the EGM, as well as episode date, time, and type of episode if available. EGM storage is dependent upon the Episode Settings (page 29) and the EGM Trigger Priority (page 29).

In SJM Confirm™ Model DM2100 devices, up to 147 auto activated (Tachy, Brady, Asystole) and patient activated EGMs can be stored, and in the DM2102 an additional 147 AF episodes can be stored, with a total of 48 minutes of EGM storage time. Patient activated episodes have a higher storage priority than auto activated episodes and are stored first. Once the storage capacity is reached, patient activated episodes are retained and newer auto activated EGMs replace older auto activated EGMs.

In Confirm Rx™ devices, up to 250 AF episodes and 250 auto activated (Tachy, Brady, Pause) and symptom episodes can be stored with a total of 60 minutes of EGM storage time. Symptom episodes have a higher storage priority than auto activated episodes and are stored first. Once the storage capacity is reached, symptom episodes are retained and newer auto activated EGMs replace older auto activated EGMs.

See also Episode Description (page 15).

## Episode Description

- **AF Episode**[20]. An algorithm determines when an AF episode begins and ends. The EGM shows the beginning of the episode only.
- **Tachy Episode**. A tachy episode begins when the intrinsic rate exceeds the Tachy Cutoff Rate (page 21) for the programmed number of intervals (Tachy Count (page 21)) and ends with the detection of five sinus intervals or another rhythm.
- **Brady Episode**. A brady episode begins when the intrinsic rate is slower than Brady Cutoff Rate (page 21) for four intervals and ends with the detection of five sinus intervals or another rhythm.
- **Asystole or Pause Episode**. An asystole or pause episode begins when the Asystole (page 21) or Pause Duration (page 25) is exceeded without R-wave detection and ends with the detection of four consecutive non-asystole or non-pause binned intervals.
- **Patient Activated or Symptom Episode**. A patient activated[21] or symptom episode[22] captures the time surrounding manually activated recording using the external patient activator or myMerlin™ mobile application (app).

  NOTE: In Confirm Rx devices, the symptom episode details include the symptoms selected by the patient in the app.

[20] Available in SJM Confirm (DM2102) and Confirm Rx devices only.
[21] Available in SJM Confirm devices only.
[22] Available in Confirm Rx devices only.

# Diagnostics

Contents:

- Heart Rate (page 17)
- AF Diagnostics (page 17)

See also:

- Clear Diagnostics (page 33)

Accessed From: Diagnostics button

## Heart Rate

The Heart Rate window contains the following:

- **Ventricular Heart Rate Histogram**. A bar graph of all recorded events by rate since the diagnostic data were last cleared. Shows the Tachy Cutoff Rate (page 21), Brady Cutoff Rate (page 21), and Pause Cutoff Rate[23] settings.
- **Read Diagnostics button**. Retrieves data from the device and updates the data shown.
- **View Counts button**[24]. Shows the diagnostic data in a table.
- **Last Session**. The date and time of the last programmer session.
- **Last Remote Session**[25]**.** The date and time of the last remote session.
- **Last Read**. The date and time that the diagnostic data were last read.
- **Last Cleared**. The date and time that the diagnostic data were last cleared.

Accessed From: Diagnostics button > Heart Rate tab

## AF Diagnostics

The AF Diagnostics window contains the following:

- **AF Burden**. Shows the percentage of time that the patient was in AF since the AF diagnostics data were last cleared (see Clear Trend (page 33)). In Confirm Rx™ devices, it shows the daily percentage over a 31 day period.
- **AF Summary**. Histograms of the Mean Ventricular Heart Rate and the Duration of AF episodes since AF diagnostic data were last cleared.
- **AF Statistics**. Statistical data for AF episodes stored since AF diagnostic data were last cleared.
- Read Diagnostics button. Retrieves diagnostic data from the device and updates the data shown.
- **Last Session**. The date and time of the last programmer session.
- **Last Remote Session**[26]. The date and time of the last remote session.
- **Last Read**. The date and time that the diagnostic data were last read.
- **Last Cleared**. The date and time that the diagnostic data were last cleared.

Available In: SJM Confirm™ (DM2102) and Confirm Rx™ devices

Accessed From: Diagnostics button > AF Diagnostics tab

---

[23] Available in Confirm Rx devices only.
[24] Available in SJM Confirm devices only.
[25] Available in Confirm Rx devices only.
[26] Available in Confirm Rx devices only.

# Tests

The Tests window contains the following:

- Real-Time Measurements (page 19) in SJM Confirm™ devices
- R-wave Amplitude Measurements (page 19) in Confirm Rx™ devices

Accessed From: Tests button

## Real-Time Measurements

The Real-Time Measurements window contains:

- **Battery Voltage**. The battery voltage and the date of the last valid measurement are shown. Select the checkbox next to the last valid measurement to update the battery voltage measurement. Battery specifications are listed with the Technical Data for each of the Supported Devices (page 35).
- **R-Wave Amplitude**. The median filtered R-wave amplitude from baseline to peak is shown. "N/A" appears until a successful measurement is made.
- **Number of Cycles button** (page 19)
- **Retrieve Selected button**

The real-time measurements are also shown on the FastPath™ Summary window (page 11).

Available In: SJM Confirm™ devices

Accessed From: Tests button > Real-Time Measurements tab

### Number of Cycles

The Number of Cycles parameter determines the number of intervals used to evaluate the signal amplitude.

Settings: 3; 5 (Nominal: 3)

Accessed From: Tests button > Real-Time Measurements tab

## R-Wave Amplitude Measurements

The R-wave Amplitude Measurements window contains:

- **R-Wave Amplitude**. The median filtered R-wave amplitude from baseline to peak is shown. "No Previous Result" appears until a successful measurement is made.
- **Number of Cycles**. The number of cycles is fixed at 5.
- **Measure Amplitude button**

The R-wave amplitude measurements are also shown on the FastPath™ Summary window (page 11).

Available In: Confirm Rx™ devices

Accessed From: Tests button > R-Wave Amplitude Measurements tab

## SJM Confirm™ Monitor Settings

The Monitor Settings window shows most of the programmable monitor parameters divided into groups. Select a button to change parameter settings. The buttons are:

- Detection (page 21)
- Tachy Criteria (page 21)
- Sensing (page 22)
- Detection Inhibitors (page 24)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Monitor Settings tab

### Detection

From the Detection window, you can change the settings for the following parameters:

- AF Duration (page 21)
- Tachy Cutoff Rate (page 21)
- Tachy Count (page 21)
- Brady Cutoff Rate (page 21)
- Asystole Duration (page 21)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Monitor Settings tab > Detection button

#### AF Duration

The AF Duration parameter determines the shortest AF episode that will be stored.

Available In: SJM Confirm™ (DM2102) devices Settings: (min) 0.5; 1; 2; 5; 10 (Nominal: 2)

Accessed From: Parameters button > Monitor Settings tab > Detection button

#### Tachy Cutoff Rate

The Tachy Cutoff Rate parameter determines the rate that must be exceeded for a programmed number of intervals (Tachy Count (page 21)) to trigger episode storage.

Settings: (**bpm**) 120; 125; ... 250 (Nominal: 180)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Monitor Settings tab > Detection button

#### Tachy Count

The Tachy Count parameter sets the number of intervals that must be faster than the Tachy Cutoff Rate (page 21) to trigger episode storage.

Settings: 8; 9; ... 25; 30; ... 50 (Nominal: 12)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Monitor Settings tab > Detection button

#### Brady Cutoff Rate

The Brady Cutoff Rate parameter determines the rate at which four intervals at slower rates trigger episode storage.

Settings: (**bpm**) 30; 40; 50 (Nominal: 50)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Monitor Settings tab > Detection button

#### Asystole Duration

The Asystole Duration parameter determines the length of time allowed without the detection of intrinsic rhythm before episode storage is triggered.

Settings: (s) 3.0; 3.5; ... 5.0 (Nominal: 3.0)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Monitor Settings tab > Detection button

### Tachy Criteria

From the Tachy Criteria window, you can change the settings for the following parameters:

- Bigeminy Qualifier (page 22)
- Sudden Onset (page 22)
- Onset Delta (page 22)
- Interval Stability (page 22)

- Stability Delta (page 22)
- Stability Window (page 22)

Available In: SJM Confirm™ (DM2102) devices

Accessed From: Parameters button > Monitor Settings tab > Tachy Criteria button

### Bigeminy Qualifier

The Bigeminy Qualifier parameter enables an algorithm that requires more intervals to be identified as tachyarrhythmia intervals than sinus intervals before episode storage is triggered.

Available In: SJM Confirm™ (DM2102) devices Settings: On; Off (Nominal: Off)

Accessed From: Parameters button > Monitor Settings tab > Tachy Criteria button

### Sudden Onset

The Sudden Onset parameter enables a discriminator that distinguishes between VT (abrupt onset) and sinus tachycardia (gradual onset) in patients whose maximum sinus rates can exceed their slowest ventricular tachyarrhythmia rates ("rate overlap").

Available In: SJM Confirm™ (DM2102) devices Settings: Off; On (Nominal: Off)

Accessed From: Parameters button > Monitor Settings tab > Tachy Criteria button

### Onset Delta

The Onset Delta parameter determines the abruptness of a tachycardia's onset. When the percentage of change in the measured interval is equal to or greater than the programmed Onset Delta setting, the Sudden Onset discriminator (page 22) classifies the rhythm as VT and the event triggers episode storage.

Available In: SJM Confirm™ (DM2102) devices Settings: (%) 4; 6; ... 86 (Nominal: 18)

Accessed From: Parameters button > Monitor Settings tab > Tachy Criteria button

NOTE: A larger Onset Delta percentage decreases the chance that the device indicates tachycardia.

### Interval Stability

The Interval Stability parameter enables a discriminator that distinguishes between atrial fibrillation (AF) (more rate-variability) and VT (less rate-variability).

Available In: SJM Confirm™ (DM2102) devices Settings: Off; On (Nominal: Off)

Accessed From: Parameters button > Monitor Settings tab > Tachy Criteria button

### Stability Delta

The Stability Delta parameter defines the acceptable difference between the second longest and the second shortest ventricular intervals in a recent group of intervals defined by the Stability Window (page 22). When the measured interval is shorter than the programmed Stability Delta setting, the Interval Stability discriminator (page 22) classifies the rhythm as VT.

Available In: SJM Confirm™ (DM2102) devices Settings: (ms) 30; 35; ... 500 (Nominal: 80)

Accessed From: Parameters button > Monitor Settings tab > Tachy Criteria button

NOTE: A shorter Stability Delta interval decreases the chance that the device indicates tachycardia.

