ב"ה

APPEAL No. 1:12-CR-60016-KMW

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

JAMES PRICE,
Plaintiff-Appellant,
V.
UNITED STATES OF AMERICA,
Appellee-Defendant.

FILED BY _____ D.C.
MAR - 2 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

AN APPEAL
FROM THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

DEFENDANT'S SECOND MEDICAL
STATUS REPORT

James Price
Appellant-Defendant
USM No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800
Tel.: 305-259-259-2404
Fax.: 305-259-2383
Email.: PriceJamesE@outlook.com

ב"ה

# CERTIFICATE OF SERVICE
## United States of America v. James Price
## Case No.: 1:12-CR60016-KMW

I, James Price, hereby declare that on this date, March 1, 2021, have filed the enclosed:

**DEFENDANT'S SECOND MEDICAL STATUS REPORT**

pursuant to the "Mailbox Rule" for incarcerated persons with the Clerk of Court. All parties noticed for service are served pursuant to S.D. Fla. Local Rule 5.1(e), and S.D. Fla. CM/ECF Administrative Procedure § 3B.

l hereby declare that under the penalty perjury, pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct.

Executed on March 1, 2021.

By: **James Price**
Digitally signed by James Price
Date: 2021.03.01 14:29:40 -05'00'

James Price - 98922004

ב"ה

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 1:12-CR-60016-KMW

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

JAMES PRICE,
    *Defendant.*
_____/

**DEFENDANT'S SECOND MEDICAL
STATUS REPORT**

**COMES NOW,** James Price ("the Defendant") and files this, his Second Medical Status Report, following his *fourth* hospitalization for COVID-19 related complications.

**CONFORMINATIONAL DIAGNOSIS; LONG COVID SYNDROME**

    1.    The Defendant was hospitalized again, for a fourth time, from February 18, 2021, through February 26, 2021, at Larkin Community Hospital ("LCH").

2. This hospitalization was for an inpatient referral by Mr. Price's cardiologist Dr. John Dylewski, to a neurologist for transient ischemic effect ("TIA") seizures, tremors, and other autonomic dysfunctions.

3. On February 22, 2021, Dr. Dylewski performed a cardiovascular "tilt test" to confirm a subjective diagnosis of auto-static intolerance in the Defendant. Mr. Price tested *positive* for orthostatic intolerance, and autonomic dysfunction, and loss of consciousness approximately nine minutes into the test.

4. The objective diagnosis of post COVID autonomic dysfunction orthotic static intolerance dysautonomia, inter alia, confirm the doctors believe that the root cause of Mr. Price's cardiovascular problems is neurological, caused by a post-viral inflammation of the Defendant's brain and or nervous system.

5. Mr. Price was placed on an electroencephalogram ("EEG") for both one-hour and twenty-four-hour recordings. Additionally, the Defendant was placed in a specialized "seizure precaution" room equipped with continuous day and night monitoring seizure activity. On February 18, 2021,

and February 19, 2021, doctors administered Ativan (See Exhibit A), a powerful intravenous ("IV") anti-seizure medication to stop the progression of TIA/autonomic tremors to full seizures.

6. In addition to his existing cardiac prescription regiment, doctors place Mr. Price on *TWICE DAILY* 750mg doses of IV-based Keppra (See Exhibit B), another anti-seizure medication.

7. During his latest ten day hospitalization the Defendant was evaluated by nearly a dozen doctors and a specialist from cardiology, internal medicine, psychology, and neurology. The collective, objective diagnostic was that Mr. Price suffers from a complex consolation of symptomology due to Long COVID syndrome.

## CONCLUSION

8. Mr. Price specify ask, and as a group the doctors responded, there is *NO CURE* for the Defendant's condition. Moreover, Mr. Price's condition is likely, as recent history has shown, to get worse, and he may continue to develop new/more symptomology.

9. The Defendant's automimic dysfunctions substantiality reduce his ability to self-care in a Correctional Institution. Specifically, Mr. Price's orthostatic intolerance and dysautonomia subject him to blackouts, falls, loss of consciousness, and other injuries through nothing more than engaging in routine prison activities like walking/standing in common showers, walking to pick up meals, and generally navigating prison life in a Correctional Institution. (See Exhibit C), Bureau of Prison ("BOP") *Reported* Statistic of Violence and Prisoner Assault in BOP Facilities.

**WHEREFORE,** in view of the foregoing, the Defendant respectfully moves this Court for the entry of an Order to **GRANT** the Motion for Compassionate Release/Reduction in Sentence, and for immediate release to begin a term of supervised release.

Dated: March 1, 2021.

Respectfully Submitted,

**James Price** Digitally signed by James Price
Date: 2021.03.01 14:15:29 -05'00'

/s/James Price
USM No. 98922004
Plaintiff
Federal Correctional Institution
P.O. Box 779800
Miami Florida 33177-9800
Tel.: 305-259-2268
Fax.: 305-259-2383
Email: PriceJameE@outlook.com

PRIORITY MAIL EXPRESS®

75

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 597 204 541 US

CUSTOMER USE ONLY
FROM: (PLEASE PRINT) PHONE ( )

Research Assist
Address: P.O. Box 130370
Springfield Gardens, NY 11413
Email: Researchassist@outlook.com
Phone: 305-791-2699

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)
United States District Court
Southern District Court
400 N. Miami Avenue
Miami, Florida
ZIP + 4® (U.S. ADDRESSES ONLY)
33128

U.S.M.S. INSPECTED BY: ______

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
| --- | --- |
| | |

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day ☑ 2-Day ☐ Military ☐ DPO

| | | | |
| --- | --- | --- | --- |
| PO ZIP Code: 11582 | Scheduled Delivery Date (MM/DD/YY): 2-Day Guar | Postage: $ 26.35 | |
| Date Accepted (MM/DD/YY): 3/1/2021 | Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON — N/A | Insurance Fee: $ 0 | COD Fee: $ 0 |
| Time Accepted: 3:57 ☐ AM ☑ PM | 10:30 AM Delivery Fee: $ 0 | Return Receipt Fee: $ 0 | Live Animal Transportation Fee: $ 0 |
| Special Handling/Fragile: $ 0 | Sunday/Holiday Premium Fee: $ 0 | Total Postage & Fees: | |
| Weight: ☒ Flat Rate lbs. ozs. | Acceptance Employee Initials: [illegible] | $ 26.35 | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| --- | --- | --- |
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MARCH 2019 PSN 7690-02-000-9996

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

