

Exhibit

A

# ATIVAN (lorazepam) Injection



**R<sub>x</sub> only**

## DESCRIPTION

Lorazepam, a benzodiazepine with antianxiety, sedative, and anticonvulsant effects, is intended for the intramuscular or intravenous routes of administration. It has the chemical formula: 7-chloro-5(2-chlorophenyl)-1,3-dihydro-3-hydroxy-2$H$-1, 4-benzodiazepin-2-one. The molecular weight is 321.16, and the C.A.S. No. is [846-49-1]. The structural formula is:

Lorazepam is a nearly white powder almost insoluble in water. Each mL of sterile injection contains either 2.0 or 4.0 mg of lorazepam, 0.18 mL polyethylene glycol 400 in propylene glycol with 2.0% benzyl alcohol as preservative.

## CLINICAL PHARMACOLOGY

Lorazepam interacts with the γ-aminobutyric acid (GABA)-benzodiazepine receptor complex, which is widespread in the brain of humans as well as other species. This interaction is presumed to be responsible for lorazepam's mechanism of action. Lorazepam exhibits relatively high and specific affinity for its recognition site but does not displace GABA. Attachment to the specific binding site enhances the affinity of GABA for its receptor site on the same receptor complex. The pharmacodynamic consequences of benzodiazepine agonist actions include antianxiety effects, sedation, and reduction of seizure activity. The intensity of action is directly related to the degree of benzodiazepine receptor occupancy.

### Effects in Pre-Operative Patients

Intravenous or intramuscular administration of the recommended dose of 2 mg to 4 mg of ATIVAN Injection to adult patients is followed by dose-related effects of sedation (sleepiness or drowsiness), relief of preoperative anxiety, and lack of recall of events related to the day of surgery in the majority of patients. The clinical sedation (sleepiness or drowsiness) thus noted is such that the majority of patients are able to respond to simple instructions whether they give the appearance of being awake or asleep. The lack of recall is relative rather than absolute, as determined under conditions of careful patient questioning and testing, using props designed to enhance recall. The majority of patients under these reinforced conditions had difficulty recalling perioperative events or recognizing props from before surgery. The lack of recall and recognition was optimum within 2 hours following intramuscular administration and 15 to 20 minutes after intravenous injection.

The intended effects of the recommended adult dose of ATIVAN Injection usually last 6 to 8 hours. In rare instances, and where patients received greater than the recommended dose, excessive sleepiness and prolonged lack of recall were noted. As with other benzodiazepines, unsteadiness, enhanced sensitivity to CNS-depressant effects of ethyl alcohol and other drugs were noted in isolated and rare cases for greater than 24 hours.

**Physiologic Effects in Healthy Adults**
Studies in healthy adult volunteers reveal that intravenous lorazepam in doses up to 3.5 mg/70 kg does not alter sensitivity to the respiratory stimulating effect of carbon dioxide and does not enhance the respiratory-depressant effects of doses of meperidine up to 100 mg/70 kg (also determined by carbon dioxide challenge) as long as patients remain sufficiently awake to undergo testing. Upper airway obstruction has been observed in rare instances where the patient received greater than the recommended dose and was excessively sleepy and difficult to arouse (see **WARNINGS** and **ADVERSE REACTIONS**).

Clinically employed doses of ATIVAN Injection do not greatly affect the circulatory system in the supine position or employing a 70-degree tilt test. Doses of 8 mg to 10 mg of intravenous lorazepam (2 to 2-1/2 times the maximum recommended dosage) will produce loss of lid reflexes within 15 minutes.

Studies in 6 healthy young adults who received lorazepam injection and no other drugs revealed that visual tracking (the ability to keep a moving line centered) was impaired for a mean of 8 hours following administration of 4 mg of intramuscular lorazepam and 4 hours following administration of 2 mg intramuscularly with considerable subject variation. Similar findings were noted with pentobarbital, 150 and 75 mg. Although this study showed that both lorazepam and pentobarbital interfered with eye-hand coordination, the data are insufficient to predict when it would be safe to operate a motor vehicle or engage in a hazardous occupation or sport.

**Pharmacokinetics and Metabolism**
Absorption
*Intravenous*
A 4-mg dose provides an initial concentration of approximately 70 ng/mL.

*Intramuscular*
Following intramuscular administration, lorazepam is completely and rapidly absorbed reaching peak concentrations within 3 hours. A 4-mg dose provides a $C_{max}$ of approximately 48 ng/mL. Following administration of 1.5 to 5.0 mg of lorazepam IM, the amount of lorazepam delivered to the circulation is proportional to the dose administered.

Distribution/Metabolism/Elimination
At clinically relevant concentrations, lorazepam is 91±2% bound to plasma proteins; its volume of distribution is approximately 1.3 L/kg. Unbound lorazepam penetrates the blood/brain barrier freely by passive diffusion, a fact confirmed by CSF sampling. Following parenteral administration, the terminal half-life and total clearance averaged 14±5 hours and 1.1±0.4 mL/min/kg, respectively.

Lorazepam is extensively conjugated to the 3-O-phenolic glucuronide in the liver and is known to undergo enterohepatic recirculation. Lorazepam glucuronide is an inactive metabolite and is eliminated mainly by the kidneys.

Following a single 2-mg oral dose of $^{14}$C-lorazepam to 8 healthy subjects, 88±4% of the administered dose was recovered in urine and 7±2% was recovered in feces. The percent of administered dose recovered in urine as lorazepam glucuronide was 74±4%. Only 0.3% of the dose was recovered as unchanged lorazepam, and the remainder of the radioactivity represented minor metabolites.

**Special Populations**
Effect of Age
*Pediatrics*
NEONATES (BIRTH TO 1 MONTH)
Following a single 0.05 mg/kg (n=4) or 0.1 mg/kg (n=6) intravenous dose of lorazepam, *mean total clearance normalized to body weight was reduced by 80% compared to normal adults*, terminal half-life was prolonged 3-fold, and volume of distribution was decreased by 40% in neonates with asphyxia neonatorum compared to normal adults. All neonates were of ≥37 weeks of gestational age.

INFANTS (1 MONTH UP TO 2 YEARS)
There is no information on the pharmacokinetic profile of lorazepam in infants in the age range of 1 month to 2 years.

CHILDREN (2 YEARS TO 12 YEARS)
Total (bound and unbound) lorazepam had a 50% higher mean volume of distribution (normalized to body-weight) and a 30% longer mean half-life in children with acute lymphocytic leukemia in complete remission (2 to 12 years, n=37) compared to normal adults (n=10). *Unbound* lorazepam clearance normalized to body-weight was comparable in children and adults.

ADOLESCENTS (12 YEARS TO 18 YEARS)
Total (bound and unbound) lorazepam had a 50% higher mean volume of distribution (normalized to body-weight) and a mean half-life that was two fold greater in adolescents with acute lymphocytic leukemia in complete remission (12 to 18 years, n=13) compared to normal adults (n=10). *Unbound* lorazepam clearance normalized to body-weight was comparable in adolescents and adults.

*Elderly*
Following single intravenous doses of 1.5 to 3 mg of ATIVAN Injection, mean total body clearance of lorazepam decreased by 20% in 15 elderly subjects of 60 to 84 years of age compared to that in 15 younger subjects of 19 to 38 years of age.  Consequently, no dosage adjustment appears to be necessary in elderly subjects based solely on their age.

Effect of Gender
Gender has no effect on the pharmacokinetics of lorazepam.

Effect of Race
Young Americans (n=15) and Japanese subjects (n=7) had very comparable mean total clearance value of 1.0 mL/min/kg. However, elderly Japanese subjects had a

20% lower mean total clearance than elderly Americans, 0.59 mL/min/kg vs 0.77 mL/min/kg, respectively.

## Patients With Renal Insufficiency

Because the kidney is the primary route of elimination of lorazepam glucuronide, renal impairment would be expected to compromise its clearance. This should have no direct effect on the glucuronidation (and inactivation) of lorazepam. There is a possibility that the enterohepatic circulation of lorazepam glucuronide leads to a reduced efficiency of the net clearance of lorazepam in this population.

Six normal subjects, six patients with renal impairment ($Cl_{cr}$ of 22±9 mL/min), and four patients on chronic maintenance hemodialysis were given single 1.5 to 3.0 mg intravenous doses of lorazepam. Mean volume of distribution and terminal half-life values of lorazepam were 40% and 25% higher, respectively, in renally impaired patients than in normal subjects. Both parameters were 75% higher in patients undergoing hemodialysis than in normal subjects. Overall, though, in this group of subjects the mean total clearance of lorazepam did not change. About 8% of the administered intravenous dose was removed as intact lorazepam during the 6-hour dialysis session.

The kinetics of lorazepam glucuronide were markedly affected by renal dysfunction. The mean terminal half-life was prolonged by 55% and 125% in renally impaired patients and patients under hemodialysis, respectively, as compared to normal subjects. The mean metabolic clearance decreased by 75% and 90% in renally impaired patients and patients under hemodialysis, respectively, as compared with normal subjects. About 40% of the administered lorazepam intravenous dose was removed as glucuronide conjugate during the 6-hour dialysis session.

## Hepatic Disease

Because cytochrome oxidation is not involved with the metabolism of lorazepam, liver disease would not be expected to have an effect on metabolic clearance. This prediction is supported by the observation that following a single 2 mg intravenous dose of lorazepam, cirrhotic male patients (n=13) and normal male subjects (n=11) exhibited no substantive difference in their ability to clear lorazepam.

## Effect of Smoking

Administration of a single 2 mg intravenous dose of lorazepam showed that there was no difference in any of the pharmacokinetic parameters of lorazepam between cigarette smokers (n=10, mean=31 cigarettes per day) and nonsmoking subjects (n=10) who were matched for age, weight and gender.

## Clinical Studies

The effectiveness of ATIVAN Injection in status epilepticus was established in two multi-center controlled trials in 177 patients.  With rare exceptions, patients were between 18 and 65 years of age. More than half the patients in each study had tonic-clonic status epilepticus; patients with simple partial and complex partial status epilepticus comprised the rest of the population studied, along with a smaller number of patients who had absence status.

One study (n=58) was a double-blind active-control trial comparing ATIVAN Injection and diazepam. Patients were randomized to receive ATIVAN 2 mg IV (with an additional

2 mg IV if needed) or diazepam 5 mg IV (with an additional 5 mg IV if needed). The primary outcome measure was a comparison of the proportion of responders in each treatment group, where a responder was defined as a patient whose seizures stopped within 10 minutes after treatment and who continued seizure-free for at least an additional 30 minutes. Twenty-four of the 30 (80%) patients were deemed responders to ATIVAN and 16/28 (57%) patients were deemed responders to diazepam (p=0.04). Of the 24 ATIVAN responders, 23 received both 2 mg infusions.

Non-responders to ATIVAN 4 mg were given an additional 2 to 4 mg ATIVAN; non-responders to diazepam 10 mg were given an additional 5 to 10 mg diazepam. After this additional dose administration, 28/30 (93%) of patients randomized to ATIVAN and 24/28 (86%) of patients randomized to diazepam were deemed responders, a difference that was not statistically significant.

Although this study provides support for the efficacy of ATIVAN as the treatment for status epilepticus, it cannot speak reliably or meaningfully to the comparative performance of either diazepam (Valium) or lorazepam (ATIVAN Injection) under the conditions of actual use.

A second study (n=119) was a double-blind dose-comparison trial with 3 doses of ATIVAN Injection: 1 mg, 2 mg, and 4 mg. Patients were randomized to receive one of the three doses of ATIVAN. The primary outcome and definition of responder were as in the first study. Twenty-five of 41 patients (61%) responded to 1 mg ATIVAN; 21/37 patients (57%) responded to 2 mg ATIVAN; and 31/41 (76%) responded to 4 mg ATIVAN. The p-value for a statistical test of the difference between the ATIVAN 4 mg dose group and the ATIVAN 1-mg dose group was 0.08 (two-sided). Data from all randomized patients were used in this test.

Although analyses failed to detect an effect of age, sex, or race on the effectiveness of ATIVAN in status epilepticus, the numbers of patients evaluated were too few to allow a definitive conclusion about the role these factors may play.

## INDICATIONS AND USAGE
### Status Epilepticus
ATIVAN Injection is indicated for the treatment of status epilepticus.

### Preanesthetic
ATIVAN Injection is indicated in adult patients for preanesthetic medication, producing sedation (sleepiness or drowsiness), relief of anxiety, and a decreased ability to recall events related to the day of surgery. It is most useful in those patients who are anxious about their surgical procedure and who would prefer to have diminished recall of the events of the day of surgery (see **PRECAUTIONS, Information for Patients**).

## CONTRAINDICATIONS
ATIVAN Injection is contraindicated in patients with a known sensitivity to benzodiazepines or its vehicle (polyethylene glycol, propylene glycol, and benzyl alcohol), in patients with acute narrow-angle glaucoma, or in patients with sleep apnea syndrome. It is also contraindicated in patients with severe respiratory insufficiency, except in those patients requiring relief of anxiety and/or diminished recall of events while being mechanically ventilated. The use of ATIVAN Injection

intra-arterially is contraindicated because, as with other injectable benzodiazepines, inadvertent intra-arterial injection may produce arteriospasm resulting in gangrene which may require amputation (see **WARNINGS**).

## WARNINGS
### Use in Status Epilepticus
Management of Status Epilepticus

Status epilepticus is a potentially life-threatening condition associated with a high risk of permanent neurological impairment, if inadequately treated. The treatment of status, however, requires far more than the administration of an anticonvulsant agent. It involves observation and management of all parameters critical to maintaining vital function and the capacity to provide support of those functions as required. Ventilatory support must be readily available. The use of benzodiazepines, like ATIVAN Injection, is ordinarily only one step of a complex and sustained intervention which may require additional interventions (e.g., concomitant intravenous administration of phenytoin). Because status epilepticus may result from a correctable acute cause such as hypoglycemia, hyponatremia, or other metabolic or toxic derangement, such an abnormality must be immediately sought and corrected. Furthermore, patients who are susceptible to further seizure episodes should receive adequate maintenance antiepileptic therapy.

Any health care professional who intends to treat a patient with status epilepticus should be familiar with this package insert and the pertinent medical literature concerning current concepts for the treatment of status epilepticus. A comprehensive review of the considerations critical to the informed and prudent management of status epilepticus cannot be provided in drug product labeling. The archival medical literature contains many informative references on the management of status epilepticus, among them the report of the working group on status epilepticus of the Epilepsy Foundation of America "Treatment of Convulsive Status Epilepticus" (JAMA 1993; 270:854-859). As noted in the report just cited, it may be useful to consult with a neurologist if a patient fails to respond (e.g., fails to regain consciousness).

For the treatment of status epilepticus, the usual recommended dose of ATIVAN Injection is 4 mg given slowly (2 mg/min) for patients 18 years and older. If seizures cease, no additional ATIVAN Injection is required. If seizures continue or recur after a 10- to 15- minute observation period, an additional 4 mg intravenous dose may be slowly administered. *Experience with further doses of ATIVAN is very limited.* The usual precautions in treating status epilepticus should be employed. An intravenous infusion should be started, vital signs should be monitored, an unobstructed airway should be maintained, and artificial ventilation equipment should be available.

### Respiratory Depression
The most important risk associated with the use of ATIVAN Injection in status epilepticus is respiratory depression. Accordingly, airway patency must be assured and respiration monitored closely. Ventilatory support should be given as required.

### Excessive Sedation
Because of its prolonged duration of action, the prescriber should be alert to the possibility, especially when multiple doses have been given, that the sedative effects of lorazepam may add to the impairment of consciousness seen in the post-ictal state.

**Preanesthetic Use**
AIRWAY OBSTRUCTION MAY OCCUR IN HEAVILY SEDATED PATIENTS. INTRAVENOUS LORAZEPAM AT ANY DOSE, WHEN GIVEN EITHER ALONE OR IN COMBINATION WITH OTHER DRUGS ADMINISTERED DURING ANESTHESIA, MAY PRODUCE HEAVY SEDATION; THEREFORE, EQUIPMENT NECESSARY TO MAINTAIN A PATENT AIRWAY AND TO SUPPORT RESPIRATION/VENTILATION SHOULD BE AVAILABLE.

