ב"ה

APPEAL No. 1:12-CR-60016-KMW

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

FILED BY ___ D.C.
APR 15 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

JAMES PRICE,
Plaintiff-Appellant,
V.
UNITED STATES OF AMERICA,
Appellee-Defendant.

AN APPEAL
FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

# DEFENDANT'S THIRD HEALTH STATUS REPORT

James Price
Appellant-Defendant
USM No. 98922004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177-9800
Tel.: 305-259-2268
Fax.: 305-259-2383
Email.: PriceJamesE@outlook.com

ב"ה

**CERTIFICAT E OF SERV ICE**

**United States of America v. James Price**

**Case N o.: 1:12-CR60016-KMW**

I, James Price, hereby declare that on this date, April 12, 2021, have filed the enclosed:

**DEFENDANT'S THIRD HEALTH STATUS REPORT**

pursuant to the "Mailbox Rule" for incarcerated persons with the Clerk of Court. All parties noticed for service are served pursuant to S.D. Fla. Local Rule 5.1(e), and S.D. Fla. CM/ECF Administrative Procedure § 3B.

l hereby declare that under the penalty perjury, pursuant to Title 28 U .S .C . § 1746, the foregoing is true and correct .

Executed on April 12, 2021.

By: James Price

Digitally signed by James Price
Date: 2021.04.12 16:37:32 -04'00'

James Price - 98922004

ב"ה

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No: 1:12-CR-60016-KMW**

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

JAMES PRICE,
*Defendant.*
_______________________________________/

**DEFFENDANT' THRID HEALTH STATUS REPORT**

**COMES NOW,** James Price ("the Defendant") and files this, his Third Health Status Report. Since the United States previous response (ECF 239) to this Court's Order, and the Defendant's reply (ECF 243), Mr. Price has been transported to the Emergency Room four (4x) times, and hospitalized for six (6x) days on a fifth occasion, due impart by the BOP negligence, and impart to the deteriorating of the Defendant's medical condition.

## I. EMMERGENCY ROOM:

## HYPERTENSIVE/HYPOTENISIVE CRISIS

1.      On March 11, 14, 19, and 25, 2021, Mr. Price was transported to the emergency room ("ER") on two (2x) occasions, the 11 and the 25, the Defendant's blood pressure was dangerously high "hypertensive" in excess of 196/132 mmHG. On the other two (2) occasions, the 14 and the 19, Mr. Price's blood pressure was dangerously low (hypotensive, at 78/48 mmHG.)

2.      Specifically on March 11, 2021, the BOP negligently left the Defendant in leg irons, waste chains, and handcuffs for four (4) hours before delivering him to the office of his cardiologist Dr. John Dylewski. Dr. Dylewski immediately check Price's vital signs, ordered an electrocardiogram, and found his (Price's) blood pressure to be between 201 and 196 mmHG over 133 to 146 mmHG, and his heart beating in a distress arrhythmic pattern. Dr. Dylewski immediately order the Defendant transferred to the ER for critically hypotensive/ pre-stroke treatment.[1]

---

[1]     Healthy and unhealthy blood pressure ranges, what the numbers mean. https://www.heart.org/en/healthy-living/healthy-lifestyle/my-life-check--lifes-simple-7/ls7-blood-pressure-infographic

3. Similarly, after being left by the BOP for hours unmonitored and restraint on March 25, 2021, the attending physician Dr. George Michel diagnosed Mr. Price with acute hypertension and ***Diastolic Heart Failure***. See Exbibit A.

4. These incidents were precipitated by the negligence practices of the BOP and it's failure to adequately train and supervised personal and the unnecessary use in force and restraint on nonviolent, low risk prisoners.

## II. NEGLIENT HEALTH CARE PRACTICES

5. The BOP manages the prescription of ***ALL*** of Mr. Price's heart and blood pressure medication. On numerous occasions, most notably on April 11, 2021, the BOP left the Defendant locked in a cell for TWENTY ONE (21) hours with no heart or blood pressure medication. Then, due to staffing shortages, administered two (2) twelve hour doses of: (a) blood thinner Apixaban; (b) anti-seizure (Keppra/Levetiracetam); and (c) four (4) blood pressure medications amLODIPine, (amLODPine, Aspirin, Metoprolol Succ XL, and NIFEdipine) in the space of three hours.