### Stability Window

The Stability Window parameter determines the number of intervals prior to the detection of an arrhythmia that are used to evaluate the stability of an arrhythmia. The Interval Stability Window Size setting must be less than or equal to the selected Tachy Count (page 21).

Available In: SJM Confirm™ (DM2102) devices Settings: 8; 9; ... 20 (Nominal: 12)

Accessed From: Parameters button > Monitor Settings tab > Tachy Criteria button

## Sensing

From the Sensing window, you can change the settings for the following parameters:

- EGM Dynamic Range (page 22)
- Max Sensitivity (page 23)
- Sense Refractory Period (page 23)
- Decay Delay (page 23)
- Threshold Start (page 23)

See also:

- Ventricular Sensing Example (page 24)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Monitor Settings tab > Sensing button

### EGM Dynamic Range

The EGM Dynamic Range parameter determines the maximum amplitude displayed when VEGM is the EGM source configuration setting.

See EGM Configuration (page 9) and Ventricular Sensing Example (page 24).

Settings: (mV) ±1.22; ±0.72; ±0.36; ±0.18 (Nominal ±0.72)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Monitor Settings tab > Sensing button

### Max Sensitivity

The Max Sensitivity parameter determines the minimum amplitude of sensed signals used for sensing. The settings available are dependent upon the setting of the EGM Dynamic Range (page 22) parameter.

See Ventricular Sensing Example (page 24).

Table 5. Settings

| EGM Dynamic Range | Max Sensitivity Settings (mV) | Nominal |
|---|---|---|
| ± 1.22 | 0.09; 0.12; 0.16; 0.32; 0.48; 0.64; 0.80 | -- |
| ± 0.72 | 0.05; 0.07; 0.09; 0.12; 0.19; 0.28; 0.38; 0.47 | 0.19[27] |
| ± 0.36 | 0.05; 0.07; 0.09; 0.12; 0.16; 0.19; 0.24 | -- |
| ± 0.18 | 0.05; 0.07; 0.09; 0.12 | -- |

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Monitor Settings tab > Sensing button

### Sense Refractory Period

The Sense Refractory Period parameter determines the amount of time after a sensed event during which the device ignores subsequent sensed events.

See Ventricular Sensing Example (page 24).

Settings: (ms) 125;150; ... 400 (Nominal: 250)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Monitor Settings tab > Sensing button

### Decay Delay

The Decay Delay parameter determines the amount of time after the Sense Refractory Period (page 23) that the threshold remains at the programmed Threshold Start (page 23) setting before beginning its decay. Increasing the Decay Delay may prevent oversensing.

See Ventricular Sensing Example (page 24).

Settings: (ms) 0; 30; 60; 95; 125; 160; 190; 220 (Nominal: 60)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Monitor Settings tab > Sensing button

### Threshold Start

The Threshold Start parameter determines the threshold at which events are sensed following the Sense Refractory Period (page 23) for a sensed event. This threshold is a percentage of the maximum peak amplitude sensed during the previous Sense Refractory Period. Threshold Start can be used to prevent oversensing.

After a sensed event, the device determines the maximum amplitude signal detected during the Sense Refractory Period. Upon expiration of the Sense Refractory Period, the sensing threshold automatically adjusts to the higher of either the Threshold Start or a percentage of that maximum amplitude with an absolute maximum value of the EGM Dynamic Range (page 22) setting.

See Ventricular Sensing Example (page 24).

Settings: (%) 50; 62.5; 75; 100 (Nominal: 75)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Monitor Settings tab > Sensing button

[27] Nominal of 0.19 mV is based on EGM Dynamic Range nominal setting of ± 0.72 mV.

### Ventricular Sensing Example

Figure 2. An example of ventricular sensing for SJM Confirm™ devices

1. EGM Dynamic Range (page 22)
2. Sensed R-wave
3. Threshold Start (page 23)
4. Max Sensitivity (page 23)
5. Sense Refractory Period (page 23)
6. Decay Delay (page 23)
7. The sensing threshold determined by the automatic sensitivity control algorithm (dashed line). You can view the sensing threshold on the Rhythm Display (page 5). See EGM Configuration (page 9).

## Detection Inhibitors

From the Detection Inhibitors window, you can change the settings for the following parameters:

- Noise Response (page 24)
- Activity Response (page 24)

Also available is the Calibrate Activity (page 24) button.

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Monitor Settings tab > Detection Inhibitors button

### Noise Response

The Noise Response nonprogrammable parameter enables an algorithm that determines if sensed events are noise. When noise is detected EGM and data storage is inhibited.

See also EGM Trigger Priority (page 29) and Markers (page 6).

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Monitor Settings tab > Detection Inhibitors button

### Activity Response

The Activity Response parameter enables an algorithm that determines if sensed events are activity. When activity is detected and the Activity Response setting is:

- Inhibit. EGM and data storage is inhibited. Activity markers are shown on the real-time display. Interval measurements are not shown.
- Monitor. EGM and data storage occurs. Activity markers and interval measurements are shown.
- Off. EGM and data storage occurs. Activity markers and interval measurements are not shown.

See also Markers (page 6).

Settings: Inhibit; Monitor; Off (Nominal: Monitor)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Monitor Settings tab > Detection Inhibitors button

### Calibrate Activity

The Calibrate Activity button clears the automatically determined activity sensor threshold. After clearing, the device uses the next 30 seconds of sensor data to establish a new activity threshold, so the patient should remain at rest for 30 seconds. The activity sensor threshold is continuously updated and is based on the most recent 18 hours of activity sensor data.

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Monitor Settings tab > Detection Inhibitors button

# Confirm Rx™ Parameter Settings

The Parameters Settings window shows most of the programmable parameters divided into groups. Select a button to change parameters settings. The buttons are:

- Episode & Alert Type (page 25)
- Detection Qualifiers (page 26)
- Sensing (page 26)

Available In: Confirm Rx™ devices

Accessed From: Parameters button

## Episode & Alert Type

- AF Duration (page 25)
- Tachy Cutoff Rate (page 25)
- Tachy Count (page 25)
- Brady Cutoff Rate (page 25)
- Pause Duration (page 25)

Available In: Confirm Rx™ devices

### AF Duration ICM

The AF Duration parameter determines the shortest AF episode that will be stored.

Settings: (min) 0.5; 1; 2; 6; 10; 20; 30; 60 (Nominal: 2)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Settings > AF Episode > AF Episode & Alert Detection

### Tachy Cutoff Rate

The Tachy Cutoff Rate parameter determines the rate that must be exceeded for a programmed number of intervals (Tachy Count (page 25)) to trigger episode storage.

Settings: (bpm) 120; 125; ... 250 (Nominal: 180)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Settings > Tachy Episode > Tachy Detection

### Tachy Count

The Tachy Count parameter sets the number of intervals that must be faster than the Tachy Cutoff Rate (page 25) to trigger episode storage.

Settings: 8; 9; ... 25; 30; ... 50 (Nominal: 12)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Settings > Tachy Episode > Tachy Detection

### Brady Cutoff Rate

The Brady Cutoff Rate parameter determines the rate at which four intervals at slower rates trigger episode storage.

Settings: (bpm) 30; 40; 50 (Nominal: 30)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Settings > Brady Episode > Brady Detection

### Pause Duration

The Pause Duration parameter determines the length of time allowed without the detection of intrinsic rhythm before episode storage is triggered.

Settings: (s) 2.0; 3.0; ... 8.0 (Nominal: 3.0)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Settings > Pause Episode > Pause Detection

### AF Alerts

The AF Episode & Alert Detection window allows you to set the conditions for monitoring and notifying the patient of AF conditions. The alerts include:

- **Continuous AF**. The length of time a patient is in AF before triggering the alert.
- **AF Burden**. The time in AF for a given evaluation period.
- **V Rate During AF**. The ventricular rate above which monitoring and notification occurs and the duration of the high ventricular rates.

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Settings > AF Episode > AF Episode & Alert Detection

### DirectAlerts™ Notification

Merlin.net™ PCN DirectAlerts™ notifications are customizable through the Merlin.net portal only. For information on direct alerts, refer to the Merlin.net Patient Care Network Arrhythmia and Device Management Application help manual.

## Detection Qualifiers

From the Detection Qualifiers window, you can change the settings for the following parameters:

- Bigeminy Qualifier (page 26)
- Sudden Onset (page 26)
- Onset Delta (page 26)
- Arrhythmia Detection during Activity (page 26)

Available In: Confirm Rx™ devices

### Bigeminy Qualifier

The Bigeminy Qualifier parameter enables an algorithm that requires more intervals to be identified as tachyarrhythmia intervals than sinus intervals before episode storage is triggered.

Settings: On; Off (Nominal: Off)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Detection Qualifiers

### Sudden Onset

The Sudden Onset parameter enables a discriminator that distinguishes between VT (abrupt onset) and sinus tachycardia (gradual onset) in patients whose maximum sinus rates can exceed their slowest ventricular tachyarrhythmia rates ("rate overlap").

The nominal value of the Sudden Onset parameter is set based on the Reason for Monitoring (page 5).

Settings: Off; On

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Detection Qualifiers

### Onset Delta

The Onset Delta parameter determines the abruptness of a tachycardia's onset. When the percentage of change in the measured interval is equal to or greater than the programmed Onset Delta setting, the Sudden Onset discriminator (page 26) classifies the rhythm as VT and the event triggers episode storage.

Settings: (%) 4; 6; ... 86 (Nominal: 18)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Detection Qualifiers

NOTE: A larger Onset Delta percentage decreases the chance that the device indicates tachycardia.

### Arrhythmia Detection during Activity

The Arrhythmia Detection during Activity parameter enables an algorithm that determines if sensed events are activity. When activity is detected and the Arrhythmia Detection during Activity setting is:

Off. Arrhythmias will not be detected when the patient is active.

On. Arrhythmias will be detected and stored as configured when the patient is active.

See also Markers (page 6).

Settings: On; Off (Nominal: On)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Detection Qualifiers

### Calibrate Activity

The Calibrate Activity button clears the automatically determined activity sensor threshold. After clearing, the device uses the next 30 seconds of sensor data to establish a new activity threshold, so the patient should remain at rest for 30 seconds. The activity sensor threshold is continuously updated and is based on the most recent 18 hours of activity sensor data.

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Detection Qualifiers

## Sensing

From the Sensing window, you can change the settings for the following parameters:

- EGM Dynamic Range (page 27)
- Max Sensitivity (page 27)
- Sense Refractory Period (page 27)
- Sense Refractory Decay Delay (page 27)

- Threshold Start (page 27)

Available In: Confirm Rx™ devices

### EGM Dynamic Range

The EGM Dynamic Range parameter determines the maximum amplitude displayed when VEGM is the EGM source configuration setting. See EGM Configuration (page 9) and Ventricular Sensing Example (page 28).