As is true of similar CNS-acting drugs, the decision as to when patients who have received injectable lorazepam, particularly on an outpatient basis, may again operate machinery, drive a motor vehicle, or engage in hazardous or other activities requiring attention and coordination must be individualized. It is recommended that no patient engage in such activities for a period of 24 to 48 hours or until the effects of the drug, such as drowsiness, have subsided, whichever is longer. Impairment of performance may persist for greater intervals because of extremes of age, concomitant use of other drugs, stress of surgery, or the general condition of the patient.

Clinical trials have shown that patients over the age of 50 years may have a more profound and prolonged sedation with intravenous lorazepam (see also **DOSAGE AND ADMINISTRATION, Preanesthetic**).

As with all central-nervous-system-depressant drugs, care should be exercised in patients given injectable lorazepam as premature ambulation may result in injury from falling.

There is no added beneficial effect from the addition of scopolamine to injectable lorazepam, and their combined effect may result in an increased incidence of sedation, hallucination and irrational behavior.

**General (All Uses)**
PRIOR TO INTRAVENOUS USE, ATIVAN INJECTION MUST BE DILUTED WITH AN EQUAL AMOUNT OF COMPATIBLE DILUENT (see **DOSAGE AND ADMINISTRATION**). INTRAVENOUS INJECTION SHOULD BE MADE SLOWLY AND WITH REPEATED ASPIRATION. CARE SHOULD BE TAKEN TO DETERMINE THAT ANY INJECTION WILL NOT BE INTRA-ARTERIAL AND THAT PERIVASCULAR EXTRAVASATION WILL NOT TAKE PLACE. IN THE EVENT THAT A PATIENT COMPLAINS OF PAIN DURING INTENDED INTRAVENOUS INJECTION OF ATIVAN INJECTION, THE INJECTION SHOULD BE STOPPED IMMEDIATELY TO DETERMINE IF INTRA-ARTERIAL INJECTION OR PERIVASCULAR EXTRAVASATION HAS TAKEN PLACE.

Since the liver is the most likely site of conjugation of lorazepam and since excretion of conjugated lorazepam (glucuronide) is a renal function, this drug is not recommended for use in patients with hepatic and/or renal *failure*. ATIVAN should be used with caution in patients with mild-to-moderate hepatic or renal disease (see **DOSAGE AND ADMINISTRATION**).

**Pregnancy**
ATIVAN MAY CAUSE FETAL DAMAGE WHEN ADMINISTERED TO PREGNANT WOMEN. Ordinarily, ATIVAN Injection should not be used during pregnancy except in serious or life-threatening conditions where safer drugs

7

cannot be used or are ineffective. Status epilepticus may represent such a serious and life-threatening condition.

An increased risk of congenital malformations associated with the use of minor tranquilizers (chlordiazepoxide, diazepam and meprobamate) during the first trimester of pregnancy has been suggested in several studies. In humans, blood levels obtained from umbilical cord blood indicate placental transfer of lorazepam and lorazepam glucuronide.

Reproductive studies in animals were performed in mice, rats, and two strains of rabbits. Occasional anomalies (reduction of tarsals, tibia, metatarsals, malrotated limbs, gastroschisis, malformed skull, and microphthalmia) were seen in drug-treated rabbits without relationship to dosage. Although all of these anomalies were not present in the concurrent control group, they have been reported to occur randomly in historical controls. At doses of 40 mg/kg orally or 4 mg/kg intravenously and higher, there was evidence of fetal resorption and increased fetal loss in rabbits which was not seen at lower doses.

The possibility that a woman of childbearing potential may be pregnant at the time of therapy should be considered.

There are insufficient data regarding obstetrical safety of parenteral lorazepam, including use in cesarean section. Such use, therefore, is not recommended.

**Endoscopic Procedures**
There are insufficient data to support the use of ATIVAN Injection for outpatient endoscopic procedures. Inpatient endoscopic procedures require adequate recovery room observation time.

When ATIVAN Injection is used for peroral endoscopic procedures; adequate topical or regional anesthesia is recommended to minimize reflex activity associated with such procedures.

**PRECAUTIONS**
**General**
The additive central-nervous-system effects of other drugs, such as phenothiazines, narcotic analgesics, barbiturates, antidepressants, scopolamine, and monoamine-oxidase inhibitors, should be borne in mind when these other drugs are used concomitantly with or during the period of recovery from ATIVAN Injection (see **CLINICAL PHARMACOLOGY** and **WARNINGS**).

Extreme caution must be used when administering ATIVAN Injection to elderly patients, very ill patients, or to patients with limited pulmonary reserve because of the possibility that hypoventilation and/or hypoxic cardiac arrest may occur. Resuscitative equipment for ventilatory support should be readily available (see **WARNINGS** and **DOSAGE AND ADMINISTRATION**).

When lorazepam injection is used IV as the premedicant prior to regional or local anesthesia, the possibility of excessive sleepiness or drowsiness may interfere with patient cooperation in determining levels of anesthesia. This is most likely to occur when greater than 0.05 mg/kg is given and when narcotic analgesics are used concomitantly with the recommended dose (see **ADVERSE REACTIONS**).

As with all benzodiazepines, paradoxical reactions may occur in rare instances and in an unpredictable fashion (see **ADVERSE REACTIONS**). In these instances, further use of the drug in these patients should be considered with caution.

There have been reports of possible propylene glycol toxicity (e.g., lactic acidosis, hyperosmolality, hypotension) and possible polyethylene glycol toxicity (e.g., acute tubular necrosis) during administration of ATIVAN Injection at higher than recommended doses. Symptoms may be more likely to develop in patients with renal impairment.

**Information for Patients**
Patients should be informed of the pharmacological effects of the drug, including sedation, relief of anxiety, and lack of recall, the duration of these effects (about 8 hours), and be apprised of the risks as well as the benefits of therapy.

Patients who receive ATIVAN Injection as a premedicant should be cautioned that driving a motor vehicle, operating machinery, or engaging in hazardous or other activities requiring attention and coordination, should be delayed for 24 to 48 hours following the injection or until the effects of the drug, such as drowsiness, have subsided, whichever is longer. Sedatives, tranquilizers and narcotic analgesics may produce a more prolonged and profound effect when administered along with injectable ATIVAN. This effect may take the form of excessive sleepiness or drowsiness and, on rare occasions, interfere with recall and recognition of events of the day of surgery and the day after.

Patients should be advised that getting out of bed unassisted may result in falling and injury if undertaken within 8 hours of receiving lorazepam injection. Since tolerance for CNS depressants will be diminished in the presence of ATIVAN Injection, these substances should either be avoided or taken in reduced dosage. Alcoholic beverages should not be consumed for at least 24 to 48 hours after receiving lorazepam injectable due to the additive effects on central-nervous-system depression seen with benzodiazepines in general. Elderly patients should be told that ATIVAN Injection may make them very sleepy for a period longer than 6 to 8 hours following surgery.

**Laboratory Tests**
In clinical trials, no laboratory test abnormalities were identified with either single or multiple doses of ATIVAN Injection. These tests included: CBC, urinalysis, SGOT, SGPT, bilirubin, alkaline phosphatase, LDH, cholesterol, uric acid, BUN, glucose, calcium, phosphorus, and total proteins.

**Drug Interactions**
ATIVAN Injection, like other injectable benzodiazepines, produces additive depression of the central nervous system when administered with other CNS depressants such as ethyl alcohol, phenothiazines, barbiturates, MAO inhibitors, and other antidepressants.

When scopolamine is used concomitantly with injectable lorazepam, an increased incidence of sedation, hallucinations and irrational behavior has been observed.

There have been rare reports of significant respiratory depression, stupor and/or hypotension with the concomitant use of loxapine and lorazepam.

Marked sedation, excessive salivation, ataxia, and, rarely, death have been reported with the concomitant use of clozapine and lorazepam.

Apnea, coma, bradycardia, arrhythmia, heart arrest, and death have been reported with the concomitant use of haloperidol and lorazepam.

The risk of using lorazepam in combination with scopolamine, loxapine, clozapine, haloperidol, or other CNS-depressant drugs has not been systematically evaluated. Therefore, caution is advised if the concomitant administration of lorazepam and these drugs is required.

Concurrent administration of any of the following drugs with lorazepam had no effect on the pharmacokinetics of lorazepam: metoprolol, cimetidine, ranitidine, disulfiram, propranolol, metronidazole, and propoxyphene. No change in ATIVAN dosage is necessary when concomitantly given with any of these drugs.

Lorazepam-Valproate Interaction
Concurrent administration of lorazepam (2 mg intravenously) with valproate (250 mg twice daily orally for 3 days) to 6 healthy male subjects resulted in decreased total clearance of lorazepam by 40% and decreased formation rate of lorazepam glucuronide by 55%, as compared with lorazepam administered alone. Accordingly, lorazepam plasma concentrations were about two-fold higher for at least 12 hours post-dose administration during valproate treatment. Lorazepam dosage should be reduced to 50% of the normal adult dose when this drug combination is prescribed in patients (see also DOSAGE AND ADMINISTRATION).

Lorazepam-Oral Contraceptive Steroids Interaction
Coadministration of lorazepam (2 mg intravenously) with oral contraceptive steroids (norethindrone acetate, 1 mg, and ethinyl estradiol, 50 µg, for at least 6 months) to healthy females (n=7) was associated with a 55% decrease in half-life, a 50% increase in the volume of distribution, thereby resulting in an almost 3.7-fold increase in total clearance of lorazepam as compared with control healthy females (n=8). It may be necessary to increase the dose of ATIVAN in female patients who are concomitantly taking oral contraceptives (see also DOSAGE AND ADMINISTRATION).

Lorazepam-Probenecid Interaction
Concurrent administration of lorazepam (2 mg intravenously) with probenecid (500 mg orally every 6 hours) to 9 healthy volunteers resulted in a prolongation of lorazepam half-life by 130% and a decrease in its total clearance by 45%. No change in volume of distribution was noted during probenecid co-treatment. ATIVAN dosage needs to be reduced by 50% when coadministered with probenecid (see also DOSAGE AND ADMINISTRATION).

**Drug/Laboratory Test Interactions**
No laboratory test abnormalities were identified when lorazepam was given alone or concomitantly with another drug, such as narcotic analgesics, inhalation anesthetics, scopolamine, atropine, and a variety of tranquilizing agents.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**
No evidence of carcinogenic potential emerged in rats and mice during an 18-month study with oral lorazepam. No studies regarding mutagenesis have been performed. The results of a preimplantation study in rats, in which the oral lorazepam dose was 20 mg/kg, showed no impairment of fertility.

**Pregnancy**
Teratogenic Effects—Pregnancy Category D (See **WARNINGS**.)

**Labor and Delivery**
There are insufficient data to support the use of ATIVAN (lorazepam) Injection during labor and delivery, including cesarean section; therefore, its use in this clinical circumstance is not recommended.

**Nursing Mothers**
Lorazepam has been detected in human breast milk. Therefore, lorazepam should not be administered to nursing mothers because, like other benzodiazepines, the possibility exists that lorazepam may sedate or otherwise adversely affect the infant.

**Pediatric Use**
Status Epilepticus
The safety of ATIVAN in pediatric patients with status epilepticus has not been systematically evaluated. Open-label studies described in the medical literature included 273 pediatric/adolescent patients; the age range was from a few hours old to 18 years of age. Paradoxical excitation was observed in 10% to 30% of the pediatric patients under 8 years of age and was characterized by tremors, agitation, euphoria, logorrhea, and brief episodes of visual hallucinations. Paradoxical excitation in pediatric patients also has been reported with other benzodiazepines when used for status epilepticus, as an anesthesia, or for pre-chemotherapy treatment.

Pediatric patients (as well as adults) with atypical petit mal status epilepticus have developed brief tonic-clonic seizures shortly after ATIVAN was given. This "paradoxical" effect was also reported for diazepam and clonazepam. Nevertheless, the development of seizures after treatment with benzodiazepines is probably rare, based on the incidence in the uncontrolled treatment series reported (i.e., seizures were not observed for 112 pediatric patients and 18 adults or during approximately 400 doses).

Preanesthetic
There are insufficient data to support the efficacy of injectable lorazepam as a preanesthetic agent in patients less than 18 years of age.

General
Seizure activity and myoclonus have been reported to occur following administration of ATIVAN Injection, especially in very low birth weight neonates.

Pediatric patients may exhibit a sensitivity to benzyl alcohol, polyethylene glycol and propylene glycol, components of ATIVAN Injection (see also **CONTRAINDICATIONS**). The "gasping syndrome", characterized by central nervous system depression, metabolic acidosis, gasping respirations, and high levels of benzyl alcohol and its metabolites found in the blood and urine, has been associated with the administration of intravenous solutions containing the preservative benzyl alcohol in neonates. Additional symptoms may include gradual neurological deterioration, seizures, intracranial hemorrhage, hematologic abnormalities, skin breakdown, hepatic and renal failure, hypotension, bradycardia, and cardiovascular collapse. Central nervous system toxicity, including seizures and intraventricular hemorrhage, as well as unresponsiveness, tachypnea, tachycardia, and diaphoresis have been associated with propylene glycol

toxicity. Although normal therapeutic doses of ATIVAN Injection contain very small amounts of these compounds, premature and low-birth-weight infants as well as pediatric patients receiving high doses may be more susceptible to their effects.

**Geriatric Use**

Clinical studies of ATIVAN generally were not adequate to determine whether subjects aged 65 and over respond differently than younger subjects; however, age over 65 may be associated with a greater incidence of central nervous system depression and more respiratory depression (see **WARNINGS–Preanesthetic Use, PRECAUTIONS– General** and **ADVERSE REACTIONS–Preanesthetic**).

Age does not appear to have a clinically significant effect on lorazepam kinetics (see **CLINICAL PHARMACOLOGY**).

Clinical circumstances, some of which may be more common in the elderly, such as hepatic or renal impairment, should be considered. Greater sensitivity (e.g., sedation) of some older individuals cannot be ruled out. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range (see **DOSAGE AND ADMINISTRATION**).

**ADVERSE REACTIONS**
**Status Epilepticus**

The most important adverse clinical event caused by the use of ATIVAN Injection is respiratory depression (see **WARNINGS**).

The adverse clinical events most commonly observed with the use of ATIVAN Injection in clinical trials evaluating its use in status epilepticus were hypotension, somnolence, and respiratory failure.

Incidence in Controlled Clinical Trials

All adverse events were recorded during the trials by the clinical investigators using terminology of their own choosing. Similar types of events were grouped into standardized categories using modified COSTART dictionary terminology. These categories are used in the table and listings below with the frequencies representing the proportion of individuals exposed to ATIVAN Injection or to comparative therapy.

The prescriber should be aware that these figures cannot be used to predict the frequency of adverse events in the course of usual medical practice where patient characteristics and other factors may differ from those prevailing during clinical studies. Similarly, the cited frequencies cannot be directly compared with figures obtained from other clinical investigators involving different treatment, uses, or investigators. An inspection of these frequencies, however, does provide the prescribing physician with one basis to estimate the relative contribution of drug and nondrug factors to the adverse event incidences in the population studied.

Commonly Observed Adverse Events in a Controlled Dose-Comparison Clinical Trial

Table 1 lists the treatment-emergent adverse events that occurred in the patients treated with ATIVAN Injection in a dose-comparison trial of ATIVAN 1 mg, 2 mg, and 4 mg.

**TABLE 1. NUMBER (%) OF STUDY EVENTS IN A DOSE COMPARISON CLINICAL TRIAL**

| Body System Event | ATIVAN Injection (n=130)[a] |
|---|---|
| **Any Study Event** (1 or more)[b] | 16 (12.3%) |
| **Body as a whole** | |
| Infection | 1 ( <1%) |
| **Cardiovascular system** | |
| Hypotension | 2 (1.5%) |
| **Digestive system** | |
| Liver function tests abnormal | 1 ( <1%) |
| Nausea | 1 ( <1%) |
| Vomiting | 1 ( <1%) |
| **Metabolic and Nutritional** | |
| Acidosis | 1 ( <1%) |
| **Nervous system** | |
| Brain edema | 1 ( <1%) |
| Coma | 1 ( <1%) |
| Convulsion | 1 ( <1%) |
| Somnolence | 2 (1.5%) |
| Thinking abnormal | 1 ( <1%) |
| **Respiratory system** | |
| Hyperventilation | 1 ( <1%) |
| Hypoventilation | 1 ( <1%) |
| Respiratory failure | 2 (1.5%) |
| **Terms not classifiable** | |
| Injection site reaction | 1 ( <1%) |
| **Urogenital system** | |
| Cystitis | 1 ( <1%) |

a: One hundred and thirty (130) patients received ATIVAN Injection.

b: Totals are not necessarily the sum of the individual study events because a patient may report two or more different study events in the same body system.