6. The administration of FCI-MIA, headed by Sylvester L. Jenkins and Jennifer A. Burton *physically removed* the Abbot Labs rapid test equipment from the medical clinic, secure the medical equipment in Burton's office, and directed the medical staff ***NOT*** to test inmates for COVID-19 without permission.

7. The BOP has repeatedly stop, change, substituting, and fail to prescribe and provide Mr. Prices medication. The BOP's own active prescriptions report of the Defendant's medication from March 1, 2021, through March 25, 2021, contains SEVEN (7) pages of medication changes in less than thirty days. See Exhibit B.

## III. ALL THE TEST NOT DONE IN SIX-DAYS

8. On February 23, 2021, doctor's positively diagnosed the Defendant with Dysautonomia or Autonomic Dysfunction. See Exhibit C. There is no known cure for Autonomic Dysfunction. An autonomic dysfunction or inflammatory dysfunction often affect the brains autonomic functions that debilitate the patient with the presentation of multiple

neuropathic, as seen in Mr. Price's case. One of the spectrum of causes in Long COVID patients, like the Defendant, is an inflammation of the microglial (brain) cell.

9. These types of inflammation/autoimmune infections are only capable of being diagnosed using expensive positron emission tomography and contrast dye (based magnetic resonance spectroscopy). The BOP has **REFUSED** to authorize these procedures to further diagnosed Mr. Price's condition. Instead, the Defendant was hospitalized for six (6) days from April 1, 2021, through April 6, 2021, for routine blood test including toxicology screening for opioids, cannabis, and other narcotics, and subjective examinations in an attempt to rule out "secondary" causes of Mr. Price's condition.

## V. NYU LANGONE AND HOME CARE

10. Mr. Price's home in Queens New York is located a mere 19.8 miles from NYU Langone Medical Center. NYU Langone is home to one of the first clinical practices devoted to the treatment and study of Long COVID syndrome. Tragically, NYU Langone Long COVID Clinics has conducted

more than one hundred autopsies on Long COVID victims with a special focus on post hypermodern tissue studies. The information and data learn through these efforts has been instrumental to the successful treatment of many other Long COVID patients, like Mr. Price.

11. Additionally, Mr. Price's wife and Radika Rampersad is a certified Home Health Care Provider, certified by the National Care Giver Certification Program (myCNA) and Seizure Recognition and First Aid Certification Training by the Epilepsy Foundation, has CPR training and is currently pursuing her certification as a Certified Nurse Assistant ("CNA"). See Exhibits C.  A decision by this Court to GRANT a Compassionate Release, would place the Defendant in a safe environment where he would have access to proper health care and constant monitoring by a trained health care professional. Moreover, at his home Mr. Price has access to a six generation Apple Watch and an iPhone preloaded with the myMerlin App that connects to the implanted loop recorder in his chest. The connection of those devices to Mr. Prices IOR enables the device to continue to collect and transmit cardiac data to his doctors at NYU Langone, and allow him to augment the data with subjective date on pain threshold, location, duration, and other symptoms.

12. To summarized, the significant worsening of the Defendant's medical condition over the past four (4) months has gone beyond the BOP's system's capability to adequately provide the necessary life support against what has now become a life-threatening issue.

## IV. CONCLUSION

**WHEREFORE,** in view of the forgoing, the Defendant respectfully moves this Court for the entry of an Order GRANT the Motion for Compassion Release/Reduction in Sentence, for immediate release to a term of supervise release with the special conditions that he be restricted to his home for the first six months.

Dated: April 12, 2021

Respectfully Submitted,

James Price

Digitally signed by James Price
Date: 2021.04.12 16:30:22 -04'00'

/s/James Price
USM No. 98922004
Plaintiff
Federal Correctional Institution
P.O. Box 779800
Miami Florida 33177-9800
Tel.: 305-259-2268
Fax.: 305-259-2383
Email: PriceJameE@outlook.com

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

25

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EJ 350 789 686 US

U.S. INSPECTED BY

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )

Research Assist
Address: P.O. Box 130370
Springfield Gardens, NY 11413
Email: Researchassist@outlook.com
Phone: 305-791-2699

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

United States District Court
Southern District Court
400 North Miami Avenue
Miami, Florida

ZIP + 4® (U.S. ADDRESSES ONLY)
3 3 1 2 8 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

ORIGIN (POSTAL SERVICE USE ONLY)

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ | |
| Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials | | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MARCH 2019 PSN 7690-02-000-9996

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