Settings: (mV) ±0.2; ±0.4; ±0.8; ±1.6 (Nominal: ±0.8)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Sensing

### Max Sensitivity

The Max Sensitivity parameter determines the minimum amplitude of sensed signals used for sensing. The settings available are dependent upon the setting of the EGM Dynamic Range parameter (page 27).

See Ventricular Sensing Example (page 28).

Table 6. Settings

| EGM Dynamic Range | Max Sensitivity Settings (mV) | Nominal |
|---|---|---|
| ±1.6 | 0.15; 0.175; 0.20; 0.225; 0.25; 0.30; 0.35; 0.40; 0.45; 0.50; 0.60; 0.70; 0.80 | -- |
| ±0.8 (nominal) | 0.075; 0.10; 0.125; 0.15; 0.175; 0.2; 0.225; 0.25; 0.30; 0.35; 0.40 | 0.125mV[28] |
| ±0.4 | 0.05[29]; 0.075; 0.10; 0.125; 0.15; 0.175; 0.20 | -- |
| ±0.2 | 0.05[30]; 0.075; 0.10 | -- |

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Sensing

### Sense Refractory Period

The Sense Refractory Period parameter determines the amount of time after a sensed event during which the device ignores subsequent sensed events.

See Ventricular Sensing Example (page 28).

Settings: (ms) 125;150; ... 400 (Nominal: 250)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Sensing

### Sense Refractory Decay Delay

The Sense Refractory Decay Delay parameter determines the amount of time after the Sense Refractory Period (page 27) that the threshold remains at the programmed Threshold Start (page 27) setting before beginning its decay. Increasing the Decay Delay may prevent oversensing.

See Ventricular Sensing Example (page 28).

Settings: (ms) 0; 30; 60; 95; 125; 160; 190; 220 (Nominal: 60)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Sensing

### Threshold Start

The Threshold Start parameter determines the threshold at which events are sensed following the Sense Refractory Period (page 27) for a sensed event. This threshold is a percentage of the maximum peak amplitude sensed during the previous Sense Refractory Period. Threshold Start can be used to prevent oversensing.

After a sensed event, the device determines the maximum amplitude signal detected during the Sense Refractory Period. Upon expiration of the Sense Refractory Period, the sensing threshold automatically adjusts to the higher of either the Threshold Start or a percentage of that maximum amplitude with an absolute maximum value of the EGM Dynamic Range setting (page 27).

See Ventricular Sensing Example (page 28).

Settings: (%) 50; 62.5; 75; 100 (Nominal: 75)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Sensing

28 Nominal of 0.125mV is based on EGM Dynamic range nominal setting of ±0.08.
29 Max sensitivity setting of 0.05 mV may be more susceptible to false sensed events.
30 Max sensitivity setting of 0.05 mV may be more susceptible to false sensed events.

### Ventricular Sensing Example

Figure 3. An example of ventricular sensing for Confirm Rx™ devices

1. EGM Dynamic Range (page 27)
2. Sensed R-wave
3. Threshold Start (page 27)
4. Max Sensitivity (page 27)
5. Sense Refractory Period (page 27)
6. Decay Delay (page 27)
7. The sensing threshold determined by the automatic sensitivity control algorithm (dashed line). You can view the sensing threshold on the Rhythm Display (page 5). See EGM Configuration (page 9).

# SJM Confirm™ Episode Settings

The Episode Settings window shows most of the programmable episode parameters divided into two groups:

- Auto Activated Settings (page 29)
- Patient Activated Settings (page 30)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Episode Settings tab

## Auto Activated Settings

### EGM Trigger Priority

For SJM Confirm™ devices, you can use the EGM Trigger Priority parameters to prioritize episode triggers for EGM storage. The priority determines the number of EGMs stored for each episode trigger.

- **Off.** No EGMs are stored for an episode trigger.
- **Low**. At least one EGM is stored for an episode trigger. However, if a new trigger occurs after the memory is full, the device overwrites old episodes with an equal or higher priority.
- **High**. At least one EGM is stored for an episode trigger. Additional EGMs are stored for an episode trigger if there is space available in the device memory. Once the stored EGM memory is full, a new EGM for storage replaces the oldest stored EGM.

  NOTE: Only stored EGMs with a high priority setting are transmitted to the PA.

  NOTE: When a patient activated episode and an auto activated episode occur at the same time, the patient activated episode EGM takes precedence and is stored.

#### AF

The AF parameter triggers the storage of an EGM when an AF episode greater than the programmed AF Duration (page 21) is detected.

Available In: SJM Confirm™ (DM2102) devices and Confirm Rx™ Settings: Off; Low; High (Nominal: High)

Accessed From: Parameters button > Episode Settings tab

#### Tachy

The Tachy parameter triggers the storage of an EGM when the intrinsic rate exceeds the Tachy Cutoff Rate (page 21) for the programmed number of intervals (Tachy Count (page 21)).

Settings: Off; Low; High (Nominal: Low)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Episode Settings tab

#### Brady

The Brady parameter triggers the storage of an EGM when the intrinsic rate is slower than the Brady Cutoff Rate (page 21) for four intervals.

Settings: Off; Low; High (Nominal: Low)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Episode Settings tab

#### Asystole

The Asystole parameter triggers the storage of an EGM when the Asystole duration (page 21) is exceeded without R-wave detection.

Settings: Off; Low; High (Nominal: High)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Episode Settings tab

### Episode Settings

Using the Auto Activated Episode Settings, you can change the settings for the following parameters:

- Pre-Trigger Duration (page 29)
- Post-Trigger Duration (page 30)
- AF EGM Inhibit (page 30)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Episode Settings tab

#### Pre-Trigger Duration

The Pre-Trigger Duration parameter determines the amount of time recorded before non-patient activated episode storage.

See EGM Trigger Priority (page 29).

Settings: (s) 10; 20; ... 60 (Nominal: 20)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Episode Settings tab

#### Post-Trigger Duration

The Post-Trigger Duration parameter determines the amount of time recorded after non-patient activated episode storage.

See EGM Trigger Priority (page 29).

Settings: (s) 10; 20; ... 60 (Nominal: 20)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Episode Settings tab

#### AF EGM Inhibit

The AF EGM Inhibit parameter determines an absolute refractory period immediately following storage of an AF episode.

Available In: SJM Confirm™ (DM2102) devices

Settings: Off; 15 min; 30 min; 1 hr; 6 hr; 12 hr; 24 hr (Nominal: Off)

Accessed From: Parameters button > Episode Settings tab

## Patient Activated Settings

In SJM Confirm™ devices, the patient activated episodes are stored when the Patient Activator is placed over the implanted device and EGM storage is manually initiated. Using the Patient Activated Episode Settings, you can change the settings for the following parameters:

- EGM Trigger Priority (page 29)
- Pre-Trigger Duration (page 30)
- Post-Trigger Duration (page 30)
- Number of Stored EGMs (page 30)

### Episode Settings

#### EGM Trigger Priority

The Patient Activated parameter triggers the storage of an EGM when the Patient Activator is placed over the implanted device and EGM storage is manually initiated. When this parameter is set to High, patient activated EGMs are stored for an episode trigger and have the highest priority over other types of episodes. When this parameter is set to Off, EGMs are not stored for a patient activated episode.

Settings: Off; High (Nominal: High)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Episode Settings tab

#### Pre-Trigger Duration

The Patient Activated Pre-Trigger Duration parameter determines the amount of time recorded before patient activated episode storage. This parameter is only available when EGM Trigger Priority (page 29) is set to High.

See EGM Trigger Priority (page 29).

Settings: (s) 60; 70; ... 240 (Nominal: 240)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Episode Settings tab

#### Post-Trigger Duration

The Patient Activated Post-Trigger Duration parameter determines the amount of time recorded after patient activated episode storage. This parameter is only available when EGM Trigger Priority (page 29) is set to High.

See EGM Trigger Priority (page 29).

Settings: (s) 30; 40; 50; 60 (Nominal: 60)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Episode Settings tab

#### Number of Stored EGMs

The Number of Stored EGMs panel displays the number of patient activated stored EGMs. The number of stored EGMs changes according to the Episode Settings parameters (page 29). This panel is only displayed when EGM Trigger Priority (page 29) is set to High.

Settings: First 9; ... First 30 (Nominal: First 9). (Nonprogrammable. The setting is automatically chosen depending on the Episode Settings.)

Available In: SJM Confirm™ devices

Accessed From: Parameters button > Episode Settings tab

## Confirm Rx™ Stored EGM Settings

The Stored EGM Settings window shows most of the programmable episode parameters divided into two groups:

- Auto Activated Settings (page 31)
- Symptom Settings (page 32)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Type > Stored EGM Settings

### Auto Activated Settings

#### EGM Trigger Priority

For Confirm Rx™ devices, you can use the EGM Trigger Priority parameters to prioritize episode triggers for EGM storage. The priority determines the number of EGMs stored for each episode trigger.

- **Off.** No EGMs are stored for an episode trigger. You can set the value to Off through the Monitoring column.
- **Low**. At least one EGM is stored for an episode trigger. However, if a new trigger occurs after the memory is full, the device overwrites old episodes with an equal or higher priority.
- **High**. At least one EGM is stored for an episode trigger. Additional EGMs are stored for an episode trigger if there is space available in the device memory. Once the stored EGM memory is full, a new EGM for storage replaces the oldest stored EGM.

  NOTE: All new EGMs are transmitted to the app.

  NOTE: When a symptom episode and an auto activated episode occur at the same time, the symptom episode EGM takes precedence and is stored.

  NOTE: The nominal values of the EGM Trigger Priority parameters are set based on the Reason for Monitoring (page 5).

#### AF

The AF parameter triggers the storage of an EGM when an AF episode greater than the programmed AF Duration (page 25) is detected.

Settings: Off; Low; High

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Type > EGM Trigger Priority

#### Tachy

The Tachy parameter triggers the storage of an EGM when the intrinsic rate exceeds the Tachy Cutoff Rate (page 25) for the programmed number of intervals (Tachy Count (page 25)).

Settings: Off; Low; High

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Type > EGM Trigger Priority

#### Brady

The Brady parameter triggers the storage of an EGM when the intrinsic rate is slower than the Brady Cutoff Rate (page 25) for four intervals.

Settings: Off; Low; High

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Type > EGM Trigger Priority

#### Pause

The Pause parameter triggers the storage of an EGM when the Pause Duration (page 25) is exceeded without R-wave detection.

Settings: Low; High

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Type > EGM Trigger Priority

#### Stored EGM Settings

Using the Stored EGM Settings, you can change the settings for the following parameters:

- AF Pre-Trigger Duration (page 32)
- AF Post-Trigger Duration (page 32)
- Other Pre-Trigger Duration (page 32)
- Other Post-Trigger Duration (page 32)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Type > Stored EGM Settings

### AF Pre-Trigger Duration

The AF Pre-Trigger Duration parameter determines the amount of time recorded before an AF episode is detected.