Commonly Observed Adverse Events in Active-Controlled Clinical Trials

In two studies, patients who completed the course of treatment for status epilepticus were permitted to be reenrolled and to receive treatment for a second status episode, given that there was a sufficient interval between the two episodes. Safety was determined from all treatment episodes for all intent-to-treat patients, i.e., from all "patient-episodes." Table 2 lists the treatment-emergent adverse events that occurred in at least 1% of the patient-episodes in which ATIVAN Injection or diazepam was given. The table represents the pooling of results from the two controlled trials.

**TABLE 2. NUMBER (%) OF STUDY EVENTS IN ACTIVE CONTROLLED CLINICAL TRIAL**

| Body System Event | ATIVAN Injection (n=85)[a] | Diazepam (n=80)[a] |
|---|---|---|
| **Any Study Event** (1 or more)[b] | 14 (16.5%) | 11 (13.8%) |
| **Body as a whole** | | |
| Headache | 1 ( 1.2%) | 1 (1.3%) |

13

| | | |
|---|---|---|
| **Cardiovascular system** | | |
| Hypotension | 2 (2.4%) | 0 |
| **Hemic and lymphatic system** | | |
| Hypochromic anemia | 0 | 1 (1.3%) |
| Leukocytosis | 0 | 1 (1.3%) |
| Thrombocythemia | 0 | 1 (1.3%) |
| **Nervous system** | | |
| Coma | 1 (1.2 %) | 1 (1.3%) |
| Somnolence | 3 (3.5%) | 3 (3.8%) |
| Stupor | 1 (1.2%) | 0 |
| **Respiratory system** | | |
| Hypoventilation | 1 (1.2%) | 2 (2.5%) |
| Apnea | 1 (1.2%) | 1 (1.3%) |
| Respiratory failure | 2 (2.4%) | 1 (1.3%) |
| Respiratory disorder | 1 (1.2%) | 0 |

a: The number indicates the number of "patient-episodes." Patient-episodes were used rather than "patients" because a total of 7 patients were reenrolled for the treatment of a second episode of status: 5 patients received ATIVAN Injection on two occasions that were far enough apart to establish the diagnosis of status epilepticus for each episode, and, using the same time criterion, 2 patients received diazepam on two occasions.

b: Totals are not necessarily the sum of the individual study events because a patient may report two or more different study events in the same body system.

These trials were not designed or intended to demonstrate the comparative safety of the two treatments.

The overall adverse experience profile for ATIVAN was similar between women and men. There are insufficient data to support a statement regarding the distribution of adverse events by race. Generally, age greater than 65 years may be associated with a greater incidence of central-nervous-system depression and more respiratory depression.

## Other Events Observed During the Pre-Marketing Evaluation of Ativan Injection for the Treatment of Status Epilepticus

ATIVAN Injection, active comparators, and ATIVAN Injection in combination with a comparator were administered to 488 individuals during controlled and open-label clinical trials. Because of reenrollments, these 488 patients participated in a total of 521 patient-episodes. ATIVAN Injection alone was given in 69% of these patient-episodes (n=360). The safety information below is based on data available from 326 of these patient-episodes in which ATIVAN Injection was given alone.

All adverse events that were seen once are listed, except those already included in previous listings (Table 1 and Table 2).

Study events were classified by body system in descending frequency by using the following definitions: frequent adverse events were those that occurred in at least 1/100 individuals; infrequent study events were those that occurred in 1/100 to 1/1000 individuals.

14

Frequent and Infrequent Study Events

| | |
|---|---|
| *Body as a Whole -* | Infrequent: asthenia, chills, headache, infection. |
| *Digestive System -* | Infrequent: abnormal liver function test, increased salivation, nausea, vomiting. |
| *Metabolic and Nutritional -* | Infrequent: acidosis, alkaline phosphatase increased. |
| *Nervous System -* | Infrequent: agitation, ataxia, brain edema, coma, confusion, convulsion, hallucinations, myoclonus, stupor, thinking abnormal, tremor. |
| *Respiratory System -* | Frequent: apnea; Infrequent: hyperventilation, hypoventilation, respiratory disorder. |
| *Terms Not Classifiable -* | Infrequent: injection site reaction. |
| *Urogenital System -* | Infrequent: cystitis. |

## Preanesthetic
### Central Nervous System
The most frequent adverse drug event reported with injectable lorazepam is central-nervous-system depression. The incidence varied from one study to another, depending on the dosage, route of administration, use of other central-nervous-system depressants, and the investigator's opinion concerning the degree and duration of desired sedation. Excessive sleepiness and drowsiness were the most common consequences of CNS depression. This interfered with patient cooperation in approximately 6% (25/446) of patients undergoing regional anesthesia, causing difficulty in assessing levels of anesthesia. Patients over 50 years of age had a higher incidence of excessive sleepiness or drowsiness when compared with those under 50 (21/106 versus 24/245) when lorazepam was given intravenously (see **DOSAGE AND ADMINISTRATION**). On rare occasion (3/1580) the patient was unable to give personal identification in the operating room on arrival, and one patient fell when attempting premature ambulation in the postoperative period.

Symptoms such as restlessness, confusion, depression, crying, sobbing, and delirium occurred in about 1.3% (20/1580). One patient injured himself by picking at his incision during the immediate postoperative period.

Hallucinations were present in about 1% (14/1580) of patients and were visual and self-limiting.

An occasional patient complained of dizziness, diplopia and/or blurred vision. Depressed hearing was infrequently reported during the peak-effect period.

An occasional patient had a prolonged recovery room stay, either because of excessive sleepiness or because of some form of inappropriate behavior. The latter was seen most commonly when scopolamine was given concomitantly as a premedicant. Limited information derived from patients who were discharged the day after receiving injectable

lorazepam showed one patient complained of some unsteadiness of gait and a reduced ability to perform complex mental functions. Enhanced sensitivity to alcoholic beverages has been reported more than 24 hours after receiving injectable lorazepam, similar to experience with other benzodiazepines.

## Local Effects

Intramuscular injection of lorazepam has resulted in pain at the injection site, a sensation of burning, or observed redness in the same area in a very variable incidence from one study to another. The overall incidence of pain and burning in patients was about 17% (146/859) in the immediate postinjection period and about 1.4% (12/859) at the 24-hour observation time. Reactions at the injection site (redness) occurred in approximately 2% (17/859) in the immediate postinjection period and were present 24 hours later in about 0.8% (7/859).

Intravenous administration of lorazepam resulted in painful responses in 13/771 patients or approximately 1.6% in the immediate postinjection period, and 24 hours later 4/771 patients or about 0.5% still complained of pain. Redness did not occur immediately following intravenous injection but was noted in 19/771 patients at the 24-hour observation period. This incidence is similar to that observed with an intravenous infusion before lorazepam is given. Intra-arterial injection may produce arteriospasm resulting in gangrene which may require amputation (see **CONTRAINDICATIONS**).

## Cardiovascular System

Hypertension (0.1%) and hypotension (0.1%) have occasionally been observed after patients have received injectable lorazepam.

## Respiratory System

Five patients (5/446) who underwent regional anesthesia were observed to have airway obstruction. This was believed due to excessive sleepiness at the time of the procedure and resulted in temporary hypoventilation. In this instance, appropriate airway management may become necessary (see also **CLINICAL PHARMACOLOGY, WARNINGS** and **PRECAUTIONS**).

## Other Adverse Experiences

Skin rash, nausea and vomiting have occasionally been noted in patients who have received injectable lorazepam combined with other drugs during anesthesia and surgery.

## Paradoxical Reactions

As with all benzodiazepines, paradoxical reactions such as stimulation, mania, irritability, restlessness, agitation, aggression, psychosis, hostility, rage, or hallucinations may occur in rare instances and in an unpredictable fashion. In these instances, further use of the drug in these patients should be considered with caution (see **PRECAUTIONS, General**).

## Postmarketing Reports

Voluntary reports of other adverse events temporally associated with the use of ATIVAN (lorazepam) Injection that have been received since market introduction and that may have no causal relationship with the use of ATIVAN Injection include the following: acute brain syndrome, aggravation of pheochromocytoma, amnesia, apnea/respiratory arrest, arrhythmia, bradycardia, brain edema, coagulation disorder, coma, convulsion,

gastrointestinal hemorrhage, heart arrest/failure, heart block, liver damage, lung edema, lung hemorrhage, nervousness, neuroleptic malignant syndrome, paralysis, pericardial effusion, pneumothorax, pulmonary hypertension, tachycardia, thrombocytopenia, urinary incontinence, ventricular arrhythmia.

Fatalities also have been reported, usually in patients on concomitant medications (e.g., respiratory depressants) and/or with other medical conditions (e.g., obstructive sleep apnea).

## DRUG ABUSE AND DEPENDENCE
### Controlled Substance Class
Lorazepam is a controlled substance in Schedule IV.

### Abuse and Physical and Psychological Dependence
As with other benzodiazepines, ATIVAN Injection has a potential for abuse and may lead to dependence. Physicians should be aware that repeated doses over a prolonged period of time may result in physical and psychological dependence and withdrawal symptoms, following abrupt discontinuance, similar in character to those noted with barbiturates and alcohol.

## OVERDOSAGE
### Symptoms
Overdosage of benzodiazepines is usually manifested by varying degrees of central-nervous-system depression, ranging from drowsiness to coma. In mild cases symptoms include drowsiness, mental confusion and lethargy. In more serious examples, symptoms may include ataxia, hypotonia, hypotension, hypnosis, stages one (1) to three (3) coma, and, very rarely, death.

### Treatment
Treatment of overdosage is mainly supportive until the drug is eliminated from the body. Vital signs and fluid balance should be carefully monitored in conjunction with close observation of the patient. An adequate airway should be maintained and assisted respiration used as needed. With normally functioning kidneys, forced diuresis with intravenous fluids and electrolytes may accelerate elimination of benzodiazepines from the body. In addition, osmotic diuretics, such as mannitol, may be effective as adjunctive measures. In more critical situations, renal dialysis and exchange blood transfusions may be indicated. Lorazepam does not appear to be removed in significant quantities by dialysis, although lorazepam glucuronide may be highly dialyzable. The value of dialysis has not been adequately determined for lorazepam.

The benzodiazepine antagonist flumazenil may be used in hospitalized patients as an adjunct to, not as a substitute for, proper management of benzodiazepine overdose. **The prescriber should be aware of a risk of seizure in association with flumazenil treatment, particularly in long-term benzodiazepine users and in cyclic antidepressant overdose.** The complete flumazenil package insert including **CONTRAINDICATIONS, WARNINGS** and **PRECAUTIONS** should be consulted prior to use.

## DOSAGE AND ADMINISTRATION

ATIVAN must never be used without individualization of dosage particularly when used with other medications capable of producing central-nervous-system depression.

EQUIPMENT NECESSARY TO MAINTAIN A PATENT AIRWAY SHOULD BE IMMEDIATELY AVAILABLE PRIOR TO INTRAVENOUS ADMINISTRATION OF LORAZEPAM (see **WARNINGS**).

### Status Epilepticus
#### General Advice

Status epilepticus is a potentially life-threatening condition associated with a high risk of permanent neurological impairment, if inadequately treated. The treatment of status, however, requires far more than the administration of an anticonvulsant agent. It involves observation and management of all parameters critical to maintaining vital function and the capacity to provide support of those functions as required. Ventilatory support must be readily available. The use of benzodiazepines, like ATIVAN Injection, is ordinarily only an initial step of a complex and sustained intervention which may require additional interventions, (e.g., concomitant intravenous administration of phenytoin). Because status epilepticus may result from a correctable acute cause such as hypoglycemia, hyponatremia, or other metabolic or toxic derangement, such an abnormality must be immediately sought and corrected. Furthermore, patients who are susceptible to further seizure episodes should receive adequate maintenance antiepileptic therapy.

Any health care professional who intends to treat a patient with status epilepticus should be familiar with this package insert and the pertinent medical literature concerning current concepts for the treatment of status epilepticus. A comprehensive review of the considerations critical to the informed and prudent management of status epilepticus cannot be provided in drug product labeling. The archival medical literature contains many informative references on the management of status epilepticus, among them the report of the working group on status epilepticus of the Epilepsy Foundation of America "Treatment of Convulsive Status Epilepticus" (JAMA 1993; 270:854-859). As noted in the report just cited, it may be useful to consult with a neurologist if a patient fails to respond (e.g., fails to regain consciousness).

#### Intravenous Injection

For the treatment of status epilepticus, the usual recommended dose of ATIVAN Injection is 4 mg given slowly (2 mg/min) for patients 18 years and older. If seizures cease, no additional ATIVAN Injection is required. If seizures continue or recur after a 10- to 15-minute observation period, an additional 4 mg intravenous dose may be slowly administered. *Experience with further doses of ATIVAN is very limited.* The usual precautions in treating status epilepticus should be employed. An intravenous infusion should be started, vital signs should be monitored, an unobstructed airway should be maintained, and artificial ventilation equipment should be available.

#### Intramuscular Injection

IM ATIVAN is not preferred in the treatment of status epilepticus because therapeutic lorazepam levels may not be reached as quickly as with IV administration. However, when an intravenous port is not available, the IM route may prove useful (see **CLINICAL PHARMACOLOGY, Pharmacokinetics and Metabolism**).

Pediatric
The safety of ATIVAN in pediatric patients has not been established.

**Preanesthetic**
Intramuscular Injection
For the designated indications as a premedicant, the usual recommended dose of lorazepam for intramuscular injection is 0.05 mg/kg up to a maximum of 4 mg. As with all premedicant drugs, the dose should be individualized (see also **CLINICAL PHARMACOLOGY, WARNINGS, PRECAUTIONS,** and **ADVERSE REACTIONS**). Doses of other central-nervous-system-depressant drugs ordinarily should be reduced (see **PRECAUTIONS**). *For optimum effect, measured as lack of recall, intramuscular lorazepam should be administered at least 2 hours before the anticipated operative procedure.* Narcotic analgesics should be administered at their usual preoperative time.

There are insufficient data to support efficacy or make dosage recommendations for intramuscular lorazepam in patients less than 18 years of age; therefore, such use is not recommended.

Intravenous Injection
For the primary purpose of sedation and relief of anxiety, the usual recommended initial dose of lorazepam for intravenous injection is 2 mg total, or 0.02 mg/lb (0.044 mg/kg), whichever is smaller. This dose will suffice for sedating most adult patients and ordinarily should not be exceeded in patients over 50 years of age. In those patients in whom a greater likelihood of lack of recall for perioperative events would be beneficial, larger doses as high as 0.05 mg/kg up to a total of 4 mg may be administered (see **CLINICAL PHARMACOLOGY, WARNINGS, PRECAUTIONS,** and **ADVERSE REACTIONS**). Doses of other injectable central-nervous-system-depressant drugs ordinarily should be reduced (see **PRECAUTIONS**). *For optimum effect, measured as lack of recall, intravenous lorazepam should be administered 15 to 20 minutes before the anticipated operative procedure.*

There are insufficient data to support efficacy or make dosage recommendations for intravenous lorazepam in patients less than 18 years of age; therefore, such use is not recommended.

**Dose Administration in Special Populations**
Elderly Patients and Patients With Hepatic Disease
No dosage adjustments are needed in elderly patients and in patients with hepatic disease.

Patients With Renal Disease
For acute dose administration, adjustment is not needed for patients with renal disease. However, in patients with renal disease, caution should be exercised if frequent doses are given over relatively short periods of time (see also **CLINICAL PHARMACOLOGY**).

Dose Adjustment Due to Drug Interactions
The dose of ATIVAN should be reduced by 50% when coadministered with probenecid or valproate (see **PRECAUTIONS, Drug Interactions**).

It may be necessary to increase the dose of ATIVAN in female patients who are concomitantly taking oral contraceptives.

## Administration

When given intramuscularly, ATIVAN Injection, undiluted, should be injected deep in the muscle mass.

Injectable ATIVAN can be used with atropine sulfate, narcotic analgesics, other parenterally used analgesics, commonly used anesthetics, and muscle relaxants.