See EGM Trigger Priority (page 31).

Settings: (s) 10; 20;... 60 (Nominal: 30)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Type > Stored EGM Settings

### AF Post-Trigger Duration

The AF Post-Trigger Duration parameter determines the amount of time recorded after an AF episode is detected.

See EGM Trigger Priority (page 31).

Settings: (s) 10; 20; 30, 60... 120 (Nominal: 120)

Available In: Confirm RX™ devices

Accessed From: Parameters button > Episode & Alert Type > Stored EGM Settings

### Other Pre-Trigger Duration

The Other Pre-Trigger Duration parameter determines the amount of time recorded before a tachy, brady, or pause episode is detected.

See EGM Trigger Priority (page 31).

Settings: (s) 10; 20; ... 60 (Nominal: 30)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Type > Stored EGM Settings

### Other Post-Trigger Duration

The Other Post-Trigger Duration parameter determines the amount of time recorded after a tachy, brady, or pause episode is detected.

See EGM Trigger Priority (page 31).

Settings: (s) 10; 20; ... 60 (Nominal: 30)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Type > Stored EGM Settings

## Symptom Settings

### EGM Trigger Priority

For Confirm Rx™ devices, symptom episodes are stored when the patient records their symptoms using the app. The Symptom EGM Trigger Priority parameter is fixed to High.

### Stored EGM Settings

Using the Stored EGM Settings, you can change the settings for the following parameters:

- Symptom Pre-Trigger Duration
- Symptom Post-Trigger Duration
- Number of Stored EGMs

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Type > Stored EGM Settings

### Symptom Pre-Trigger Duration

The Symptom Pre-Trigger Duration parameter determines the amount of time recorded before a symptom episode is stored.

Settings: (min) 4; 6; ... 14 (Nominal: 8)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Type > Stored EGM Settings

### Symptom Post-Trigger Duration

The Symptom Post-Trigger Duration parameter determines the amount of time recorded after a symptom episode is stored.

Settings: (s) 30; 40; 50; 60 (Nominal: 60)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Type > Stored EGM Settings

### Number of Stored EGMs

The Number of Stored EGMs panel displays the number of stored EGMs for symptom episodes. The number of stored EGMs changes according to the Stored EGM Settings parameters.

Settings: First 4; ... First 13 (Nominal: First 9). (Nonprogrammable. The setting is automatically chosen depending on the Episode & Alert Settings.)

Available In: Confirm Rx™ devices

Accessed From: Parameters button > Episode & Alert Type > Stored EGM Settings

## Wrap-Up™ Overview

The Wrap-up™ Overview window provides a place for your final review of session activities and includes the following:

- **Battery Information panel**. Shows the estimated battery longevity[31] and a battery capacity status bar.
- **Signal Amplitude panel**. Shows the measured R-wave amplitude.
- **Session Notes panel**. Reports the status of routine follow-up tasks.
- **Programming Changes**. Lists all changes in programmed parameter settings.
- **Selected Reports button**. Lists the reports that have been selected to print and opens the Print Menu window (page 36).
- **Restore Initial Values button** (page 33)
- **Clear Trend button**[32]
- **Export Data button** (page 33)
- **Clear Diagnostics button** (page 33)
- **Clear After Printing check-box**. Automatically clears the selected diagnostics after printing.
- **Print Reports button**. Prints all reports listed in the Selected Report button.

Accessed From: Wrap-up Overview button

### Restore Initial Values

The Restore Initial Values button reprograms the settings that were read at the initial interrogation. When you press the Program button, all parameter changes made during the session are lost.

Accessed From: Wrap-up Overview button > Restore Initial Values button

### Clear Trend

The Clear Trend button clears the AF Diagnostics data (page 17) (including the AF Burden trend data), Heart Rate histogram (page 17), episode data, and stored EGMs from the device memory.

Available In: SJM Confirm™ (DM2102) devices

Accessed From: Wrap-up Overview button > Clear Trend button

### Export Data

The Export Data window lists the data formats available for export. To export data:

1. Insert the USB connector from a media device into one of the three USB ports on the programmer.
2. The media device can be a USB floppy drive or a USB flash drive. The floppy drive must be powered through the USB drive, not by an external power source.
3. Select the Export Data button.
4. Select the format for the exported data.
5. Select the desired media device. If a media device hasn't been detected, select the Redetect Media button.
6. Select the Export button.

   NOTE: If you need assistance importing data into a computer database, contact Technical Support.

Accessed From: Wrap-up Overview button > Export Data button

### Clear Diagnostics

In SJM Confirm™ devices, from the Clear Diagnostics window you can selectively clear episode data and stored EGMs, and the Heart Rate histogram (page 17) from the device memory.

In Confirm Rx™ devices, from the Clear Diagnostics window you can clear episode data and stored EGMs, diagnostics, and AF Burden trend data.

Select the Save Selections button to store your preferences for future programming sessions.

Accessed From: Wrap-up Overview button > Clear Diagnostics button

---

[31] Available in SJM Confirm devices only.
[32] Available in SJM Confirm devices only.

# Additional Programming Information

Contents:

- Technical Support (page 35)
- Supported Devices (page 35)
- Main Programming Window (page 35)
- Monitor Enable/Disable (page 36)
- Device Parameters and Settings Selection (page 36)
- Console Buttons (page 36)
- Print Menu (page 36)

## Technical Support

St. Jude Medical maintains 24-hour phone lines for technical questions and support:

- 1 818 362 6822
- 1 800 722 3774 (toll-free within North America)
- + 46 8 474 4147 (Sweden)
- + 61 2 9936 1200 (Australia)
- manuals.sjm.com

For additional assistance, call your local St. Jude Medical representative.

## Supported Devices

The devices listed in the table below are supported by the Merlin™ Patient Care System equipped with Model 3330 Software.

Table 7. Supported devices

| Name | Model Number |
|---|---|
| SJM Confirm™ (page 37) | DM2100; DM2102 |
| Confirm Rx™ (page 45) | DM3500 |

## Main Programming Window

The Main Programming window is the upper portion of the screen that contains the following:

- **? button**. Opens the on-screen help menu.
- **Tools menu** (page 1). Opens a menu for preferences and other functions.
- **Monitor Enable/Disable button** (page 36). Opens a window to temporarily disable data collection.
- **Patient Information button** (page 11). Opens a window to write and edit patient information into the device memory.
- **Note button** (page 11). Opens a window for additional patient data.
- **Measured Heart Rate**
- **Rhythm Display** (page 5). Shows the real-time waveforms.
- **Adjust Display button** (page 9). Opens a window to adjust the Rhythm Display.
- **Freeze Capture button** (page 10). Freezes the Rhythm Display and opens a window to adjust and print the frozen waveform.
- **Print Settings button** (page 36). Opens the Print Settings window. An icon without a cord indicates the programmer is using the internal printer. An icon with a cord indicates the programmer is connected to an external printer (see figure below). The PDF icon indicates that a PDF report is available for export. See PDFs (page 2). To change printers, select Tools > Preferences > Printer (Printer Preferences (page 2)).

Figure 4. Printer icons

1. Internal printer in use
2. External printer connected
3. Paperless or PDF printing selected

## Monitor Enable/Disable

Select the Monitor Enable/Disable button on the main programming window to temporarily disable data collection. This is useful for noise-generating medical procedures such as electrocautery, where the device could detect noise from the equipment, interpret it as an arrhythmic episode, and record an EGM and episode data.

- **Monitoring is Disabled**. The device cannot detect and diagnose an arrhythmic episode. Diagnostic data are not updated or cleared
- **Monitoring is Enabled**. The device can detect and diagnose episodes and diagnostic data is updated.

Since the previously programmed parameters are stored in the device, it is not necessary to use the same programmer to disable and enable monitoring.

Accessed From: Main Programming window

NOTE: In SJM Confirm™ devices, when monitoring is disabled and you initiate data recording with the PA, the PA responds as if it has successfully recorded data, however no data is recorded.

## Device Parameters and Settings Selection

To change the setting for any parameter, select the desired parameter button. A setting selection window appears. The range of settings is usually indicated at the top and bottom of the scroll bar. The current permanently programmed setting is marked with a small device icon.

Select the desired setting. Once a setting is selected, you can select the following buttons:

- **Program** permanently programs the setting.
- **Preview** opens the Preview window containing the manually selected and autoprogrammed settings.
- **Discard Changes** on the Preview window removes the changes and retains the programmed parameter settings.

## Console Buttons

The console has two emergency buttons, the Shock button and the VVI button. These buttons are not supported by the monitoring devices.

## Print Menu

The Print Menu window contains two tabs:

- Reports (page 36)
- Settings (page 36)

To send the image to an external printer, go to the Tools Menu > Preferences > Printer tab and select the External button.

## Reports

The Reports window allows you to select or deselect any report in the print queue.

To choose a report to print, select the check-box on the left. Select the button to the right of the Episodes checkbox to choose episodes for printing. Select the button to the right of the Freeze Captures checkbox (page 10) to choose freeze captures for printing.

The Discard Pending button clears the reports in the print queue.

Accessed From: Print button > Reports tab

## Settings

The Settings window allows you to set print preferences.

Select the Printer Preferences button (page 2) to change the report destination (internal or external printer) and the number of copies of each report.

Select the appropriate check-mark boxes to:

- Add the patient's name to the printed report headers. The information comes from the device's memory and is entered in the Patient Information window (page 11).
- Add the Clinic Name to the printed report header. Select the blue button to open the on-screen keyboard to enter the information into the programmer's memory.
- Automatically print the Summary Report on initial interrogation.

Accessed From: Wrap-Up Overview button > Selected Reports button > Settings tab or Main Programming window > Print Menu button > Settings tab

## Hardware Reset

If the microprocessor in the device ceases to function, the device operates in Hardware Reset mode, independent of software function. This is different from a device software reset. Contact St. Jude Medical immediately if a hardware reset occurs.

When the device operating in the Hardware Reset mode is interrogated, a message shows that a hardware reset has been detected. The monitoring function of the device is disabled.

The reset settings are listed with the Technical Data for each of the Supported Devices (page 35).