Immediately prior to intravenous use, ATIVAN Injection must be diluted with an equal volume of compatible solution. Contents should be mixed thoroughly by gently inverting the container repeatedly until a homogenous solution results. Do not shake vigorously, as this will result in air entrapment. When properly diluted, the drug may be injected directly into a vein or into the tubing of an existing intravenous infusion. The rate of injection should not exceed 2.0 mg per minute.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit. Do not use if solution is discolored or contains a precipitate.

ATIVAN Injection is compatible for dilution purposes with the following solutions: Sterile Water for Injection, USP; Sodium Chloride Injection, USP; 5% Dextrose Injection, USP.

## HOW SUPPLIED

ATIVAN (lorazepam) Injection is available in the following dosage strengths in single-dose and multiple-dose vials:

2 mg per mL,  NDC 60977-112-01, 25 x 1 mL vial
                  NDC 60977-112-02, 10 x 10 mL vial
4 mg per mL,  NDC 60977-113-01, 25 x 1 mL vial
                  NDC 60977-113-02, 10 x 10 mL vial

**For IM or IV injection.**
**Store in a refrigerator.**
**PROTECT FROM LIGHT.**
**Use carton to protect contents from light.**
ATIVAN is a trademark of Biovail Laboratories, Ltd.

# *Baxter*

Manufactured by
**Baxter Healthcare Corporation**
Deerfield, IL 60015 USA
For Product Inquiry  1 800 ANA DRUG  (1-800-262-3784)

MLT-01086/1.0

# Exhibit

# B

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use KEPPRA® safely and effectively. See full prescribing information for KEPPRA®.**

**KEPPRA® (levetiracetam) injection, for intravenous use**
**Initial U.S. Approval: 1999**

------------------------RECENT MAJOR CHANGES------------------------
| | |
|---|---|
| Indications and Usage (1.1) | 10/2019 |
| Dosage and Administration (2.1, 2.8) | 10/2019 |

--------------------------INDICATIONS AND USAGE--------------------------
- KEPPRA is indicated for the treatment of partial-onset seizures in patients 1 month of age and older (1.1)
- KEPPRA is indicated for adjunctive therapy for the treatment of:
  o Myoclonic seizures in patients 12 years of age and older with juvenile myoclonic epilepsy (1.2)
  o Primary generalized tonic-clonic seizures in patients 6 years of age and older with idiopathic generalized epilepsy (1.3)
- KEPPRA injection is for intravenous use only as an alternative for patients when oral administration is temporarily not feasible (1.4)

---------------------DOSAGE AND ADMINISTRATION---------------------
KEPPRA injection is for intravenous use only (2.1)
Partial-Onset Seizures (monotherapy or adjunctive therapy)
- 1 Month to < 6 Months: 7 mg/kg twice daily; increase by 7 mg/kg twice daily every 2 weeks to recommended dose of 21 mg/kg twice daily (2.1)
- 6 Months to < 4 Years: 10 mg/kg twice daily; increase by 10 mg/kg twice daily every 2 weeks to recommended dose of 25 mg/kg twice daily (2.1)
- 4 Years to < 16 Years: 10 mg/kg twice daily; increase by 10 mg/kg twice daily every 2 weeks to recommended dose of 30 mg/kg twice daily (2.1)
- Adults 16 Years and Older: 500 mg twice daily; increase by 500 mg twice daily every 2 weeks to a recommended dose of 1500 mg twice daily (2.1)
Myoclonic Seizures in Adults and Pediatric Patients 12 Years and Older
- 500 mg twice daily; increase by 500 mg twice daily every 2 weeks to recommended dose of 1500 mg twice daily (2.2)
Primary Generalized Tonic-Clonic Seizures
- 6 Years to < 16 Years: 10 mg/kg twice daily; increase by 10 mg/kg twice daily every 2 weeks to recommended dose of 30 mg/kg twice daily (2.3)

- Adults 16 Years and Older: 500 mg twice daily; increase by 500 mg twice daily every 2 weeks to recommended dose of 1500 mg twice daily (2.3)
Switching From or To Oral KEPPRA
When switching from or to oral KEPPRA, the total daily dosage/frequency of KEPPRA injection should be equivalent to those of oral KEPPRA (2.4, 2.5)

See full prescribing information for preparation and administration instructions (2.6) and dosage adjustment in adults with renal impairment (2.7)

---------------------DOSAGE FORMS AND STRENGTHS---------------------
Injection: 500 mg/5 mL single-use vial (3)

------------------------------CONTRAINDICATIONS------------------------------
Known hypersensitivity to levetiracetam; angioedema and anaphylaxis have occurred (4, 5.3)

--------------------------WARNINGS AND PRECAUTIONS--------------------------
- Behavioral abnormalities including psychotic symptoms, suicidal ideation, irritability, and aggressive behavior have been observed; monitor patients for psychiatric signs and symptoms (5.1)
- Monitor for somnolence and fatigue; advise patients not to drive or operate machinery until they have sufficient experience on KEPPRA (5.2)
- Serious Dermatological Reactions: Discontinue KEPPRA at the first sign of rash unless clearly not drug related (5.4)
- Coordination Difficulties: Monitor for ataxia, abnormal gait, and incoordination (5.5)
- Withdrawal Seizures: KEPPRA must be gradually withdrawn (5.6)

------------------------------ADVERSE REACTIONS------------------------------
Most common adverse reactions (incidence ≥ 5% more than placebo) include:
- Adults: somnolence, asthenia, infection, and dizziness (6.1)
- Pediatric patients: fatigue, aggression, nasal congestion, decreased appetite, and irritability (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact UCB, Inc. at (844) 599-CARE (2273) or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

------------------------USE IN SPECIFIC POPULATIONS------------------------
Pregnancy: Plasma levels of levetiracetam may be decreased; monitor closely during pregnancy. Based on animal data, may cause fetal harm (5.9, 8.1)

**See 17 for PATIENT COUNSELING INFORMATION**

**Revised: 10/2020**

---

**FULL PRESCRIBING INFORMATION: CONTENTS***

1    **INDICATIONS AND USAGE**
      1.1    Partial-Onset Seizures
      1.2    Myoclonic Seizures in Patients with Juvenile Myoclonic Epilepsy
      1.3    Primary Generalized Tonic-Clonic Seizures
      1.4    Limitations of Use
2    **DOSAGE AND ADMINISTRATION**
      2.1    Dosing for Partial-Onset Seizures
      2.2    Dosing for Myoclonic Seizures in Patients with Juvenile Myoclonic Epilepsy
      2.3    Dosing for Primary Generalized Tonic-Clonic Seizures
      2.4    Switching from Oral Dosing
      2.5    Switching to Oral Dosing
      2.6    Preparation and Administration Instructions
      2.7    Dosage Adjustments in Adult Patients with Renal Impairment
      2.8    Discontinuation of KEPPRA
3    **DOSAGE FORMS AND STRENGTHS**
4    **CONTRAINDICATIONS**
5    **WARNINGS AND PRECAUTIONS**
      5.1    Behavioral Abnormalities and Psychotic Symptoms
      5.2    Somnolence and Fatigue
      5.3    Anaphylaxis and Angioedema
      5.4    Serious Dermatological Reactions
      5.5    Coordination Difficulties
      5.6    Withdrawal Seizures
      5.7    Hematologic Abnormalities
      5.8    Increase in Blood Pressure
      5.9    Seizure Control During Pregnancy
6    **ADVERSE REACTIONS**
      6.1    Clinical Trials Experience
      6.2    Postmarketing Experience
8    **USE IN SPECIFIC POPULATIONS**
      8.1    Pregnancy
      8.2    Lactation
      8.4    Pediatric Use
      8.5    Geriatric Use
      8.6    Renal Impairment
10    **OVERDOSAGE**
      10.1    Signs, Symptoms and Laboratory Findings of Acute Overdosage in Humans
      10.2    Management of Overdose
      10.3    Hemodialysis
11    **DESCRIPTION**
12    **CLINICAL PHARMACOLOGY**
      12.1    Mechanism of Action
      12.2    Pharmacodynamics
      12.3    Pharmacokinetics
13    **NONCLINICAL TOXICOLOGY**
      13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility
14    **CLINICAL STUDIES**
      14.1    Partial-Onset Seizures
      14.2    Myoclonic Seizures in Patients with Juvenile Myoclonic Epilepsy
      14.3    Primary Generalized Tonic-Clonic Seizures
16    **HOW SUPPLIED/STORAGE AND HANDLING**
      16.1    How Supplied
      16.2    Storage
17    **PATIENT COUNSELING INFORMATION**
*Sections or subsections omitted from the Full Prescribing Information are not listed.

---

1

**FULL PRESCRIBING INFORMATION**

**1    INDICATIONS AND USAGE**

**1.1        Partial-Onset Seizures**

KEPPRA is indicated for the treatment of partial-onset seizures in patients 1 month of age and older.

**1.2        Myoclonic Seizures in Patients with Juvenile Myoclonic Epilepsy**

KEPPRA is indicated as adjunctive therapy for the treatment of myoclonic seizures in patients 12 years of age and older with juvenile myoclonic epilepsy.

**1.3        Primary Generalized Tonic-Clonic Seizures**

KEPPRA is indicated as adjunctive therapy for the treatment of primary generalized tonic-clonic seizures in patients 6 years of age and older with idiopathic generalized epilepsy.

**1.4        Limitations of Use**

KEPPRA injection is for intravenous use only as an alternative for patients when oral administration is temporarily not feasible.

**2    DOSAGE AND ADMINISTRATION**

**2.1        Dosing for Partial-Onset Seizures**

The recommended dosing for monotherapy and adjunctive therapy is the same as outlined below.

There is no clinical study experience with administration of intravenous levetiracetam for a period longer than 4 days.

Adults 16 Years of Age and Older
Initiate treatment with a daily dose of 1000 mg/day, given as twice-daily dosing (500 mg twice daily).  Additional dosing increments may be given (1000 mg/day additional every 2 weeks) to a maximum recommended daily dose of 3000 mg.  There is no evidence that doses greater than 3000 mg/day confer additional benefit.

Pediatric Patients

*1 Month to < 6 Months*
     Initiate treatment with a daily dose of 14 mg/kg in 2 divided doses (7 mg/kg twice daily).  Increase the daily dose every 2 weeks by increments of 14 mg/kg to the recommended daily dose of 42 mg/kg (21 mg/kg twice daily).  In the clinical trial, the mean daily dose was 35 mg/kg in this age group.

*6 Months to < 4 Years*
     Initiate treatment with a daily dose of 20 mg/kg in 2 divided doses (10 mg/kg twice daily).  Increase the daily dose in 2 weeks by an increment of 20 mg/kg to the recommended daily dose of 50 mg/kg (25 mg/kg twice daily). If a patient cannot tolerate a daily dose of 50 mg/kg, the daily dose may be reduced. In the clinical trial, the mean daily dose was 47 mg/kg in this age group.

*4 Years to < 16 Years*
     Initiate treatment with a daily dose of 20 mg/kg in 2 divided doses (10 mg/kg twice daily). Increase the daily dose every 2 weeks by increments of 20 mg/kg to the recommended daily dose of 60 mg/kg (30 mg/kg twice

2

daily). If a patient cannot tolerate a daily dose of 60 mg/kg, the daily dose may be reduced. In the clinical trial, the mean daily dose was 44 mg/kg. The maximum daily dose was 3000 mg/day.

**2.2      Dosing for Myoclonic Seizures in Patients with Juvenile Myoclonic Epilepsy**

Initiate treatment with a dose of 1000 mg/day, given as twice-daily dosing (500 mg twice daily). Increase the dosage by 1000 mg/day every 2 weeks to the recommended daily dose of 3000 mg. The effectiveness of doses lower than 3000 mg/day has not been studied.

**2.3      Dosing for Primary Generalized Tonic-Clonic Seizures**

Adults 16 Years of Age and Older
Initiate treatment with a dose of 1000 mg/day, given as twice-daily dosing (500 mg twice daily). Increase dosage by 1000 mg/day every 2 weeks to the recommended daily dose of 3000 mg. The effectiveness of doses lower than 3000 mg/day has not been adequately studied.

Pediatric Patients 6 to <16 Years of Age
Initiate treatment with a daily dose of 20 mg/kg in 2 divided doses (10 mg/kg twice daily). Increase the daily dose every 2 weeks by increments of 20 mg/kg (10 mg/kg twice daily) to the recommended daily dose of 60 mg/kg (30 mg/kg twice daily). The effectiveness of doses lower than 60 mg/kg/day has not been adequately studied.

**2.4      Switching from Oral Dosing**

When switching from oral KEPPRA, the initial total daily intravenous dosage of KEPPRA should be equivalent to the total daily dosage and frequency of oral KEPPRA.

**2.5      Switching to Oral Dosing**

At the end of the intravenous treatment period, the patient may be switched to KEPPRA oral administration at the equivalent daily dosage and frequency of the intravenous administration.

**2.6      Preparation and Administration Instructions**

KEPPRA injection is for intravenous use only and should be diluted in 100 mL of a compatible diluent prior to administration. If a smaller volume is required (e.g. pediatric patients), the amount of diluent should be calculated to not exceed a maximum levetiracetam concentration of 15 mg per mL of diluted solution. Consideration should also be given to the total daily fluid intake of the patient. KEPPRA injection should be administered as a 15-minute IV infusion. One vial of KEPPRA injection contains 500 mg levetiracetam (500 mg/5 mL).

KEPPRA injection may be mixed with the following diluents and antiepileptic drugs and may be stored in polyvinyl chloride (PVC) bags. The diluted solution should not be stored for more than 4 hours at controlled room temperature [15-30°C (59-86°F)].

Diluents:
Sodium chloride (0.9%) injection, USP
Lactated Ringer's injection
Dextrose 5% injection, USP

Other Antiepileptic Drugs:
Lorazepam
Diazepam
Valproate sodium

3

There are no data to support the physical compatibility of KEPPRA injection with antiepileptic drugs that are not listed above.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration whenever solution and container permit. Product with particulate matter or discoloration should not be used.

Any unused portion of the KEPPRA injection vial contents should be discarded.

<u>Adults</u>
See Table 1 for the recommended preparation and administration of KEPPRA injection for adults to achieve a dose of 500 mg, 1000 mg, or 1500 mg.

**Table 1:  Preparation and Administration of KEPPRA Injection for Adults**

| Dose | Withdraw Volume | Volume of Diluent | Infusion Time |
|------|-----------------|-------------------|---------------|
| 500 mg | 5 mL (5 mL vial) | 100 mL | 15 minutes |
| 1000 mg | 10 mL (two 5 mL vials) | 100 mL | 15 minutes |
| 1500 mg | 15 mL (three 5 mL vials) | 100 mL | 15 minutes |

For example, to prepare a 1000 mg dose, dilute 10 mL of KEPPRA injection in 100 mL of a compatible diluent and administer intravenously as a 15-minute infusion.

<u>Pediatric Patients</u>
When using KEPPRA injection for pediatric patients, dosing is weight-based (mg per kg).

The following calculation should be used to determine the appropriate daily dose of KEPPRA injection for pediatric patients:

$$\text{Total daily dose (mL/day)} = \frac{\text{Daily dose (mg/kg/day) x patient weight (kg)}}{100 \text{ mg/mL}}$$

**2.7    Dosage Adjustments in Adult Patients with Renal Impairment**

KEPPRA dosing must be individualized according to the patient's renal function status.  Recommended dosage adjustments for adults with renal impairment are shown in Table 2. Information is unavailable for dosage adjustments in pediatric patients with renal impairment. In order to calculate the dose recommended for adult patients with renal impairment, creatinine clearance adjusted for body surface area must be calculated.  To do this an estimate of the patient's creatinine clearance (CLcr) in mL/min must first be calculated using the following formula:

$$CL_{cr} = \frac{[140 - \text{age (years)}] \text{ x weight (kg)}}{72 \text{ x serum creatinine (mg/dL)}} \quad (\text{x 0.85 for female patients})$$

Then CLcr is adjusted for body surface area (BSA) as follows:

$$CL_{cr} \text{ (mL/min/1.73m}^2) = \frac{CL_{cr} \text{ (mL/min)}}{\text{BSA subject (m}^2)} \text{ x 1.73}$$

4

**Table 2:  Dosage Adjustment Regimen for Adult Patients with Renal Impairment**

| Group | Creatinine Clearance (mL/min/1.73m²) | Dosage (mg) | Frequency |
|---|---|---|---|
| Normal | > 80 | 500 to 1,500 | Every 12 hours |
| Mild | 50 – 80 | 500 to 1,000 | Every 12 hours |
| Moderate | 30 – 50 | 250 to 750 | Every 12 hours |
| Severe | < 30 | 250 to 500 | Every 12 hours |
| ESRD patients using dialysis | ------- | 500 to 1,000[1] | Every 24 hours[1] |

[1] Following dialysis, a 250 to 500 mg supplemental dose is recommended.