# SJM Confirm™ Devices Technical Data

The tables below are applicable to the following SJM Confirm™ device models:

- SJM Confirm DM2100
- SJM Confirm DM2102

The technical data below include:

- Physical Specifications (page 37)
- Battery Specifications (page 37)
- Reset Settings (page 37)
- X-ray Identification (page 38)

## Physical Specifications

Table 8. Physical specifications for SJM Confirm™ devices

| Specification[33] | Data |
|---|---|
| Dimensions (h x l x t) (cm) | 5.6 x 1.8 x 0.8 |
| Weight (g) | 12 |
| Displacement volume ($cm^3$) | 6.5 |
| Surface area of can electrode ($mm^2$) | 76 |
| Surface area of header electrode ($mm^2$) | 30 |
| Shortest distance between electrodes (mm) | 39 |
| Can and electrode material | Titanium |
| Header material | Epoxy |
| Coating | Parylene |
| Noise detection rate | 100 or more sensed events per second |

## Battery Specifications

Table 9. Battery voltage for SJM Confirm™ devices

| Parameter | Data |
|---|---|
| Manufacturer | Eagle Picher |
| Model | LTC-3PN |
| Chemistry | Lithium-thionyl chloride |
| Number of cells | One cell |
| Battery voltage (beginning of service) | 3.60 V |
| Elective replacement voltage (ERI) | 3.30 V |
| End-of-service voltage (EOS) | 3.00 V |
| Longevity (after 12 months shelf life) | 3 years |

## Reset Settings

Table 10. Reset settings for SJM Confirm™ devices

| Parameter | Software |
|---|---|
| Monitor Enable/Disable | As programmed |
| AF Duration (min) | 2 |
| Tachy Cutoff Rate (bpm) | 180 |
| Tachy Count (intervals) | 12 |
| Brady Cutoff Rate (bpm) | 50 |
| Asystole Duration (s) | 3.0 |
| Bigeminy Qualifier | Off |

33 The dimensions, weight, and displacement volume are nominal values based on engineering model measurements.

Table 10. Reset settings for SJM Confirm™ devices

| Parameter | Software |
| --- | --- |
| Sudden Onset | Off |
| Onset Delta (%) | 18 |
| Interval Stability | Off |
| Stability Delta | 80 |
| Stability Window (intervals) | 12 |
| EGM Dynamic Range (mV) | ± 0.72 |
| Max Sensitivity (mV) | 0.19 |
| Sense Refractory Period (ms) | 250 |
| Decay Delay (ms) | 60 |
| Threshold Start (%) | 75 |
| Noise Response | Inhibit |
| Activity Response | Monitor |
| Auto Pre-trigger Duration (s) | 20 |
| Auto Post-trigger Duration (s) | 20 |
| Patient Activated Pre-trigger Duration (s) | 240 |
| Patient Activated Post-trigger Duration (s) | 60 |
| AF EGM Inhibit | OFF |
| EGM Trigger: AF | High |
| EGM Trigger: Tachy | Low |
| EGM Trigger: Brady | Low |
| EGM Trigger: Asystole | High |
| EGM Trigger: Patient Activated | High |

## X-ray Identification

Table 11. X-ray ID codes for SJM Confirm™ devices

| Device Model | X-ray ID Model Code |
| --- | --- |
| DM2100; DM2102 | AM |

# SJM Confirm™ Devices Clinician Use Information

Contents:

- Patient Selection (page 38)
- Patient Counseling Information (page 38)
- Implanting The Device (page 38)
- Patient Follow-up (page 40)
- Explanting the Device (page 40)

## Patient Selection

Before implanting a device, assess the patient's current and anticipated clinical needs and select a device that fulfills those needs.

## Patient Counseling Information

Physicians should consider the following in counseling the patient about this device:

- Give the patient a copy of the Patient Activator manual, which includes instructions for using the Patient Activator. Go over the manual with the patient. Explain which symptoms he or she should record.
- Encourage patients to use ID cards (issued by St. Jude Medical) and/or ID bracelets documenting their implanted system.

## Implanting The Device

Due to the nature of the implantation procedure, the physician and support staff should be familiar with all of the components of the system and the material in this manual before beginning the procedure.

## Implant Preparation

You can determine an optimal device implant site and orientation before implanting the device with surface ECG measurements in the locations and orientations of interest. Use standard surface ECG electrodes and an ECG measurement system such as the Merlin™ PCS with the ECG cables.

Consider the following when selecting the implant site:

- Observe the desired R-wave, P-wave, and T-wave visibility.
- Minimal device movement due to body and arm movement. An implant site parallel to the midline, closer to the sternum and away from the lower half of the pectoral region and breast area may help minimize device movement. Also, consider patient comfort.

## Choosing the Implant Site

### General Site Mapping

Mapping may be beneficial to determine the best location for the ICM based on surface R-wave measurements. To determine the best location:

1. Set up the Merlin™ PCS or 12-lead ECG to view Leads I and II in the real-time display.
2. Place the Right Leg (RL) electrode on the torso and either the electrodes from Option 1 or Option 2 as shown in the figure below.
3. Print a real-time tracing and check the ECG for R-wave amplitude, and R-wave/T-wave ratio.
4. Note the best electrode configuration or use a skin marker to indicate the preferred electrode position before surgical prep.

   **NOTE:** Place the conductive portion of the ECG pads 1.6 inches apart. This distance approximates the SJM Confirm ICM interelectrode spacing.

**Option 1: Mapping in the V2-V3 Location**

There are two mapping locations within V2-V3:

- Vertical
- Angled

**Mapping in the V2-V3 Location - Vertical**

The preferred mapping location is between the parasternal line and the midclavicular line.

1. Place the Right Arm (RA) electrode about 1 inches from the inferior sternum and approximately .05 inches to the patient's left.
2. Place the Left Leg (LL) electrode vertically underneath the Right Arm (RA) electrode as shown in the figure below.

**Mapping in the V2-V3 Location - Angled**

1. Follow the instructions in section Mapping in the V2-V3 Location- Vertical above.
2. Place the Left Arm (LA) electrode about 1.6 inches along a lead II vector slanting downward from the patient's right shoulder. This may result in improved signal amplitude in some patients.

**Option 2: Mapping in the Apical Location**

Figure 5. Mapping options 1 and 2

1. Option 1
2. Option 2

Another mapping location is anterolateral, inframammary between the 5th and 6th ribs.

1. Place the Right Arm (RA) electrode and the Left Arm (LA) electrode as shown in the figure above.

For more information see:

van Dam P, van Groeningen C, Houben RP, et al. Improving sensing and detection performance in subcutaneous monitors. J Electrocardiol. 2009;42:580-3.

Chrysostomakis, S. I., N. C. Klapsinos, E. N. Simantirakis, M. E. Marketou, and P. E. Vardas. 2003. Sensing issues related to the clinical use of implantable loop recorders. Eurospace 2003;5:143-148.

### Forming the Pocket and Inserting the Device

1. Create a subcutaneous pocket that is slightly narrower than the width of the device.

   **WARNING: For reliable data transmission, implant the device at a depth not to exceed 1.6 inches.**

2. Insert the device into the pocket so that the can end of the device enters the pocket first. Orient the device such that the header electrode faces away from the body and the can electrode faces the muscle.

   The device should enlarge the pocket to create a snug fit.

3. Place the Merlin™ PCS programming wand over the device to confirm adequate R-wave detection and to ensure there is no inappropriate T-wave sensing.

4. Use both suture holes in the device header to secure the device in the pocket to minimize device movement within the pocket and promote sensing and episode detection.

   One suture hole is located behind the header electrode on the side of the header facing the muscle. The other suture hole is located on side of the header facing away from the body.

5. Close the pocket.

6. Select programmable parameters and program the device.

7. Clear any stored EGMs and episode data from the device.

See Clear Diagnostics (page 33).

### Confirm Parameter Settings

At the end of the programming session, interrogate the device and confirm that the final parameter settings are correct.

### Implant/Patient Registration Form

Fill out and return both the Implant/Patient Registration Form and the device registration card to register the patient and facilitate patient tracking.

## Patient Follow-up

Patients should be seen for follow-up every three months. The frequency of follow-up visits depends on the patient's condition.

A follow-up visit should include (at a minimum):

- Review of the FastPath™ Summary screen
- Review of stored episodes and real-time EGMs
- Confirmation that the final parameter settings are correct.

See also:

- Battery Status (page 40)

### Battery Status

The battery status is based on battery capacity, not battery voltage. It is determined primarily by device usage and is shown on the FastPath™ Summary window (page 11) and on the Wrap-up™ Overview window (page 33). The battery voltage measurement (see Real-Time Measurements (page 19)) should be used as a secondary indicator of battery status.

See also Battery Specifications (page 37).

## Explanting the Device

**WARNING: Before explanting the device program the device Off. In the event of the patient's death, deactivate the device before post-mortem examination.**

Before returning the explanted device to St. Jude Medical, clean it with disinfectant solution, but do not submerge it.

**WARNING: Devices contain sealed chemical power cells and therefore should never be incinerated.**

### Out-of-Service/Explant/Patient Death Form

Whenever a device is explanted, complete an Out-of-Service/Explant/Patient Death form and return it to St. Jude Medical with the explanted products. If possible, send along a printout of the programmed settings of the device. For information on printing reports, see Print Reports.

## SJM Confirm™ External Patient Activator

Contents:

- Reading Transmitted Data (page 41)

NOTE: The PA and the Merlin™ PCS programming wand should not be placed over the SJM Confirm device at the same time. Doing so may produce enough EMI to interfere with the operation of the device and the PA.

### Reading Transmitted Data

ECG recordings transmitted by the PA contain distinctive markings that identify the beginning of an ECG. The PA holds a maximum of five minutes of ECG waveforms. Only waveform data is transmitted by the PA. Additional data such as the patient's name, device information, parameter settings, waveform markers, and date and time of events is retained in the implanted device and is only available when you interrogate the device with the Merlin™ PCS. The transmitted waveform data is also retained in the device and is available with the corresponding episode information.

Any additional information on the transmission report is generated by the service provider. Below is an example of transmitted data.

Figure 6. ECG separation marks

The EGMs Directory (page 13) on the Merlin PCS shows if an episode was uploaded to the PA.

## Sensing and Detection Performance

### QRS Detection Performance

The QRS detection performance of the DM2102 device was evaluated using well-known, publicly available arrhythmia databases including over 280,000 beats.

Table 12. Device QRS detection performance results (%)[34]

| Median Se (95% CI)[35] | Median PPV (95% CI) | Total Beats | Total Records |
|---|---|---|---|
| 99.7% (99.5% - 99.8%) | 99.9% (99.8% - 99.9%) | 283,491 | 122 |

The QRS detection performance of the Confirm Rx™ DM3500 insertable cardiac monitor is non-inferior to the SJM Confirm™ DM2102 implantable cardiac monitor, based on evaluation with previously recorded electrogram data from 100 patients. Rate-based arrhythmia detection performance (e.g., Tachy, Brady, and Pause/Asystole) is dependent on adequate QRS detection performance.