## 2.8    Discontinuation of KEPPRA

Avoid abrupt withdrawal from KEPPRA in order to reduce the risk of increased seizure frequency and status epilepticus *[see Warnings and Precautions (5.6)]*.

## 3    DOSAGE FORMS AND STRENGTHS

One vial of KEPPRA injection contains 500 mg levetiracetam (500 mg/5 mL) as a clear, colorless solution.

## 4    CONTRAINDICATIONS

KEPPRA is contraindicated in patients with a hypersensitivity to levetiracetam.  Reactions have included anaphylaxis and angioedema *[see Warnings and Precautions (5.3)]*.

## 5    WARNINGS AND PRECAUTIONS

### 5.1    Behavioral Abnormalities and Psychotic Symptoms

KEPPRA may cause behavioral abnormalities and psychotic symptoms.  Patients treated with KEPPRA should be monitored for psychiatric signs and symptoms.

Behavioral abnormalities

In clinical studies using an oral formulation of KEPPRA, 13% of adult KEPPRA-treated patients and 38% of pediatric KEPPRA-treated patients (4 to 16 years of age), compared to 6% and 19% of adult and pediatric placebo-treated patients, experienced non-psychotic behavioral symptoms (reported as aggression, agitation, anger, anxiety, apathy, depersonalization, depression, emotional lability, hostility, hyperkinesias, irritability, nervousness, neurosis, and personality disorder).

A randomized, double-blind, placebo-controlled study was performed to assess the neurocognitive and behavioral effects of an oral formulation of KEPPRA as adjunctive therapy in pediatric patients (4 to 16 years of age).  The results from an exploratory analysis indicated a worsening in KEPPRA-treated patients on aggressive behavior (one of eight behavior dimensions), as measured in a standardized and systematic way using a validated instrument, the Achenbach Child Behavior Checklist (CBCL/6-18).

In clinical studies in pediatric patients 1 month to < 4 years of age, irritability was reported in 12% of the KEPPRA-treated patients compared to 0% of placebo-treated patients.

In clinical studies, 1.7% of adult KEPPRA-treated patients discontinued treatment due to behavioral adverse reactions, compared to 0.2% of placebo-treated patients.  The treatment dose was reduced in 0.8% of adult KEPPRA-treated patients and in 0.5% of placebo-treated patients.  Overall, 11% of KEPPRA-treated pediatric

5

patients experienced behavioral symptoms associated with discontinuation or dose reduction, compared to 6% of placebo-treated patients.

Psychotic symptoms

In clinical studies using an oral formulation of KEPPRA, 1% of KEPPRA-treated adult patients, 2% of KEPPRA-treated pediatric patients 4 to 16 years of age, and 17% of KEPPRA-treated pediatric patients 1 month to <4 years of age experienced psychotic symptoms, compared to 0.2%, 2%, and 5% in the corresponding age groups treated with placebo. In a controlled study that assessed the neurocognitive and behavioral effects of an oral formulation of KEPPRA in pediatric patients 4 to 16 years of age, 1.6% of KEPPRA-treated patients experienced paranoia, compared to 0% of placebo-treated patients. In the same study, 3.1% of KEPPRA-treated patients experienced confusional state, compared to 0% of placebo-treated patients *[see Use in Specific Populations (8.4)]*.

In clinical studies, two (0.3%) KEPPRA-treated adult patients were hospitalized, and their treatment was discontinued due to psychosis. Both events, reported as psychosis, developed within the first week of treatment and resolved within 1 to 2 weeks following treatment discontinuation. There was no difference between drug- and placebo-treated patients in the incidence of the pediatric patients who discontinued treatment due to psychotic and non-psychotic adverse reactions.

## 5.2    Somnolence and Fatigue

KEPPRA may cause somnolence and fatigue. Patients should be monitored for somnolence and fatigue, and be advised not to drive or operate machinery until they have gained sufficient experience on KEPPRA to gauge whether it adversely affects their ability to drive or operate machinery.

Somnolence

In controlled clinical studies using an oral formulation of KEPPRA in adult patients with partial-onset seizures, 15% of KEPPRA-treated patients reported somnolence, compared to 8% of placebo-treated patients. There was no clear dose response up to 3000 mg/day. In a study in which there was no titration, about 45% of patients receiving KEPPRA 4000 mg/day reported somnolence. The somnolence was considered serious in 0.3% of KEPPRA-treated patients, compared to 0% in the placebo group. About 3% of KEPPRA-treated patients discontinued treatment due to somnolence, compared to 0.7% of placebo-treated patients. In 1.4% of KEPPRA-treated patients and 0.9% of placebo-treated patients, the dose was reduced, while 0.3% of the KEPPRA-treated patients were hospitalized due to somnolence.

Asthenia

In controlled clinical studies using an oral formulation of KEPPRA in adult patients with partial-onset seizures, 15% of KEPPRA-treated patients reported asthenia, compared to 9% of placebo-treated patients. Treatment was discontinued due to asthenia in 0.8% of KEPPRA-treated patients as compared to 0.5% of placebo-treated patients. In 0.5% of KEPPRA-treated patients and in 0.2% of placebo-treated patients, the dose was reduced due to asthenia.

Somnolence and asthenia occurred most frequently within the first 4 weeks of treatment. In general, the incidences of somnolence and fatigue in the pediatric partial-onset seizure studies, and in pediatric and adult myoclonic and primary generalized tonic-clonic studies were comparable to those of the adult partial-onset seizure studies.

## 5.3    Anaphylaxis and Angioedema

KEPPRA can cause anaphylaxis or angioedema after the first dose or at any time during treatment. Signs and symptoms in cases reported in the postmarketing setting have included hypotension, hives, rash, respiratory distress, and swelling of the face, lip, mouth, eye, tongue, throat, and feet. In some reported cases, reactions were life-threatening and required emergency treatment. If a patient develops signs or symptoms of anaphylaxis or angioedema, KEPPRA should be discontinued and the patient should seek immediate medical attention. KEPPRA

6

should be discontinued permanently if a clear alternative etiology for the reaction cannot be established *[see Contraindications (4)]*.

### 5.4    Serious Dermatological Reactions

Serious dermatological reactions, including Stevens-Johnson syndrome (SJS) and toxic epidermal necrolysis (TEN), have been reported in both pediatric and adult patients treated with KEPPRA.  The median time of onset is reported to be 14 to 17 days, but cases have been reported at least four months after initiation of treatment.  Recurrence of the serious skin reactions following rechallenge with KEPPRA has also been reported.  KEPPRA should be discontinued at the first sign of a rash, unless the rash is clearly not drug-related.  If signs or symptoms suggest SJS/TEN, use of this drug should not be resumed and alternative therapy should be considered.

### 5.5    Coordination Difficulties

KEPPRA may cause coordination difficulties.

In controlled clinical studies using an oral formulation of KEPPRA in adult patients with partial-onset seizures, 3.4% of KEPPRA-treated patients experienced coordination difficulties, (reported as ataxia, abnormal gait, or incoordination) compared to 1.6% of placebo-treated patients.  A total of 0.4% of patients in controlled clinical studies discontinued KEPPRA treatment due to ataxia, compared to 0% of placebo-treated patients.  In 0.7% of KEPPRA-treated patients and in 0.2% of placebo-treated patients, the dose was reduced due to coordination difficulties, while one of the treated patients was hospitalized due to worsening of pre-existing ataxia.  These events occurred most frequently within the first 4 weeks of treatment.

Patients should be monitored for signs and symptoms of coordination difficulties and advised not to drive or operate machinery until they have gained sufficient experience on KEPPRA to gauge whether it could adversely affect their ability to drive or operate machinery.

### 5.6    Withdrawal Seizures

As with most antiepileptic drugs, KEPPRA should generally be withdrawn gradually because of the risk of increased seizure frequency and status epilepticus.  But if withdrawal is needed because of a serious adverse reaction, rapid discontinuation can be considered.

### 5.7    Hematologic Abnormalities

KEPPRA can cause hematologic abnormalities.  Hematologic abnormalities occurred in clinical trials and included decreases in white blood cell (WBC), neutrophil, and red blood cells counts (RBC); decreases in hemoglobin and hematocrit; and increases in eosinophil counts.  Cases of agranulocytosis, pancytopenia, and thrombocytopenia have been reported in the postmarketing setting.  A complete blood count is recommended in patients experiencing significant weakness, pyrexia, recurrent infections, or coagulation disorders.

<u>Partial-Onset Seizures</u>

*Adults*
In controlled clinical studies using an oral formulation of KEPPRA in adult patients with partial-onset seizures, minor but statistically significant decreases compared to placebo in total mean RBC ($0.03 \times 10^6/mm^3$), mean hemoglobin (0.09 g/dL), and mean hematocrit (0.38%), were seen in KEPPRA-treated patients.

A total of 3.2% of KEPPRA-treated and 1.8% of placebo-treated patients had at least one possibly significant ($\leq 2.8 \times 10^9/L$) decreased WBC, and 2.4% of KEPPRA-treated and 1.4% of placebo-treated patients had at least one possibly significant ($\leq 1.0 \times 10^9/L$) decreased neutrophil count.  Of the KEPPRA-treated patients with a low

neutrophil count, all but one rose towards or to baseline with continued treatment. No patient was discontinued secondary to low neutrophil counts.

*Pediatric Patients 4 Years to < 16 Years*
In a controlled study in pediatric patients age 4 years to <16 years, statistically significant decreases in WBC and neutrophil counts were seen in KEPPRA-treated patients, as compared to placebo. The mean decreases from baseline in the KEPPRA-treated group were -0.4 × $10^9$/L and -0.3 × $10^9$/L, respectively, whereas there were small increases in the placebo group. Mean relative lymphocyte counts increased by 1.7% in KEPPRA-treated patients, compared to a decrease of 4% in placebo-treated patients (statistically significant).

More KEPPRA-treated patients had a possibly clinically significant abnormally low WBC value (3% of KEPPRA-treated patients versus 0% of placebo-treated patients); however, there was no apparent difference between treatment groups with respect to neutrophil count (5% on KEPPRA versus 4.2% on placebo). No patient was discontinued because of low WBC or neutrophil count.

In a randomized, double-blind, placebo-controlled study to assess the neurocognitive and behavioral effects of an oral formulation of KEPPRA as adjunctive therapy in pediatric patients (4 to 16 years of age), 5 patients (8.6%) in the KEPPRA-treated group and two patients (6.1%) in the placebo-treated group had high eosinophil count values that were possibly clinically significant (≥10% or ≥0.7X$10^9$/L).

**5.8    Increase in Blood Pressure**

In a randomized, placebo-controlled study in patients 1 month to <4 years of age using an oral formulation of KEPPRA, a significantly higher risk of increased diastolic blood pressure was observed in the KEPPRA-treated patients (17%), compared to placebo-treated patients (2%). There was no overall difference in mean diastolic blood pressure between the treatment groups. This disparity between the KEPPRA and placebo treatment groups was not observed in the studies of older children or in adults.

Monitor patients 1 month to <4 years of age for increases in diastolic blood pressure.

**5.9    Seizure Control During Pregnancy**

Physiological changes may gradually decrease plasma levels of levetiracetam throughout pregnancy. This decrease is more pronounced during the third trimester. It is recommended that patients be monitored carefully during pregnancy. Close monitoring should continue through the postpartum period especially if the dose was changed during pregnancy.

**6 ADVERSE REACTIONS**

The following adverse reactions are discussed in more details in other sections of labeling:

- Behavioral Abnormalities and Psychotic Symptoms *[see Warnings and Precautions (5.1)]*
- Somnolence and Fatigue *[see Warnings and Precautions (5.2)]*
- Anaphylaxis and Angioedema *[see Warnings and Precautions (5.3)]*
- Serious Dermatological Reactions *[see Warnings and Precautions (5.4)]*
- Coordination Difficulties *[see Warnings and Precautions (5.5)]*
- Hematologic Abnormalities *[see Warnings and Precautions (5.7)]*
- Increase in Blood Pressure *[see Warnings and Precautions (5.8)]*

**6.1     Clinical Trials Experience**

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

The adverse reactions that result from KEPPRA injection use include all of those reported for KEPPRA tablets and oral solution.  Equivalent doses of intravenous (IV) levetiracetam and oral levetiracetam result in equivalent $C_{max}$, $C_{min}$, and total systemic exposure to levetiracetam when the IV levetiracetam is administered as a 15-minute infusion.

<u>Partial-Onset Seizures</u>

*Adults*
In controlled clinical studies using KEPPRA tablets in adults with partial-onset seizures *[see Clinical Studies (14.1)]*, the most common adverse reactions in adult patients receiving KEPPRA in combination with other AEDs, for events with rates greater than placebo, were somnolence, asthenia, infection, and dizziness.  Of the most common adverse reactions in adults experiencing partial-onset seizures, asthenia, somnolence, and dizziness occurred predominantly during the first 4 weeks of treatment with KEPPRA.

Table 3 lists adverse reactions that occurred in at least 1% of adult epilepsy patients receiving KEPPRA tablets in placebo-controlled studies and were numerically more common than in patients treated with placebo.  In these studies, either KEPPRA or placebo was added to concurrent AED therapy.

**Table 3:  Adverse Reactions\* in Pooled Placebo-Controlled, Adjunctive Studies in Adults Experiencing Partial-Onset Seizures**

|  | KEPPRA (N=769) % | Placebo (N=439) % |
|---|---|---|
| Asthenia | 15 | 9 |
| Somnolence | 15 | 8 |
| Headache | 14 | 13 |
| Infection | 13 | 8 |
| Dizziness | 9 | 4 |
| Pain | 7 | 6 |
| Pharyngitis | 6 | 4 |
| Depression | 4 | 2 |
| Nervousness | 4 | 2 |
| Rhinitis | 4 | 3 |
| Anorexia | 3 | 2 |
| Ataxia | 3 | 1 |
| Vertigo | 3 | 1 |
| Amnesia | 2 | 1 |
| Anxiety | 2 | 1 |
| Cough Increased | 2 | 1 |
| Diplopia | 2 | 1 |
| Emotional Lability | 2 | 0 |
| Hostility | 2 | 1 |
| Paresthesia | 2 | 1 |
| Sinusitis | 2 | 1 |

\* Adverse reactions occurred in at least 1% of KEPPRA-treated patients and occurred more frequently than placebo-treated patients

9

In controlled adult clinical studies using KEPPRA tablets, 15% of patients receiving KEPPRA and 12% receiving placebo either discontinued or had a dose reduction as a result of an adverse reaction. Table 4 lists the most common (>1%) adverse reactions that resulted in discontinuation or dose reduction and that occurred more frequently in KEPPRA-treated patients than in placebo-treated patients.

**Table 4:  Adverse Reactions that Resulted in Discontinuation or Dose Reduction in Pooled Placebo-Controlled Studies in Adults Experiencing Partial-Onset Seizures**

| Adverse Reaction | KEPPRA (N=769) % | Placebo (N=439) % |
|---|---|---|
| Somnolence | 4 | 2 |
| Dizziness | 1 | 0 |

*Pediatric Patients 4 Years to <16 Years*
The adverse reaction data presented below was obtained from a pooled analysis of two controlled pediatric clinical studies using an oral formulation in pediatric patients 4 to 16 years of age with partial-onset seizures. The most common adverse reactions in pediatric patients receiving KEPPRA in combination with other AEDs, for events with rates greater than placebo, were fatigue, aggression, nasal congestion, decreased appetite, and irritability.

Table 5 lists adverse reactions from the pooled pediatric controlled studies (4 to 16 years of age) that occurred in at least 2% of pediatric KEPPRA-treated patients and were numerically more common than in pediatric patients treated with placebo. In these studies, either KEPPRA or placebo was added to concurrent AED therapy.