### Atrial Fibrillation Detection Algorithm and Performance Statistics

The SJM Confirm™ implantable cardiac monitor, Model DM2102, and Confirm Rx™ insertable cardiac monitor detect AF episodes using an automatic detection algorithm that monitors for irregular ventricular rhythm, commonly known to occur during AF.

The algorithm uses Hidden Markov Chains and Euclidian distance calculations of similarity to assess the transitional behavior of one R-wave (RR) interval to another and compare the patient's interval transitions to the known interval transition template during AF and non-AF episodes obtained from many patients. The algorithm uses additional rhythm discrimination criteria to reduce the frequency of false positives in AF detections due to other irregular rhythm types such as PACs, PVCs, bigeminy, etc.

The performance of the AF detection algorithm was evaluated using well-known, publicly available arrhythmia databases.

[34] Se = Sensitivity; PPV = Positive Predictive Value
[35] 95% CI was calculated using bootstrap percentile interval.

Table 13. AF detection algorithm performance results (%)[36]

|  | ESe (95% CI)[37] | E+P (95% CI) | DSe (95% CI) | D+P (95% CI) |
|---|---|---|---|---|
| All Events | 86 (76 - 95) | 89 (76 - 99) | 89 (80 - 96) | 83 (70 - 94) |
| Events >= 30 sec | 97 (93 - 100) | 83 (69 - 94) | 94 (90 - 98) | 82 (69 - 93) |
| Events >=120 sec | 98 (94 - 100) | 85 (72 - 96) | 94 (90 - 97) | 81 (67 - 92) |

The AF detection performance of the Confirm Rx™ DM3500 insertable cardiac monitor is non-inferior to the SJM Confirm™ DM2102 implantable cardiac monitor, when evaluated using these well-known, publicly available arrhythmia databases.

# Clinical Studies

## SJM Confirm™ IDE Study

### Description of IDE Clinical Study for SJM Confirm™ Model DM2102

The SJM Confirm™ IDE clinical study was a multi-center clinical trial designed to evaluate the quality of the cardiac signal recording obtained by the SJM Confirm™ Implantable Cardiac Monitor (ICM) Model DM2102 and to assess the safety of the device

### Inclusion Criteria

Eligible patients met both of the following criteria:

- Were at risk for arrhythmias as defined by the presence of any of the following four criteria:
    - Had clinical syndromes or situations at increased risk of cardiac arrhythmias, and/or
    - Experienced transient symptoms that suggested a cardiac arrhythmia, and/or
    - Had been previously diagnosed with atrial fibrillation (AF), and/or
    - Were suspected of having AF but AF had not been documented
- Provided written informed consent to participate in the study

### Exclusion Criteria

Patients were excluded if they met any of the following:

- Were under the age of 18 years
- Had a life expectancy less than 1 year
- Were unable to comply with the follow-up schedule
- Were currently implanted with a pacemaker or defibrillator
- Physician deemed patient inappropriate for study

### Patient Population

A summary of the demographic information of patients at the time of enrollment is shown in the table below.

Table 14. Enrollment assessment information[38]

| Demographic Variable | All Patients (N=75) |
|---|---|
| Age (years) | |
| Mean ± SD | 62 ± 13 |
| Range | (19, 83) |
| Gender, n (%) | |
| Female | 31 (41.3%) |
| Male | 44 (58.7%) |
| Cardiomyopathy, n (%) | |
| Ischemic | 5 (6.7%) |
| Non-Ischemic | 5 (6.7%) |
| None | 65 (86.7%) |

[36] Ese = Episode Sensitivity; E+P = Episode Positive Predictivity; DSe = Duration Sensitivity; D+P = Duration Positive Predictivity
[37] 95% CI was calculated using bootstrap percentile interval.
[38] Individual patients may be included in more than one category.

Table 14. Enrollment assessment information[38]

| Demographic Variable | All Patients (N=75) |
|---|---|
| Cardiac History, n (%) | |
| Coronary Artery Disease | 19 (25.3%) |
| Myocardial Infarction | 7 (9.3%) |
| Primary Indication, n (%) | |
| Clinical Syndromes | 27 (36.0%) |
| Transient Symptoms | 46 (61.3%) |
| Atrial Fibrillation | 60 (80.0%) |
| Arrhythmia History, n (%) | |
| Ventricular | 3 (4.0%) |
| Non-Ventricular | 64 (85.3%) |

## Patient Cohort

The study period analyzed is from Baseline to the 6-week visit. The study was conducted in two phases. There were 75 patients total enrolled into this study. Recordings from 49 patients were included in the analysis of objectives I-IV. The final analysis of objective V is based on 43 patients completing their 6-week study visit.

## Study Objectives and Results

### Objective I

Sensitivity for in-clinic recordings (electrograms triggered while patient is at rest, during a treadmill exercise and during hand-to-hand and hand-to-shoulder exercises)

Result

The sensitivity of in-clinic recordings was ≥ 98.0% (95% CI: 95.5%, 100%).

### Objective II

Positive Predictive Value (PPV) for in-clinic recordings

Result

The positive predictive value for in-clinic recordings was ≥ 77.1% (95% CI: 65.9%, 88.4%).

### Objective III

Analysis of weekly Patient Activator (PA) recordings

Result

The interpretability of Patient Activator recordings was 99.2% (95% CI: 98.5%, 100%) for manually triggered weekly recordings.

### Objective IV

Analysis of automatically triggered or symptom driven (patient activated) recordings

Result

The interpretability of recordings was 92.3% (95% CI: 91.9%, 92.6%) for automatically triggered and symptom driven recordings.

### Objective V

Analysis of automatically triggered recordings.

Result

Appropriate AF detection was 55.4%. The overall false positive detection rate was 63.2% across all episode types. Of the EGMs classified and stored inappropriately as Asystole, 99.4% were found to be triggered by undersensing that could be corrected through re-programming the sensitivity settings. Of the EGMs classified and stored inappropriately as Atrial Fibrillation, 79.9% were triggered by non-atrial fibrillation rhythms with irregularity and 19.5% were triggered due to undersensing of the R wave, which could be mitigated by re-programming the sensitivity settings. Of the EGMs classified and stored inappropriately as Bradycardia, 90.9% were triggered by undersensing, also easily mitigated by re-programming the sensitivity settings.

The proportion of appropriate recordings with "appropriate sensing" settings applied was 85.8% (95% CI:73.5%, 92.9%) across all episode types, 100.0% for Tachy episodes, 99.1% for Asystole episodes, and 100.0% for Brady episodes.

## Holter Data Collection

### Description of Holter Data Collection

The Holter Data Collection was a multi-center, prospective, non-randomized observational data collection conducted outside the US, using commercially available SJM Confirm™ ICM Model DM2102 devices. This data collection was designed to compare the SJM Confirm ICM Model DM2102 device to Holter monitor recordings to assess sensitivity and positive predictive value (PPV) of the device.

### Inclusion Criteria

Eligible subjects met the following criteria:

- Had been implanted with a SJM Confirm™ ICM Model DM2102
- Had paroxysmal AF
- Was ≥ 18 years of age
- Willing and able to provide written informed consent

### Exclusion Criteria

Patients were excluded if they met any of the following:

- Had persistent (>7 days and ≤1 year or requiring cardioversion), long-standing persistent (continuous AF >1 year) or permanent AF
- Had AF of reversible etiology
- Had a contraindication to Holter recording
- Had already received an active implantable medical device other than the SJM Confirm™ ICM DM2102
- Was unable to comply with the follow up schedule
- Was participating in another investigational device or drug investigation
- Was pregnant or is planning to become pregnant during the duration of the investigation

## Patient Population

A summary of the demographic information of patients at the time of enrollment is shown in the table below.

Table 15. Enrollment assessment information

| Demographic Variable | All Patients (N=47) |
|---|---|
| Age (years) | |
| Mean ± SD | 64 ± 9 |
| Range | (43.81) |
| Gender, n (%) | |
| Female | 21 (41.7%) |
| Male | 26 (55.3%) |
| Cardiac History, n (%) | |
| Cardiomyopathy | 1 (2.1%) |
| Coronary Artery Disease | 7 (14.9%) |
| Myocardial Infarction | 7 (14.9%) |
| Arrhythmia History, n (%) | |
| Ventricular | 1 (2.1%) |
| VT | 1 (2.1%) |
| Non-Ventricular | 43 (91.5%) |
| AF | 41 (87.2%) |
| AFL | 11 (23.4%) |
| AT | 4 (8.5%) |
| SVT | 1 (2.1%) |

## Patient Cohort

Subjects implanted with an SJM Confirm™ ICM Model DM2102 device for at least two weeks wore a Holter monitor for a period of 96 hours (four days). Forty-seven (47) subjects contributed a total of 64 episodes to this analysis.

## Study Objectives and Results

### Objective

The primary objective was to assess SJM Confirm™ ICM performance through the sensitivity and positive predictive values of AF episodes of at least 2 minutes in length, utilizing the data collected during the Holter recording.

### Result

The results of the data analysis are shown in the table below.

Table 16. Sensitivity and PPV in SJM Confirm™ ICM

| | SJM Confirm ICM | 95% Bootstrap CI |
|---|---|---|
| Sensitivity | 96.9% | (90.0%, 100%) |
| PPV | 68.6% | (30.8%, 88.7%) |

### Conclusion

The results of the SJM Confirm™ ICM study demonstrated high sensitivity (≥98.0% during in-clinic evaluations) and high positive predictive value (≥77.1% during in-clinic evaluations) in the indicated patient population when used in accordance with the directions for use. In addition, the percentage of time that the EGM was determined to be interpretable was high for both manually captured weekly recordings and for automatically stored recordings at 99.2% and 92.3% respectively. When comparing the SJM Confirm™ ICM with AF detection on Holter recordings, the device demonstrated a sensitivity of 96.9% and positive predictive value (PPV) of 68.6%.

## Confirm Rx™ Devices Technical Data

The tables below are applicable to the Confirm Rx™ model DM3500 device.

The technical data below include:

- Physical Specifications (page 45)
- Battery Specifications (page 45)
- Reset Settings (page 46)
- X-ray Identification (page 38)

### Physical Specifications

Table 17. Physical specifications for Confirm Rx™ devices

| Specification[39] | Data |
|---|---|
| Dimensions (h x l x t) (mm) | 49 x 9.4 x 3.1 |
| Weight(g) | 3.0 |
| Displacement volume ($cm^3$) | 1.4 |
| Surface area of can electrode ($mm^2$) | 105.9 |
| Surface area of header electrode ($mm^2$) | 10.8 |
| Shortest distance between electrodes (mm) | 39.85 |
| Can and electrode material | Titanium |
| Header material | Polyurethane and epoxy |
| Coating | Parylene |

### Battery Specifications

Table 18. Battery voltage for Confirm Rx™ devices

| Parameter | Data |
|---|---|
| Manufacturer | Eagle Picher |
| Model | ICM Battery |
| Chemistry | CFx |
| Number of cells | One cell |
| Battery voltage (beginning of service) | 3.40 V |
| Elective replacement voltage (ERI) | 2.81 V |
| End-of-service voltage (EOS) | 2.67 V |
| Longevity | 2 years, under the usage scenarios:<br>▪ Average of 1 auto detected episode per day<br>▪ Average of 1 patient activated symptom episode per month |

[39] The dimensions, weight, and displacement volume are nominal values based on engineering model measurements.