**Table 5:  Adverse Reactions* in Pooled Placebo-Controlled, Adjunctive Studies in Pediatric Patients Ages 4 to 16 Years Experiencing Partial-Onset Seizures**

| | KEPPRA (N=165) % | Placebo (N=131) % |
|---|---|---|
| Headache | 19 | 15 |
| Nasopharyngitis | 15 | 12 |
| Vomiting | 15 | 12 |
| Somnolence | 13 | 9 |
| Fatigue | 11 | 5 |
| Aggression | 10 | 5 |
| Upper Abdominal Pain | 9 | 8 |
| Cough | 9 | 5 |
| Nasal Congestion | 9 | 2 |
| Decreased Appetite | 8 | 2 |
| Abnormal Behavior | 7 | 4 |
| Dizziness | 7 | 5 |
| Irritability | 7 | 1 |
| Pharyngolaryngeal Pain | 7 | 4 |
| Diarrhea | 6 | 2 |
| Lethargy | 6 | 5 |
| Insomnia | 5 | 3 |
| Agitation | 4 | 1 |
| Anorexia | 4 | 3 |
| Head Injury | 4 | 0 |
| Constipation | 3 | 1 |
| Contusion | 3 | 1 |

| | KEPPRA (N=165) % | Placebo (N=131) % |
|---|---|---|
| Depression | 3 | 1 |
| Fall | 3 | 2 |
| Influenza | 3 | 1 |
| Mood Altered | 3 | 1 |
| Affect Lability | 2 | 1 |
| Anxiety | 2 | 1 |
| Arthralgia | 2 | 0 |
| Confusional State | 2 | 0 |
| Conjunctivitis | 2 | 0 |
| Ear Pain | 2 | 1 |
| Gastroenteritis | 2 | 0 |
| Joint Sprain | 2 | 1 |
| Mood Swings | 2 | 1 |
| Neck Pain | 2 | 1 |
| Rhinitis | 2 | 0 |
| Sedation | 2 | 1 |

* Adverse reactions occurred in at least 2% of pediatric KEPPRA-treated patients and occurred more frequently than placebo-treated patients

In the controlled pooled pediatric clinical studies in patients 4-16 years of age, 7% of patients receiving KEPPRA and 9% receiving placebo discontinued as a result of an adverse reaction.

*Pediatric Patients 1 Month to < 4 Years*

In the 7-day controlled pediatric clinical study using an oral formulation of KEPPRA in children 1 month to less than 4 years of age with partial-onset seizures, the most common adverse reactions in patients receiving KEPPRA in combination with other AEDs, for events with rates greater than placebo, were somnolence and irritability. Because of the shorter exposure period, incidences of adverse reactions are expected to be lower than in other pediatric studies in older patients.  Therefore, other controlled pediatric data, presented above, should also be considered to apply to this age group.

Table 6 lists adverse reactions that occurred in at least 5% of pediatric epilepsy patients (ages 1 month to < 4 years) treated with KEPPRA in the placebo-controlled study and were numerically more common than in patients treated with placebo. In this study, either KEPPRA or placebo was added to concurrent AED therapy.

**Table 6: Adverse Reactions\* in a Placebo-Controlled, Adjunctive Study in Pediatric Patients Ages 1 Month to < 4 Years Experiencing Partial-Onset Seizures**

| | KEPPRA (N=60) % | Placebo (N=56) % |
|---|---|---|
| Somnolence | 13 | 2 |
| Irritability | 12 | 0 |

* Adverse reactions occurred in at least 5% of KEPPRA-treated patients and occurred more frequently than placebo-treated patients

In the 7-day controlled pediatric clinical study in patients 1 month to < 4 years of age, 3% of patients receiving KEPPRA and 2% receiving placebo either discontinued or had a dose reduction as a result of an adverse reaction. There was no adverse reaction that resulted in discontinuation for more than one patient.

<u>Myoclonic Seizures</u>

11

Although the pattern of adverse reactions in this study seems somewhat different from that seen in patients with partial-onset seizures, this is likely due to the much smaller number of patients in this study compared to partial seizure studies.  The adverse reaction pattern for patients with JME is expected to be essentially the same as for patients with partial seizures.

In the controlled clinical study using KEPPRA tablets in patients with myoclonic seizures *[see Clinical Studies (14.2)]*, the most common adverse reactions in patients receiving KEPPRA in combination with other AEDs, for events with rates greater than placebo, were somnolence, neck pain, and pharyngitis.

Table 7 lists adverse reactions that occurred in at least 5% of juvenile myoclonic epilepsy patients experiencing myoclonic seizures treated with KEPPRA tablets and were numerically more common than in patients treated with placebo.  In this study, either KEPPRA or placebo was added to concurrent AED therapy.

**Table 7:  Adverse Reactions\* in a Placebo-Controlled, Adjunctive Study in Patients 12 Years of Age and Older with Myoclonic Seizures**

|  | KEPPRA (N=60) % | Placebo (N=60) % |
|---|---|---|
| Somnolence | 12 | 2 |
| Neck pain | 8 | 2 |
| Pharyngitis | 7 | 0 |
| Depression | 5 | 2 |
| Influenza | 5 | 2 |
| Vertigo | 5 | 3 |

\* Adverse reactions occurred in at least 5% of KEPPRA-treated patients and occurred more frequently than placebo-treated patients

In the placebo-controlled study using KEPPRA tablets in patients with JME, 8% of patients receiving KEPPRA and 2% receiving placebo either discontinued or had a dose reduction as a result of an adverse reaction. The adverse reactions that led to discontinuation or dose reduction and that occurred more frequently in KEPPRA-treated patients than in placebo-treated patients are presented in Table 8.

**Table 8:  Adverse Reactions that Resulted in Discontinuation or Dose Reduction in Patients with Juvenile Myoclonic Epilepsy**

| Adverse Reaction | KEPPRA (N=60) % | Placebo (N=60) % |
|---|---|---|
| Anxiety | 3 | 2 |
| Depressed mood | 2 | 0 |
| Depression | 2 | 0 |
| Diplopia | 2 | 0 |
| Hypersomnia | 2 | 0 |
| Insomnia | 2 | 0 |
| Irritability | 2 | 0 |
| Nervousness | 2 | 0 |
| Somnolence | 2 | 0 |

Primary Generalized Tonic-Clonic Seizures
Although the pattern of adverse reactions in this study seems somewhat different from that seen in patients with partial seizures, this is likely due to the much smaller number of patients in this study compared to partial seizure

studies.  The adverse reaction pattern for patients with primary generalized tonic-clonic (PGTC) seizures is expected to be essentially the same as for patients with partial seizures.

In the controlled clinical study that included patients 4 years of age and older with PGTC seizures, the most common adverse reaction in patients receiving KEPPRA oral formulation in combination with other AEDs, for events with rates greater than placebo was nasopharyngitis.

Table 9 lists adverse reactions that occurred in at least 5% of idiopathic generalized epilepsy patients experiencing PGTC seizures treated with KEPPRA and were numerically more common than in patients treated with placebo.  In this study, either KEPPRA or placebo was added to concurrent AED therapy.

**Table 9:  Adverse Reactions\* in a Placebo-Controlled, Adjunctive Study in Patients 4 Years of Age and Older with PGTC Seizures**

|  | KEPPRA (N=79) % | Placebo (N=84) % |
|---|---|---|
| Nasopharyngitis | 14 | 5 |
| Fatigue | 10 | 8 |
| Diarrhea | 8 | 7 |
| Irritability | 6 | 2 |
| Mood swings | 5 | 1 |

\* Adverse reactions occurred in at least 5% of KEPPRA-treated patients and occurred more frequently than placebo-treated patients

In the placebo-controlled study, 5% of patients receiving KEPPRA and 8% receiving placebo either discontinued or had a dose reduction during the treatment period as a result of an adverse reaction.

This study was too small to adequately characterize the adverse reactions that could be expected to result in discontinuation of treatment in this population.  It is expected that the adverse reactions that would lead to discontinuation in this population would be similar to those resulting in discontinuation in other epilepsy trials (see tables 4 and 8).

In addition, the following adverse reactions were seen in other controlled adult studies of KEPPRA:  balance disorder, disturbance in attention, eczema, memory impairment, myalgia, and blurred vision.

Comparison of Gender, Age and Race
The overall adverse reaction profile of KEPPRA was similar between females and males.  There are insufficient data to support a statement regarding the distribution of adverse reactions by age and race.

**6.2    Postmarketing Experience**

The following adverse reactions have been identified during postapproval use of KEPPRA.  Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

The following adverse reactions have been reported in patients receiving KEPPRA worldwide.  The listing is alphabetized: abnormal liver function test, acute kidney injury, anaphylaxis, angioedema, agranulocytosis, choreoathetosis, drug reaction with eosinophilia and systemic symptoms (DRESS), dyskinesia, erythema multiforme, hepatic failure, hepatitis, hyponatremia, muscular weakness, pancreatitis, pancytopenia (with bone marrow suppression identified in some of these cases), panic attack, thrombocytopenia, weight loss, and ███████

███████. Alopecia has been reported with KEPPRA use; recovery was observed in majority of cases where KEPPRA was discontinued.

## 8   USE IN SPECIFIC POPULATIONS

### 8.1 Pregnancy

Pregnancy Exposure Registry
There is a pregnancy exposure registry that monitors pregnancy outcomes in women exposed to antiepileptic drugs (AEDs), including KEPPRA, during pregnancy. Encourage women who are taking KEPPRA during pregnancy to enroll in the North American Antiepileptic Drug (NAAED) pregnancy registry by calling 1-888-233-2334 or visiting http://www.aedpregnancyregistry.org/.

Risk Summary
Prolonged experience with KEPPRA in pregnant women has not identified a drug-associated risk of major birth defects or miscarriage, based on published literature, which includes data from pregnancy registries, and reflects experience over two decades *[see Human Data]*. In animal studies, levetiracetam produced developmental toxicity (increased embryofetal and offspring mortality, increased incidences of fetal structural abnormalities, decreased embryofetal and offspring growth, neurobehavioral alterations in offspring) at doses similar to human therapeutic doses *[see Animal Data]*.

In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively. The background risk of major birth defects and miscarriage for the indicated population is unknown.

Clinical Considerations
Levetiracetam blood levels may decrease during pregnancy *[see Warnings and Precautions (5.9)]*.
Physiological changes during pregnancy may affect levetiracetam concentration. Decrease in levetiracetam plasma concentrations has been observed during pregnancy. This decrease is more pronounced during the third trimester. Dose adjustments may be necessary to maintain clinical response.

Data

*Human Data*
While available studies cannot definitively establish the absence of risk, data from the published literature and pregnancy registries have not established an association with levetiracetam use during pregnancy and major birth defects or miscarriage.

*Animal Data*
When levetiracetam (0, 400, 1200, or 3600 mg/kg/day) was administered orally to pregnant rats during the period of organogenesis, reduced fetal weights and increased incidence of fetal skeletal variations were observed at the highest dose tested. There was no evidence of maternal toxicity. The no-effect dose for adverse effects on embryofetal developmental in rats (1200 mg/kg/day) is approximately 4 times the maximum recommended human dose (MRHD) of 3000 mg on a body surface area (mg/m$^2$) basis.

Oral administration of levetiracetam (0, 200, 600, or 1800 mg/kg/day) to pregnant rabbits during the period of organogenesis resulted in increased embryofetal mortality and incidence of fetal skeletal variations at the mid and high dose and decreased fetal weights and increased incidence of fetal malformations at the high dose, which was associated with maternal toxicity. The no-effect dose for adverse effects on embryofetal development in rabbits (200 mg/kg/day) is approximately equivalent to the MRHD on a mg/m2 basis.

Oral administration of levetiracetam (0, 70, 350, or 1800 mg/kg/day) to female rats throughout pregnancy and lactation led to an increased incidence of fetal skeletal variations, reduced fetal body weight, and decreased growth in offspring at the mid and high doses and increased pup mortality and neurobehavioral alterations in offspring at the highest dose tested. There was no evidence of maternal toxicity. The no-effect dose for adverse effects on pre- and postnatal development in rats (70 mg/kg/day) is less than the MRHD on a mg/m2 basis.

Oral administration of levetiracetam to rats during the latter part of gestation and throughout lactation produced no adverse developmental or maternal effects at doses of up to 1800 mg/kg/day (6 times the MRHD on a mg/m2 basis).

**8.2     Lactation**

Risk Summary
Levetiracetam is excreted in human milk. There are no data on the effects of KEPPRA on the breastfed infant, or the effects on milk production.

The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for KEPPRA and any potential adverse effects on the breastfed infant from KEPPRA or from the underlying maternal condition.

**8.4     Pediatric Use**

The safety and effectiveness of KEPPRA for the treatment of partial-onset seizures in patients 1 month to 16 years of age have been established *[see Clinical Pharmacology (12.3) and Clinical Studies (14.1)]*. The dosing recommendation in these pediatric patients varies according to age group and is weight-based *[see Dosage and Administration (2.6)]*.

The safety and effectiveness of KEPPRA as adjunctive therapy for the treatment of myoclonic seizures in adolescents 12 years of age and older with juvenile myoclonic epilepsy have been established *[see Clinical Studies (14.2)]*.

The safety and effectiveness of KEPPRA as adjunctive therapy for the treatment of primary generalized tonic-clonic seizures in pediatric patients 6 years of age and older with idiopathic generalized epilepsy have been established *[see Clinical Studies (14.3)]*.

Safety and effectiveness for the treatment of partial-onset seizures in pediatric patients below the age of 1 month; adjunctive therapy for the treatment of myoclonic seizures in pediatric patients below the age of 12 years; and adjunctive therapy for the treatment of primary generalized tonic-clonic seizures in pediatric patients below the age of 6 years have not been established.

A 3-month, randomized, double-blind, placebo-controlled study was performed to assess the neurocognitive and behavioral effects of KEPPRA as adjunctive therapy in 98 (KEPPRA N=64, placebo N=34) pediatric patients, ages 4 years to 16 years, with partial seizures that were inadequately controlled. The target dose was 60 mg/kg/day. Neurocognitive effects were measured by the Leiter-R Attention and Memory (AM) Battery, which measures various aspects of a child's memory and attention. Although no substantive differences were observed between the placebo and drug treated groups in the median change from baseline in this battery, the study was not adequate to assess formal statistical non-inferiority of the drug and placebo. The Achenbach Child Behavior Checklist (CBCL/6-18), a standardized validated tool used to assess a child's competencies and behavioral/emotional problems, was also assessed in this study. An analysis of the CBCL/6-18 indicated, on average, a worsening in KEPPRA-treated patients in aggressive behavior, one of the eight syndrome scores *[see Warnings and Precautions (5.1)]*.

Juvenile Animal Toxicity Data

Studies of levetiracetam in juvenile rats (dosed on postnatal days 4 through 52) and dogs (dosed from postnatal weeks 3 through 7) at doses of up to 1800 mg/kg/day (approximately 7 and 24 times, respectively, the maximum recommended pediatric dose of 60 mg/kg/day on a mg/m$^2$ basis) did not demonstrate adverse effects on postnatal development.

**8.5    Geriatric Use**

There were 347 subjects in clinical studies of levetiracetam that were 65 years old and over.  No overall differences in safety were observed between these subjects and younger subjects.  There were insufficient numbers of elderly subjects in controlled trials of epilepsy to adequately assess the effectiveness of KEPPRA in these patients. Levetiracetam is known to be substantially excreted by the kidney, and the risk of adverse reactions to this drug may be greater in patients with impaired renal function.  Because elderly patients are more likely to have decreased renal function, care should be taken in dose selection, and it may be useful to monitor renal function *[see Clinical Pharmacology (12.3)]*.

**8.6    Renal Impairment**

Clearance of levetiracetam is decreased in patients with renal impairment and is correlated with creatinine clearance *[see Clinical Pharmacology (12.3)]*.  Dosage adjustment is recommended for patients with impaired renal function and supplemental doses should be given to patients after dialysis *[see Dosage and Administration (2.7)]*.

**10   OVERDOSAGE**

**10.1    Signs, Symptoms and Laboratory Findings of Acute Overdosage in Humans**

The highest known dose of oral KEPPRA received in the clinical development program was 6000 mg/day.  Other than drowsiness, there were no adverse reactions in the few known cases of overdose in clinical trials.  Cases of somnolence, agitation, aggression, depressed level of consciousness, respiratory depression, and coma were observed with KEPPRA overdoses in postmarketing use.

**10.2    Management of Overdose**

There is no specific antidote for overdose with KEPPRA.  If indicated, elimination of unabsorbed drug should be attempted by emesis or gastric lavage; usual precautions should be observed to maintain airway.  General supportive care of the patient is indicated including monitoring of vital signs and observation of the patient's clinical status.  A Certified Poison Control Center should be contacted for up to date information on the management of overdose with KEPPRA.