Table 18. Battery voltage for Confirm Rx™ devices

| Parameter | Data |
|---|---|
| | ▪ Up to 6 month shelf storage time<br>NOTE: At a maximum shelf storage time of 18 months, longevity is reduced by approximately 5 months |

## Reset Settings

Table 19. Reset settings for Confirm Rx™ devices

| Parameter | Software |
|---|---|
| Monitor Enable/Disable | Enabled |
| AF Duration (min) | 2 |
| Tachy Cutoff Rate (bpm) | 180 |
| Tachy Count (intervals) | 12 |
| Brady Cutoff Rate (bpm) | 50 |
| Pause Duration (s) | 3 |
| Bigeminy Qualifier | Off |
| Sudden Onset | Off |
| EGM Dynamic Range (mV) | ±0.8 |
| Max Sensitivity (mV) | 0.15 |
| Sense Refractory Period (ms) | 250 |
| Decay Delay (ms) | 62.5 |
| Threshold Start (%) | 75 |
| Arrhythmia Detection during Activity | On |
| EGM Trigger: AF | High |
| AF Pre-trigger Duration (s) | 30 |
| AF Post-trigger Duration (s) | 120 |
| Other Pre-trigger Duration (s) | 30 |
| Other Post-trigger Duration (s) | 30 |
| Symptom Pre-trigger duration (min) | 8 |
| Symptom Post-trigger duration (s) | 30 |
| EGM Trigger: Tachy | Low |
| EGM Trigger: Brady | Low |
| EGM Trigger: Pause | High |
| EGM Trigger: Patient Activated | High |

## X-ray Identification

Table 20. X-ray ID code for Confirm Rx™ devices

| Device Model | X-ray ID Model Code |
|---|---|
| DM3500 | CC |

# Confirm Rx™ Devices Clinician Use Information

## Patient Counseling Information

Physicians should consider the following when counseling a patient about this device:

- Advise the patient not to touch the implant site.
- Give the patient a copy of the myMerlin Mobile Application User's Manual, which includes instructions for using the mobile device application.

Go over the manual with the patient. Explain which symptoms the patient should record.

- Encourage the patient to use the ID card issued by St. Jude Medical and/or an ID bracelet documenting their implanted system.

# Implanting The Device

Due to the nature of the implantation procedure, the physician and support staff should be familiar with all of the components of the system and the material in this manual before beginning the procedure.

## Choosing an Insertion Site

For recommended insertion sites, refer to the Confirm Rx™ User's Manual. Before implanting the device, you can confirm the suitability of an insertion site or determine an alternative optimal device insertion site and orientation by performing surface ECG measurements in the locations and orientations of interest. Use standard surface ECG electrodes and an ECG measurement system such as the Merlin™ PCS with the ECG cables. For instructions on how to use the Merlin™ PCS to perform this task, see General Site Mapping (page 39).

Consider the following desired signal characteristics when evaluating potential implant positions:

- High amplitude R-wave that demonstrates minimal variation in different patient positions, such as sitting versus lying down.
- High R-wave to T-wave ratio

### General Site Mapping

Mapping may be beneficial to determine the best location for the device based on surface R-wave measurements, especially when considering an anterolateral, inframammary insertion location between the 5th and 6th ribs. To determine the best location that will suit the needs of the patient:

1. Set up the Merlin™ PCS or 12-lead ECG to view Lead I in the real-time display.

2. Place the Right Leg (RL) electrode on the torso and the Right Arm (RA) and Left Arm (LA) electrodes at the desired device location.

3. Print a real-time tracing and check the ECG for R-wave amplitude, and R-wave/T-wave ratio.

4. Note the best electrode configuration or use a skin marker to indicate the preferred electrode position before surgical prep.

   NOTE: Place the conductive portion of the ECG pads 4 cm apart. This distance approximates the Confirm Rx™ ICM interelectrode spacing.

## Inserting the Device

1. Prior to opening the sterile packaging, apply a magnet to the Confirm Rx™ device for at least three seconds.

2. Use the Merlin™ PCS programmer to interrogate the device.

3. Select a Reason for Monitoring and any other applicable information. You will be prompted to insert the device before continuing. See New Device (page 5).

4. Insert the Confirm Rx™ device. Refer to the Confirm Rx™ User's Manual for insertion instructions.

5. Measure the R-wave amplitudes and observe the signal quality.

   Consider body position and arm movement as part of this assessment. If signals are small or unstable, revise the device positioning.

6. Determine device sensing parameters to ensure there is adequate R-wave detection and no inappropriate oversensing of T-waves or P-waves.

   The max sensitivity of the device should be selected in accordance with the smallest observed R-wave amplitudes.

7. Close the incision site.

8. Select programmable parameters and program the device.

9. Calibrate the activity sensor threshold.

10. Clear any stored EGMs and episode data from the device.

# Index

## A

Activity Response ........ 24
Adjust Channels Button ........ 10
Adjust Display ........ 9
AF Diagnostics ........ 17
AF Duration ........ 21
AF EGM Inhibit, Auto Activated Episode Settings ........ 30
AF Episode, EGM Storage Triggers ........ 29
Alerts ........ 11
Asystole Duration ........ 21
Asystole, EGM Storage Triggers ........ 29
Audio Preferences ........ 2

## B

Battery
    Status ........ 11, 40
Battery longevity ........ 37
Battery Voltage
    Elective Replacement Indicator ........ 37
    Test ........ 19
Bigeminy Qualifier ........ 22
Brady Cutoff Rate ........ 21
Brady Episode, EGM Storage Triggers ........ 29

## C

Calibrate Activity button ........ 24
Calipers ........ 10, 14
Center Vertical Button
    Freeze Capture ........ 10
Charging Audio ........ 2
Clear After Printing Button ........ 33
Clear Diagnostics Button ........ 33
Clear Trend Button ........ 33
Clinic Name ........ 36
Console Buttons ........ 36

## D

Date
    Format ........ 2
    Setting ........ 2
Decay Delay ........ 23
Detection Inhibitors Parameters ........ 24
Detection Parameters ........ 21
Device
    Explantation ........ 40
    Longevity ........ 40
Devices ........ 35
Diagnostics
    AF Diagnostics ........ 17
Discard Pending Button ........ 36

## E

ECG ........ 6
ECG Configuration ........ 9
ECG Notch Filter ........ 2
Educational Materials ........ 1
EGM Configuration ........ 9
EGM Dynamic Range ........ 22
EGM Retrieval ........ 15
EGM Trigger Priority, Patient Activated Episode Setting ........ 30
EGM Trigger Priority, Patient Activated Episode Settings ........ 30
EGM Triggers Parameters ........ 29
EGMs ........ 13
    Update Directory Button ........ 13
End Session Button ........ 11
EOS voltage ........ 37
Episode Settings ........ 30
Episode Settings Parameters ........ 29, 30
Episode Statistics ........ 14
Episodes ........ 13
    Adjust Channels ........ 10
    Display Show/Hide ........ 10
    Episode Detail ........ 14
    Gain Button ........ 10
    Marker Help ........ See Markers
    Markers ........ 10
    Sweep Speed Button ........ 14
    Update Auto Gains Button ........ 14
ERI voltage ........ 37
Explant/Out-Of Service Report ........ 40
Explantation ........ 40
Export
    Data ........ 33
    Screen ........ 3
External Printing ........ 2

## F

FastPath Summary Screen ........ 11
Follow-up Visits ........ 40
Freeze Button ........ 10
Freeze Capture ........ 10
    Center Vertical Button ........ 10
    Configuration ........ 10
    Gain Buttons ........ 10
    Sweep Speed Button ........ 10
    Update Auto Gains Button ........ 10
    Window ........ 10

## G

General Audio ........ 2

## H

Hardware Reset ........ 36
Help (?) Button ........ 1
Hide Calipers ........ 10, 14

## I

Implantation
    Pocket Formation ........ 40
Initial Values, Restore ........ 33
Instructions
    Instructions-Rhythm Display Setup ........ 8
Interval Stability ........ 22

## L

Language Setting ........ 2
Longevity ........ 40

## M

Main Programming Window ........ 35
Maintenance Button, Tools Menu ........ 1
Marker Help ........ See Markers

Markers ... 6
Max Sensitivity ... 23

N

Noise Response ... 24
Notch Filter, ECG ... 2
Note ... 11
Number Format ... 2
Number of Stored EGMs, Patient Activated Episode Settings 30

O

On-Screen Keyboard ... 12
Onset Delta ... 22
Out-of-Service Report ... 40

P

Parameters ... 29
  Auto Activated Episode Settings ... 29
  Detection ... 21
  EGM Storage Triggers ... 29
  Patient Activated Episode Settings ... 30
  Selection ... 36
  Sensing ... 22
Patient
  Counseling ... 38
  Death ... 40
  Follow-up ... 40
  Information ... 38
  Manual ... 38
Patient Information ... 11
Patient-Tracking Software ... 33
Pause Duration ... 25
PDFs ... 2
Pocket Formation ... 40
Post-Trigger Duration, Auto Activated Episodes Settings ... 29
Post-Trigger Duration, Patient Activated Episode Setting ... 30
Preferences ... 2
Presenting Rhythm ... 10
Preview Button ... 36
Print Button ... 10
Print Menu ... 36
Print Reports ... 36
Print Reports Button ... 33
Print Screen ... 3
Print Selected Button ... 14
Printer Icon ... 35
Printer Preferences ... 2
Priority, EGM Storage Triggers ... 29
PSA Wand Application ... 1

R

Rate Overlap ... 22
Real-Time Measurements Test ... 19
Reports ... 36
Restore Initial Values Button ... 33
Retrieving EGMs ... 15
Rhythm Display
  Phythm Display-Update Auto Gains Button ... 9
  Setup Instructions ... 8
R-Wave Amplitude Test ... 19
R-Wave Measurement ... 19