**10.3    Hemodialysis**

Standard hemodialysis procedures result in significant clearance of levetiracetam (approximately 50% in 4 hours) and should be considered in cases of overdose.  Although hemodialysis has not been performed in the few known cases of overdose, it may be indicated by the patient's clinical state or in patients with significant renal impairment.

**11   DESCRIPTION**

KEPPRA injection is an antiepileptic drug available as a clear, colorless, sterile solution (100 mg/mL) for intravenous administration.

The chemical name of levetiracetam, a single enantiomer, is (-)-(S)-α-ethyl-2-oxo-1-pyrrolidine acetamide, its molecular formula is C8H14N2O2 and its molecular weight is 170.21. Levetiracetam is chemically unrelated to existing antiepileptic drugs (AEDs). It has the following structural formula:



Levetiracetam is a white to off-white crystalline powder with a faint odor and a bitter taste. It is very soluble in water (104.0 g/100 mL). It is freely soluble in chloroform (65.3 g/100 mL) and in methanol (53.6 g/100 mL), soluble in ethanol (16.5 g/100 mL), sparingly soluble in acetonitrile (5.7 g/100 mL) and practically insoluble in n-hexane. (Solubility limits are expressed as g/100 mL solvent.)

KEPPRA injection contains 100 mg of levetiracetam per mL. It is supplied in single-use 5 mL vials containing 500 mg levetiracetam, water for injection, 45 mg sodium chloride, and buffered at approximately pH 5.5 with glacial acetic acid and 8.2 mg sodium acetate trihydrate. KEPPRA injection must be diluted prior to intravenous infusion *[see Dosage and Administration (2.6)]*.

## 12   CLINICAL PHARMACOLOGY

### 12.1   Mechanism of Action

The precise mechanism(s) by which levetiracetam exerts its antiepileptic effect is unknown.

A saturable and stereoselective neuronal binding site in rat brain tissue has been described for levetiracetam. Experimental data indicate that this binding site is the synaptic vesicle protein SV2A, thought to be involved in the regulation of vesicle exocytosis. Although the molecular significance of levetiracetam binding to synaptic vesicle protein SV2A is not understood, levetiracetam and related analogs showed a rank order of affinity for SV2A which correlated with the potency of their antiseizure activity in audiogenic seizure-prone mice. These findings suggest that the interaction of levetiracetam with the SV2A protein may contribute to the antiepileptic mechanism of action of the drug.

### 12.2      Pharmacodynamics

Effects on QTc Interval
The effect of KEPPRA on QTc prolongation was evaluated in a randomized, double-blind, positive-controlled (moxifloxacin 400 mg) and placebo-controlled crossover study of KEPPRA (1000 mg or 5000 mg) in 52 healthy subjects. The upper bound of the 90% confidence interval for the largest placebo-adjusted, baseline-corrected QTc was below 10 milliseconds. Therefore, there was no evidence of significant QTc prolongation in this study.

### 12.3      Pharmacokinetics

Equivalent doses of intravenous (IV) levetiracetam and oral levetiracetam result in equivalent $C_{max}$, $C_{min}$, and total systemic exposure to levetiracetam when the IV levetiracetam is administered as a 15-minute infusion.

Overview
Levetiracetam is rapidly and almost completely absorbed after oral administration. Levetiracetam injection and tablets are bioequivalent. The pharmacokinetics of levetiracetam are linear and time-invariant, with low intra- and

inter-subject variability. Levetiracetam is not significantly protein-bound (<10% bound) and its volume of distribution is close to the volume of intracellular and extracellular water. Sixty-six percent (66%) of the dose is renally excreted unchanged. The major metabolic pathway of levetiracetam (24% of dose) is an enzymatic hydrolysis of the acetamide group. It is not liver cytochrome P450 dependent. The metabolites have no known pharmacological activity and are renally excreted. Plasma half-life of levetiracetam across studies is approximately 6-8 hours. It is increased in the elderly (primarily due to impaired renal clearance) and in subjects with renal impairment.

The pharmacokinetics of levetiracetam are similar when used as monotherapy or as adjunctive therapy for the treatment of partial-onset seizures.

<u>Distribution</u>
The equivalence of levetiracetam injection and the oral formulation was demonstrated in a bioavailability study of 17 healthy volunteers. In this study, levetiracetam 1500 mg was diluted in 100 mL 0.9% sterile saline solution and was infused over 15 minutes. The selected infusion rate provided plasma concentrations of levetiracetam at the end of the infusion period similar to those achieved at $T_{max}$ after an equivalent oral dose. It is demonstrated that levetiracetam 1500 mg intravenous infusion is equivalent to levetiracetam 3 x 500 mg oral tablets. The time independent pharmacokinetic profile of levetiracetam was demonstrated following 1500 mg intravenous infusion for 4 days with BID dosing. The $AUC_{(0-12)}$ at steady-state was equivalent to $AUC_{inf}$ following an equivalent single dose.

Levetiracetam and its major metabolite are less than 10% bound to plasma proteins; clinically significant interactions with other drugs through competition for protein binding sites are therefore unlikely.

<u>Metabolism</u>
Levetiracetam is not extensively metabolized in humans. The major metabolic pathway is the enzymatic hydrolysis of the acetamide group, which produces the carboxylic acid metabolite, ucb L057 (24% of dose) and is not dependent on any liver cytochrome P450 isoenzymes. The major metabolite is inactive in animal seizure models. Two minor metabolites were identified as the product of hydroxylation of the 2-oxo-pyrrolidine ring (2% of dose) and opening of the 2-oxo-pyrrolidine ring in position 5 (1% of dose). There is no enantiomeric interconversion of levetiracetam or its major metabolite.

<u>Elimination</u>
Levetiracetam plasma half-life in adults is $7 \pm 1$ hour and is unaffected by either dose, route of administration or repeated administration. Levetiracetam is eliminated from the systemic circulation by renal excretion as unchanged drug which represents 66% of administered dose. The total body clearance is 0.96 mL/min/kg and the renal clearance is 0.6 mL/min/kg. The mechanism of excretion is glomerular filtration with subsequent partial tubular reabsorption. The metabolite ucb L057 is excreted by glomerular filtration and active tubular secretion with a renal clearance of 4 mL/min/kg. Levetiracetam elimination is correlated to creatinine clearance. Levetiracetam clearance is reduced in patients with renal impairment *[see Dosage and Administration (2.6) and Use in Specific Populations (8.6)]*.

<u>Specific Populations</u>

*Elderly*
Pharmacokinetics of levetiracetam were evaluated in 16 elderly subjects (age 61-88 years) with creatinine clearance ranging from 30 to 74 mL/min. Following oral administration of twice-daily dosing for 10 days, total body clearance decreased by 38% and the half-life was 2.5 hours longer in the elderly compared to healthy adults. This is most likely due to the decrease in renal function in these subjects.

18

*Pediatric Patients*

- Intravenous Formulation
  A population pharmacokinetic analysis for the intravenous formulation was conducted in 49 pediatric patients (1 month to < 16 years of age) weighing 3-79 kg. Patients received levetiracetam as a 15-minute IV infusion at doses between 14 mg/kg/day and 60 mg/kg/day twice daily. Plasma concentrations and model derived steady-state exposure AUC (0-12) were within the range of the exposure observed in pediatric patients receiving equivalent doses of the oral solution.

- Oral Formulations
  Pharmacokinetics of levetiracetam were evaluated in 24 pediatric patients (age 6-12 years) after single oral dose (20 mg/kg) of the immediate release formulation of KEPPRA. The body weight adjusted apparent clearance of levetiracetam was approximately 40% higher than in adults.

  A repeat dose pharmacokinetic study was conducted in pediatric patients (age 4-12 years) at doses of 20 mg/kg/day, 40 mg/kg/day, and 60 mg/kg/day of the immediate release formulation of KEPPRA. The evaluation of the pharmacokinetic profile of levetiracetam and its metabolite (ucb L057) in 14 pediatric patients demonstrated rapid absorption of levetiracetam at all doses, with a $T_{max}$ of about 1 hour and a $t_{1/2}$ of 5 hours across all dosing levels. The pharmacokinetics of levetiracetam in pediatric patients was linear between 20 to 60 mg/kg/day. The potential interaction of levetiracetam with other AEDs was also evaluated in these patients. Levetiracetam had no significant effect on the plasma concentrations of carbamazepine, valproic acid, topiramate or lamotrigine. However, there was about a 22% increase of apparent clearance of levetiracetam when it was co-administered with an enzyme-inducing AED (e.g., carbamazepine).

  Following single dose administration (20 mg/kg) of a 10% oral solution to pediatric patients with epilepsy (1 month to < 4 years), levetiracetam was rapidly absorbed and peak plasma concentrations were observed approximately 1 hour after dosing. Levetiracetam half-life in pediatric patients 1 month to < 4 years with epilepsy was shorter (5.3 h) than in adults (7.2 h), and apparent clearance (1.5 mL/min/kg) was faster than in adults (0.96 mL/min/kg).

  Population pharmacokinetic analysis showed that body weight was significantly correlated to the clearance of levetiracetam in pediatric patients; clearance increased with an increase in body weight.

*Pregnancy*
Levetiracetam levels may decrease during pregnancy *[see Warnings and Precautions (5.9) and Use in Specific Populations (8.1)]*.

*Gender*
Levetiracetam $C_{max}$ and AUC were 20% higher in women (N=11) compared to men (N=12). However, clearances adjusted for body weight were comparable.

*Race*
Formal pharmacokinetic studies of the effects of race have not been conducted. Cross-study comparisons involving Caucasians (N=12) and Asians (N=12), however, show that pharmacokinetics of levetiracetam were comparable between the two races. Because levetiracetam is primarily renally excreted and there are no important racial differences in creatinine clearance, pharmacokinetic differences due to race are not expected.

*Renal Impairment*
The disposition of levetiracetam was studied in adult subjects with varying degrees of renal function. Total body clearance of levetiracetam is reduced in patients with impaired renal function by 40% in the mild group (CLcr = 50-

19

80 mL/min), 50% in the moderate group (CLcr = 30-50 mL/min) and 60% in the severe renal impairment group (CLcr <30 mL/min). Clearance of levetiracetam is correlated with creatinine clearance.

In anuric (end stage renal disease) patients, the total body clearance decreased 70% compared to normal subjects (CLcr >80mL/min). Approximately 50% of the pool of levetiracetam in the body is removed during a standard 4 hour hemodialysis procedure *[see Dosage and Administration (2.7)]*.

*Hepatic Impairment*
In subjects with mild (Child-Pugh A) to moderate (Child-Pugh B) hepatic impairment, the pharmacokinetics of levetiracetam were unchanged. In patients with severe hepatic impairment (Child-Pugh C), total body clearance was 50% that of normal subjects, but decreased renal clearance accounted for most of the decrease. No dose adjustment is needed for patients with hepatic impairment.

Drug Interactions
*In vitro* data on metabolic interactions indicate that levetiracetam is unlikely to produce, or be subject to, pharmacokinetic interactions. Levetiracetam and its major metabolite, at concentrations well above $C_{max}$ levels achieved within the therapeutic dose range, are neither inhibitors of, nor high affinity substrates for, human liver cytochrome P450 isoforms, epoxide hydrolase or UDP-glucuronidation enzymes. In addition, levetiracetam does not affect the *in vitro* glucuronidation of valproic acid.

Potential pharmacokinetic interactions of or with levetiracetam were assessed in clinical pharmacokinetic studies (phenytoin, valproate, warfarin, digoxin, oral contraceptive, probenecid) and through pharmacokinetic screening in the placebo-controlled clinical studies in epilepsy patients.

*Phenytoin*
KEPPRA (3000 mg daily) had no effect on the pharmacokinetic disposition of phenytoin in patients with refractory epilepsy. Pharmacokinetics of levetiracetam were also not affected by phenytoin.

*Valproate*
KEPPRA (1500 mg twice daily) did not alter the pharmacokinetics of valproate in healthy volunteers. Valproate 500 mg twice daily did not modify the rate or extent of levetiracetam absorption or its plasma clearance or urinary excretion. There also was no effect on exposure to and the excretion of the primary metabolite, ucb L057.

*Other Antiepileptic Drugs*
Potential drug interactions between KEPPRA and other AEDs (carbamazepine, gabapentin, lamotrigine, phenobarbital, phenytoin, primidone and valproate) were also assessed by evaluating the serum concentrations of levetiracetam and these AEDs during placebo-controlled clinical studies. These data indicate that levetiracetam does not influence the plasma concentration of other AEDs and that these AEDs do not influence the pharmacokinetics of levetiracetam.

*Effect of AEDs in Pediatric Patients*
There was about a 22% increase of apparent total body clearance of levetiracetam when it was co-administered with enzyme-inducing AEDs. Dose adjustment is not recommended. Levetiracetam had no effect on plasma concentrations of carbamazepine, valproate, topiramate, or lamotrigine.

*Oral Contraceptives*
KEPPRA (500 mg twice daily) did not influence the pharmacokinetics of an oral contraceptive containing 0.03 mg ethinyl estradiol and 0.15 mg levonorgestrel, or of the luteinizing hormone and progesterone levels, indicating that

impairment of contraceptive efficacy is unlikely.  Coadministration of this oral contraceptive did not influence the pharmacokinetics of levetiracetam.

*Digoxin*
KEPPRA (1000 mg twice daily) did not influence the pharmacokinetics and pharmacodynamics (ECG) of digoxin given as a 0.25 mg dose every day.  Coadministration of digoxin did not influence the pharmacokinetics of levetiracetam.

*Warfarin*
KEPPRA (1000 mg twice daily) did not influence the pharmacokinetics of R and S warfarin. Prothrombin time was not affected by levetiracetam. Coadministration of warfarin did not affect the pharmacokinetics of levetiracetam.

*Probenecid*
Probenecid, a renal tubular secretion blocking agent, administered at a dose of 500 mg four times a day, did not change the pharmacokinetics of levetiracetam 1000 mg twice daily.  $C^{ss}_{max}$ of the metabolite, ucb L057, was approximately doubled in the presence of probenecid while the fraction of drug excreted unchanged in the urine remained the same.  Renal clearance of ucb L057 in the presence of probenecid decreased 60%, probably related to competitive inhibition of tubular secretion of ucb L057.  The effect of KEPPRA on probenecid was not studied.

## 13  NONCLINICAL TOXICOLOGY

### 13.1     Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenesis
Rats were dosed with levetiracetam in the diet for 104 weeks at doses of 50, 300, and 1800 mg/kg/day.  Plasma exposure (AUC) at the highest dose was approximately 6 times that in humans at the maximum recommended human dose (MRHD) of 3000 mg.  There was no evidence of carcinogenicity.  In mice, oral administration of levetiracetam for 80 weeks (doses up to 960 mg/kg/day) or 2 years (doses up to 4000 mg/kg/day, lowered to 3000 mg/kg/day after 45 weeks due to intolerability) was not associated with an increase in tumors.  The highest dose tested in mice for 2 years (3000 mg/kg/day) is approximately 5 times the MRHD on a body surface area (mg/m$^2$) basis.

Mutagenesis
Levetiracetam was negative in *in vitro* (Ames, chromosomal aberration in mammalian cells) and *in vivo* (mouse micronucleus) assays.  The major human metabolite of levetiracetam (ucb L057) was negative in *in vitro* (Ames, mouse lymphoma) assays.

Impairment of Fertility
No adverse effects on male or female fertility or reproductive performance were observed in rats at oral doses up to 1800 mg/kg/day, which were associated with plasma exposures (AUC) up to approximately 6 times that in humans at the MRHD.

## 14  CLINICAL STUDIES

All clinical studies supporting the efficacy of KEPPRA utilized oral formulations.  The finding of efficacy of KEPPRA injection is based on the results of studies using an oral formulation of KEPPRA, and on the demonstration of comparable bioavailability of the oral and parenteral formulations *[see Clinical Pharmacology (12.3)]*.