S

Save Selections Button ... 33
Select All for Printing Button ... 14
Select for Printing Button ... 10, 14
Sense Refractory Period ... 23
Sensing Parameters ... 22
Sensitivity ... 23
Session Records ... 1
Settings, Print Menu ... 36
Show Calipers Button ... 10
Show/Hide Buttons ... 10
Stability Delta ... 22
Stability Window ... 22
Sudden Onset ... 22
  Rate Overlap ... 22
Summary Report ... 11
Summary Screen ... 11
Supported Devices ... 35
Sweep Speed Button
  Freeze Capture ... 10

T

Tachy Count ... 21
Tachy Cutoff Rate ... 21
Tachy Episode, EGM Storage Triggers ... 29
Tests
  Real-Time Measurements ... 19
Threshold Start ... 23
Time
  Format ... 2
  Setting ... 2
Tools Button ... 1

U

Unloaded Battery Voltage
  Test ... 19
Update Auto Gains Button ... 9, 10
  Episodes ... 14
Update Directory Button
  EGMs ... 13

W

Wrap-up Overview ... 33



St. Jude Medical
Cardiac Rhythm
Management Division
15900 Valley View Court
Sylmar, CA 91342 USA
+1 818 362 6822

St. Jude Medical
Coordination Center BVBA
The Corporate Village
Da Vincilaan 11 Box F1
1935 Zaventem
Belgium
+32 2 774 68 11

sjm.com

2019-03
ARTEN100169670 A

100169670

# Exhibit C

INSERTABLE CARDIAC MONITOR

# Confirm Rx™

## Model DM3500
## Insertable Cardiac Monitor

Abbott's Confirm Rx™ insertable cardiac monitor (ICM) with SharpSense™ technology is designed to detect arrhythmias and wirelessly transmit data to the Merlin.net™ Patient Care Network (PCN) for the following patients:

- Patients who experience transient symptoms that may suggest a cardiac arrhythmia
- Patients with clinical syndromes or situations at increased risk of cardiac arrhythmias
- Patients who have been previously diagnosed with atrial fibrillation (AF) or who are susceptible to developing AF

## Product Highlights

### Device

- SharpSense technology improves the detection of AF, Bradycardia and Pause, with high relative sensitivity
- Electrogram (EGM) scatterplots to easily identify relationships between variables
- Small size (~ 1.4 cc) with slim profile
- Simple insertion procedure requiring minimal time and resources
- Intuitive one-touch programming on the Merlin™ Patient Care System
- Remote monitoring ready
- Patient-activated and auto-activated triggers for EGM storage
- Programmable data storage options to ensure capture of significant events while reducing the risk of missing unexpected events
- Proven Abbott Sense*Ability*™ sensing algorithm feature designed to allow accurate sensing over a wide range of signals
- 1.5 T MR Conditional

### Mobile App and Connectivity

- Bluetooth® wireless technology between ICM and myMerlin™ app, which patients can download onto their mobile device. No need for a separate bedside transmitter or patient activator
- ICM continuously monitors rhythm and myMerlin app proactively transmits data per schedule and alerts set by the clinic
- App features integrated activator functionality, allowing patients to privately record and transmit EGMs during symptoms. No separate activator hardware required
- Notifications inform patients of daily device checks and scheduled transmissions to promote remote monitoring adherence without burdening the clinic
- App available in 35+ languages to engage patients and provide a personalized experience
- Transmissions are sent to the Merlin.net PCN, providing clinicians with data and reports
- Abbott mobile transmitters are available for patients without their own compatible mobile device*

## Ordering Information

Confirm Rx ICM

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|
| Confirm Rx ICM | DM3500 | Insertable cardiac monitor | 1.5 T MR Conditional | CC |

**Indications:** The Confirm Rx™ ICM is indicated for the monitoring and diagnostic evaluation of patients who experience unexplained symptoms such as: dizziness, palpitations, chest pain, syncope, and shortness of breath, as well as patients who are at risk for cardiac arrhythmias. It is also indicated for patients who have been previously diagnosed with atrial fibrillation or who are susceptible to developing atrial fibrillation. The Confirm Rx ICM has not been specifically tested for pediatric use.

**Contraindications:** There are no known contraindications for the insertion of the Confirm Rx ICM. However, the patient's particular medical condition may dictate whether or not a subcutaneous, chronically inserted device can be tolerated.

**Adverse Events:** Possible adverse events (in alphabetical order) associated with the device, include the following: Allergic reaction, Bleeding, Chronic nerve damage, Erosion, Excessive fibrotic tissue growth, Extrusion, Formation of hematomas or cysts, Infection, Keloid formation and Migration. Refer to the User's Manual for detailed indications, contraindications, warnings, precautions and potential adverse events.

**Additional Information:** Clinicians must log onto Merlin.net™ Patient Care Network to view transmissions from patients' Confirm Rx ICM. On Merlin.net PCN they can configure transmission schedules and enable or disable features on a patient's myMerlin™ for Confirm Rx ICM mobile app. Review of transmissions is dependent on the clinician and may not happen immediately following delivery of such transmissions.

**Limitations*:** Patients may use their own Apple® or Android® mobile device to transmit information from their Confirm Rx ICM using the myMerlin™ for Confirm Rx™ mobile app. To do so the device must be powered on, app must be installed, Bluetooth® wireless technology enabled and data coverage (cellular or WiFi®) available. The myMerlin™ for Confirm Rx mobile app provides periodic patient monitoring based on clinician configured settings. Data is resent if the transmission was not sent successfully. However, there are many internal and external factors that can hinder, delay, or prevent acquisition and delivery of ICM and patient information as intended by the clinician. These factors include: patient environment, data services, mobile device operating system and settings, ICM memory capacity, clinic environment, schedule/configuration changes, or data processing.

An Abbott mobile transmitter is available for patients without their own compatible mobile device.

# Confirm Rx™

Model DM3500

Insertable Cardiac Monitor

## Product Specifications

**PHYSICAL SPECIFICATIONS**

| Model | DM3500 |
|---|---|
| Volume | 1.4 cc |
| Length | 49 mm |
| Width | 9.4 mm |
| Thickness | 3.1 mm |
| Weight | 3.0 g |
| **PARAMETER** | **SETTINGS** |
| **Features** | |
| Longevity | 2 years |
| Detection Sampling Rate | 512 Hz |
| Patient Trigger | Yes |
| Symptom Alert | Off<br>On (All Symptoms)<br>On (with Detection) |
| Remote Monitoring | myMerlin™ app via Bluetooth‡ wireless technology |
| Patient Activator | myMerlin app via Bluetooth‡ wireless technology |
| Tachycardia Trigger and Alert | Yes |
| Bradycardia Trigger and Alert | Yes |
| Pause Trigger and Alert | Yes |
| AF Trigger and Alert | Yes |
| Programmable AF Episode Duration | 30 seconds, 1, 2, 6, 10, 20, 30, 60 minutes |
| AF Burden Alert | Off, 30 minutes, 1, 3, 6, 9, 12, 24 hours |
| AF Continuous Episode Alert | Off, 1, 2, 6, 10, 20, 30, 60, 120 minutes |
| Ventricular Rate during AF Alert | Off<br>90–150, 175, 200 bpm<br>1, 3, 6, 9, 12 hours |
| Activity Inhibits Auto Detection | Programmable On or Off |
| Noise Response Inhibits Auto Detection | Yes |
| **Diagnostics** | |
| Episodal Diagnostics | Yes |
| Total EGM Storage | 60 minutes |
| Symptom EGM Duration | Pre-trigger – 4, 6, 8, 10, 12, 14 minutes<br>Post-trigger – 30, 40, 50, 60 seconds |
| Auto Detected EGM Duration | AF Pre- and Post-trigger – 10, 20, 30, 40, 50, 60 and 120 sec<br>Other (Tachy, Brady, Pause) Pre- and Post-trigger – 10, 20, 30, 40, 50 and 60 sec |
| EGM Sampling Rate | 128 Hz |
| Heart Rate Histogram | Yes |
| AF Diagnostics | Yes |
| AF Burden Trend | Yes |

† Two years under the following usage scenarios:

- Average of one auto-detected episode per day
- Average of one patient-activated symptom per month
- Up to six-month shelf storage time

NOTE: At a maximum shelf storage time of 18 months, longevity is reduced by approximately five months.

## Security Measures

- The ICM encrypts its wireless communication using Advanced Encryption Standard (AES) 128-bit encryption and is designed to limit communications to only a single authenticated and paired myMerlin™ app at any given time
- The ICM uses the pairing procedure specified in Bluetooth® wireless technology low energy protocols and a proprietary pairing protocol as an added security measure. Pairing requests are authenticated using cloud-based public key cryptography authentication
- The ICM creates a unique 128-bit key for the paired mobile app and verifies it at the onset of every communication. If the unique key is not verified, the monitor denies access
- The ICM uses an authorization protocol, which limits a paired mobile app's access based on clinician settings
- The myMerlin™ app encrypts wireless communication to the Merlin.net™ Patient Care Network (PCN) through a secure Transport Layer Security connection using SHA256 cryptographic protection
- The Merlin.net PCN is housed in a secured data center and is ISO27001:2013 certified. Access to patient data in the Merlin.net PCN is restricted to authorized users as set by the clinic administrator. ICM data is encrypted using AES 128-bit encryption
- The Merlin.net PCN is successfully certified through the EU-U.S. Privacy Shield program to transfer patient information from the EU to the U.S.

**Customer Support:** 855-478-5833

**Rx Only**

**Brief Summary:** Prior to using these devices, please review the Instructions for Use for a complete listing of indications, contraindications, warnings, precautions, potential adverse events and directions for use.

**Abbott**
One St. Jude Medical Dr.
St. Paul, MN 55117 USA
Tel: 1 651 756 2000
Abbott.com

™ Indicates a trademark of the Abbott group of companies.
‡ Indicates a third party trademark, which is property of its respective owner.
Bluetooth and Bluetooth logo are registered trademarks of Bluetooth SIG, Inc.
© 2019 Abbott. All Rights Reserved.
31844-SJM-CFM-0319-0114 | Item approved for global use.

**Abbott**



PRESS FIRMLY TO SEAL

FSC MIX FSC C118916

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

$26.35
PME 1-Day
11580 0007
Date of sale
02/17/21
06 2SSK
11437574
8397102171336O2

FOLD HERE

Scheduled Delivery
02/18/2021
12:00PM

# PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

15

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

FOR DOMESTIC AND INTERNATIONAL USE

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 597 204 484 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE

Research Assistance
P.O. Box 130 379
Springfield Gardens
NY 11413

U.S.M.S. INSPECTED BY:

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE

United States District Court
Southern District Court
400 North Miami Avenue
Florida

ZIP + 4® (U.S. ADDRESSES ONLY)
33128

U.S.M.S. INSPECTED BY:

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

EP13F May 2020
OD: 12 1/2 x 9 1/2

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ | |
|---|---|---|---|
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ | |
| Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MARCH 2019 PSN 7690-02-000-9996