**14.1      Partial-Onset Seizures**

Effectiveness in Partial-Onset Seizures in Adults

The effectiveness of KEPPRA for the treatment of partial-onset seizures in adults was established in three multicenter, randomized, double-blind, placebo-controlled clinical studies in patients who had refractory partial-onset seizures with or without secondary generalization.  The tablet formulation was used in all these studies.  In these studies, 904 patients were randomized to placebo, 1000 mg, 2000 mg, or 3000 mg/day.  Patients enrolled in Study 1 or Study 2 had refractory partial-onset seizures for at least two years and had taken two or more classical AEDs.  Patients enrolled in Study 3 had refractory partial-onset seizures for at least 1 year and had taken one classical AED.  At the time of the study, patients were taking a stable dose regimen of at least one and could take a maximum of two AEDs.  During the baseline period, patients had to have experienced at least two partial-onset seizures during each 4-week period.

*Study 1*

Study 1 was a double-blind, placebo-controlled, parallel-group study conducted at 41 sites in the United States comparing KEPPRA 1000 mg/day (N=97), KEPPRA 3000 mg/day (N=101), and placebo (N=95) given in equally divided doses twice daily.  After a prospective baseline period of 12 weeks, patients were randomized to one of the three treatment groups described above.  The 18-week treatment period consisted of a 6-week titration period, followed by a 12-week fixed dose evaluation period, during which concomitant AED regimens were held constant.  The primary measure of effectiveness was a between group comparison of the percent reduction in weekly partial seizure frequency relative to placebo over the entire randomized treatment period (titration + evaluation period).  Secondary outcome variables included the responder rate (incidence of patients with ≥50% reduction from baseline in partial-onset seizure frequency).  The results of the analysis of Study 1 are displayed in Table 10.

**Table 10:  Reduction in Mean Over Placebo in Weekly Frequency of Partial-Onset Seizures in Study 1**

|  | Placebo (N=95) | KEPPRA 1000 mg/day (N=97) | KEPPRA 3000 mg/day (N=101) |
|---|---|---|---|
| Percent reduction in partial seizure frequency over placebo | – | 26.1%* | 30.1%* |

\* statistically significant versus placebo

The percentage of patients (y-axis) who achieved ≥50% reduction in weekly seizure rates from baseline in partial-onset seizure frequency over the entire randomized treatment period (titration + evaluation period) within the three treatment groups (x-axis) is presented in Figure 1.

22

**Figure 1:  Responder Rate (≥50% Reduction from Baseline) in Study 1**



\* statistically significant versus placebo

*Study 2*

Study 2 was a double-blind, placebo-controlled, crossover study conducted at 62 centers in Europe comparing KEPPRA 1000 mg/day (N=106), KEPPRA 2000 mg/day (N=105), and placebo (N=111) given in equally divided doses twice daily.

The first period of the study (Period A) was designed to be analyzed as a parallel-group study.  After a prospective baseline period of up to 12 weeks, patients were randomized to one of the three treatment groups described above. The 16-week treatment period consisted of the 4-week titration period followed by a 12-week fixed dose evaluation period, during which concomitant AED regimens were held constant.  The primary measure of effectiveness was a between group comparison of the percent reduction in weekly partial seizure frequency relative to placebo over the entire randomized treatment period (titration + evaluation period).  Secondary outcome variables included the responder rate (incidence of patients with ≥50% reduction from baseline in partial-onset seizure frequency).  The results of the analysis of Period A are displayed in Table 11.

**Table 11:  Reduction in Mean Over Placebo in Weekly Frequency of Partial-Onset Seizures in Study 2: Period A**

|  | Placebo (N=111) | KEPPRA 1000 mg/day (N=106) | KEPPRA 2000 mg/day (N=105) |
|---|---|---|---|
| Percent reduction in partial seizure frequency over placebo | – | 17.1%* | 21.4%* |

\* statistically significant versus placebo

The percentage of patients (y-axis) who achieved ≥50% reduction in weekly seizure rates from baseline in partial-onset seizure frequency over the entire randomized treatment period (titration + evaluation period) within the three treatment groups (x-axis) is presented in Figure 2.

**Figure 2:  Responder Rate (≥50% Reduction from Baseline) in Study 2:  Period A**



\* statistically significant versus placebo

The comparison of KEPPRA 2000 mg/day to KEPPRA 1000 mg/day for responder rate was statistically significant (*P*=0.02).  Analysis of the trial as a cross-over yielded similar results.

*Study 3*

Study 3 was a double-blind, placebo-controlled, parallel-group study conducted at 47 centers in Europe comparing KEPPRA 3000 mg/day (N=180) and placebo (N=104) in patients with refractory partial-onset seizures, with or without secondary generalization, receiving only one concomitant AED.  Study drug was given in two divided doses.  After a prospective baseline period of 12 weeks, patients were randomized to one of two treatment groups described above.  The 16-week treatment period consisted of a 4-week titration period, followed by a 12-week fixed dose evaluation period, during which concomitant AED doses were held constant.  The primary measure of effectiveness was a between group comparison of the percent reduction in weekly seizure frequency relative to placebo over the entire randomized treatment period (titration + evaluation period).  Secondary outcome variables included the responder rate (incidence of patients with ≥50% reduction from baseline in partial-onset seizure frequency).  Table 12 displays the results of the analysis of Study 3.

**Table 12:  Reduction in Mean Over Placebo in Weekly Frequency of Partial-Onset Seizures in Study 3**

|  | Placebo (N=104) | KEPPRA 3000 mg/day (N=180) |
|---|---|---|
| Percent reduction in partial seizure frequency over placebo | – | 23.0%* |

\* statistically significant versus placebo

The percentage of patients (y-axis) who achieved ≥50% reduction in weekly seizure rates from baseline in partial-onset seizure frequency over the entire randomized treatment period (titration + evaluation period) within the two treatment groups (x-axis) is presented in Figure 3.

24

**Figure 3:  Responder Rate (≥50% Reduction from Baseline) in Study 3**



* statistically significant versus placebo

<u>Effectiveness in Partial-Onset Seizures in Pediatric Patients 4 Years to 16 Years of Age</u>

Study 4 was a multicenter, randomized double-blind, placebo-controlled study, in pediatric patients 4 to 16 years of age with partial seizures uncontrolled by standard antiepileptic drugs (AEDs). Study 4 was conducted at 60 sites in North America. The study consisted of an 8-week baseline period and 4-week titration period followed by a 10-week evaluation period. Eligible patients who still experienced, on a stable dose of 1-2 AEDs, at least 4 partial-onset seizures during the 4 weeks prior to screening, as well as at least 4 partial-onset seizures in each of the two 4-week baseline periods, were randomized to receive either KEPPRA or placebo. Dosing was initiated at a dose of 20 mg/kg/day in two divided doses. During the treatment period, KEPPRA doses were adjusted in 20 mg/kg/day increments, at 2-week intervals to the target dose of 60 mg/kg/day. The primary measure of efficacy was a between group comparison of the percent reduction in weekly partial seizure frequency relative to placebo over the entire 14-week randomized treatment period (titration + evaluation period). Secondary outcome variables included the responder rate (incidence of patients with ≥ 50% reduction from baseline in partial-onset seizure frequency per week). The enrolled population included 198 patients (KEPPRA N=101, placebo N=97) with refractory partial-onset seizures, whether or not secondarily generalized. Table 13 displays the results of Study 4.

**Table 13: Reduction in Mean Over Placebo in Weekly Frequency of Partial-Onset Seizures in Study 4**

|  | Placebo (N=97) | KEPPRA (N=101) |
|---|---|---|
| Percent reduction in partial seizure frequency over placebo | - | 26.8%* |

*statistically significant versus placebo

The percentage of patients (y-axis) who achieved ≥ 50% reduction in weekly seizure rates from baseline in partial-onset seizure frequency over the entire randomized treatment period (titration + evaluation period) within the two treatment groups (x-axis) is presented in Figure 4.

25

**Figure 4: Responder Rate (≥ 50% Reduction from Baseline) in Study 4**



*statistically significant versus placebo

<u>Effectiveness in Partial-Onset Seizures in Pediatric Patients 1 Month to <4 Years of Age</u>
Study 5 was a multicenter, randomized double-blind, placebo-controlled study, in pediatric patients 1 month to less than 4 years of age with partial seizures, uncontrolled by standard epileptic drugs (AEDs). Study 5 was conducted at 62 sites in North America, South America, and Europe. Study 5 consisted of a 5-day evaluation period, which included a 1-day titration period followed by a 4-day maintenance period. Eligible patients who experienced, on a stable dose of 1-2 AEDs, at least 2 partial-onset seizures during the 48-hour baseline video EEG were randomized to receive either KEPPRA or placebo. Randomization was stratified by age range as follows: 1 month to less than 6 months of age (N=4 treated with KEPPRA), 6 months to less than 1 year of age (N=8 treated with KEPPRA), 1 year to less than 2 years of age (N=20 treated with KEPPRA), and 2 years to less than 4 years of age (N=28 treated with KEPPRA). KEPPRA dosing was determined by age and weight as follows: children 1 month to less than 6 months old were randomized to a target dose of 40 mg/kg/day, and children 6 months to less than 4 years old were randomized to a target dose of 50 mg/kg/day. The primary measure of efficacy was the responder rate (percent of patients with ≥ 50% reduction from baseline in average daily partial-onset seizure frequency) assessed by a blinded central reader using a 48-hour video EEG performed during the last two days of the 4-day maintenance period. The enrolled population included 116 patients (KEPPRA N=60, placebo N=56) with refractory partial-onset seizures, whether or not secondarily generalized. A total of 109 patients were included in the efficacy analysis. A statistically significant difference between KEPPRA and placebo was observed in Study 5 (see Figure 5). The treatment effect associated with KEPPRA was consistent across age groups.

**Figure 5: Responder Rate for All Patients Ages 1 Month to < 4 Years (≥ 50% Reduction from Baseline) in Study 5**



*statistically significant versus placebo

### 14.2    Myoclonic Seizures in Patients with Juvenile Myoclonic Epilepsy

The effectiveness of KEPPRA as adjunctive therapy in patients 12 years of age and older with juvenile myoclonic epilepsy (JME) experiencing myoclonic seizures was established in one multicenter, randomized, double-blind, placebo-controlled study (study 6), conducted at 37 sites in 14 countries.  Eligible patients on a stable dose of 1 antiepileptic drug (AED) experiencing one or more myoclonic seizures per day for at least 8 days during the prospective 8-week baseline period were randomized to either KEPPRA or placebo (KEPPRA N=60, placebo N=60).  Patients were titrated over 4 weeks to a target dose of 3000 mg/day and treated at a stable dose of 3000 mg/day over 12 weeks (evaluation period).  Study drug was given in 2 divided doses. The primary measure of efficacy was the proportion of patients with at least 50% reduction in the number of days per week with one or more myoclonic seizures during the treatment period (titration + evaluation periods) as compared to baseline.  Table 14 displays the results for the 113 patients with JME in this study.

**Table 14: Responder Rate (≥50% Reduction from Baseline) in Myoclonic Seizure Days per Week in Study 6**

|  | Placebo (N=59) | KEPPRA (N=54) |
|---|---|---|
| Percentage of responders | 23.7% | 60.4%* |

* statistically significant versus placebo

### 14.3    Primary Generalized Tonic-Clonic Seizures

The effectiveness of KEPPRA as adjunctive therapy in patients 6 years of age and older with idiopathic generalized epilepsy experiencing primary generalized tonic-clonic (PGTC) seizures was established in one multicenter, randomized, double-blind, placebo-controlled study (study 7), conducted at 50 sites in 8 countries.  Eligible patients on a stable dose of 1 or 2 antiepileptic drugs (AEDs) experiencing at least 3 PGTC seizures during the 8-week combined baseline period (at least one PGTC seizure during the 4 weeks prior to the prospective baseline period and at least one PGTC seizure during the 4-week prospective baseline period) were randomized to either KEPPRA or placebo.  The 8-week combined baseline period is referred to as "baseline" in the remainder of this section.  Patients were titrated over 4 weeks to a target dose of 3000 mg/day for adults or a pediatric target dose of 60 mg/kg/day and treated at a stable dose of 3000 mg/day (or 60 mg/kg/day for children) over 20 weeks (evaluation period).  Study

drug was given in 2 equally divided doses per day. The primary measure of efficacy was the percent reduction from baseline in weekly PGTC seizure frequency for KEPPRA and placebo treatment groups over the treatment period (titration + evaluation periods).  The population included 164 patients (KEPPRA N=80, placebo N=84) with idiopathic generalized epilepsy (predominately juvenile myoclonic epilepsy, juvenile absence epilepsy, childhood absence epilepsy, or epilepsy with Grand Mal seizures on awakening) experiencing primary generalized tonic-clonic seizures.  Each of these syndromes of idiopathic generalized epilepsy was well represented in this patient population.

There was a statistically significant decrease from baseline in PGTC frequency in the KEPPRA-treated patients compared to the placebo-treated patients in Study 7 (see Table 15).

**Table 15:  Median Percent Reduction from Baseline in PGTC Seizure Frequency per Week in Study 7**

|  | Placebo (N=84) | KEPPRA (N=78) |
|---|---|---|
| Percentage reduction in PGTC seizure frequency | 44.6% | 77.6%* |

\* statistically significant versus placebo

The percentage of patients (y-axis) who achieved ≥50% reduction in weekly seizure rates from baseline in PGTC seizure frequency over the entire randomized treatment period (titration + evaluation period) within the two treatment groups (x-axis) is presented in Figure 6.

**Figure 6:  Responder Rate (≥50% Reduction from Baseline) in PGTC Seizure Frequency per Week in Study 7**



\* statistically significant versus placebo

## 16   HOW SUPPLIED/STORAGE AND HANDLING

### 16.1   How Supplied

KEPPRA (levetiracetam) 500 mg/5 mL injection is a clear, colorless, sterile solution.  It is supplied in single-use 5 mL vials, available in cartons of 10 vials (NDC 50474-002-63).

### 16.2   Storage

Store at 25°C (77°F); excursions permitted to 15°C to 30°C (59°F to 86°F) [see USP Controlled Room Temperature].

## 17  PATIENT COUNSELING INFORMATION

Psychiatric Reactions and Changes in Behavior
Advise patients and their caregivers that KEPPRA may cause changes in behavior (e.g., aggression, agitation, anger, anxiety, apathy, depression, hostility, and irritability) and psychotic symptoms *[see Warnings and Precautions (5.1)]*.

Effects on Driving or Operating Machinery
Inform patients that KEPPRA may cause dizziness and somnolence.  Inform patients not to drive or operate machinery until they have gained sufficient experience on KEPPRA to gauge whether it adversely affects their ability to drive or operate machinery *[see Warnings and Precautions (5.2)]*.

Anaphylaxis and Angioedema
Advise patients to discontinue KEPPRA and seek medical care if they develop signs and symptoms of anaphylaxis or angioedema *[see Warnings and Precautions (5.3)]*.

Dermatological Adverse Reactions
Advise patients that serious dermatological adverse reactions have occurred in patients treated with KEPPRA and instruct them to call their physician immediately if a rash develops *[see Warnings and Precautions (5.4)]*.

Withdrawal of KEPPRA
Advise patients and caregivers not to discontinue use of KEPPRA without consulting with their healthcare provider. KEPPRA should normally be gradually withdrawn to reduce the potential of increased seizure frequency and status epilepticus *[see Warnings and Precautions (5.7)]*.

Pregnancy
Advise patients to notify their healthcare provider if they become pregnant or intend to become pregnant during KEPPRA therapy.  Encourage patients to enroll in the North American Antiepileptic Drug (NAAED) pregnancy registry if they become pregnant *[see Use in Specific Populations (8.1)]*.

KEPPRA injection manufactured for
UCB, Inc.
Smyrna, GA 30080



KEPPRA is a registered trademark of the UCB Group of Companies
© 2020, UCB, Inc., Smyrna, GA 30080
All rights reserved.

# Exhibit

# C





**Less Serious Assaults on Inmates**

Guilty Findings Recorded in Chronological Disciplinary Records

Security Level=Minimum

Office of Research and Evaluation



**Less Serious Assaults on Inmates**
Guilty Findings Recorded in Chronological Disciplinary Records
Security Level=Low

Office of Research and Evaluation



Less Serious Assaults on Inmates
Guilty Findings Recorded in Chronological Disciplinary Records
Security Level=Medium

Office of Research and Evaluation



**Less Serious Assaults on Inmates**
Guilty Findings Recorded in Chronological Disciplinary Records
Security Level=High

Office of Research and Evaluation



Less Serious Assaults on Inmates
Guilty Findings Recorded in Chronological Disciplinary Records
Security Level=Admin

Year + Month

Office of Research and Evaluation