# Exhibit A

Nurse's Notes
Larkin Community Hospital
Name: James Price III
Age: 50 yrs
Sex: Male
DOB: 10/26/1970
MRN: 282273
Arrival Date: 03/11/2021
Time: 10:06
Account#: 924626
Bed 4
Private MD: MICHEL, GEORGE, J; Dylwski, John, Richard

→ Diagnosis: Essential (primary) hypertension;Acute diastolic (congestive) heart failure

Presentation:
03/11
10:12 Transition of care: patient was not received from another setting of ko
   care.
10:12 Method Of Arrival: Walk-In                    ko
10:13 Presenting complaint: This is a 50 y/o male presenting to the ED from mc3
   multispecialty clinic with a c/o high blood pressure.
10:13 Acuity: Semi-Urgent (4)                       mc3
10:40 Transition of care: Forensic Facility.        ko

Triage Assessment:
10:15 General: Appears in no apparent distress, comfortable, well     mc3
   developed, well nourished, well groomed, Behavior is appropriate for
   age, cooperative. Pain: Denies pain. EENT: No deficits noted. Neuro:
   No deficits noted. Level of Consciousness is awake, alert, Oriented
   to person, place, time, event. Cardiovascular: No deficits noted.
   Heart tones S1 S2 present. Respiratory: No deficits noted. Breath
   sounds are clear bilaterally. GI: No deficits noted. Bowel sounds
   present X 4 quads. GU: No deficits noted. Urine is clear. Skin
   Assessment: No deficits noted. Skin is intact, is healthy with good
   turgor. Musculoskeletal: No deficits noted.

Historical:
- Allergies: Acetaminophen;
- PMHx: Covid-19; Hypertensive disorder;
- Immunization history: Pneumococcal vaccine is up to date, Flu
   vaccine is up to date.
- Social history: Smoking status: Patient states was never smoker of
   tobacco. Patient/guardian denies using alcohol, street drugs, IV
   drugs, Race: White, Ethnicity: Preferred Language: English No

barriers to communication noted, The patient speaks fluent English, Speaks appropriately for age, The patient lives FCI Miami.

Screening:
10:41 Pneumonia/Influenza Vaccine Screening: Completed in Medhost "Patient   mc3
Care", see medical record. Abuse screen: Denies threats or abuse. Denies injuries from another. Nutritional screening: No deficits noted. Fall Risk History of Falls - No history of falls (0 points) No secondary diagnosis (0 pts). Ambulatory Aid- None (0 points) No IV (0 pts). Gait- Normal (0 points) Mental Status- Oriented to own ability (0 points) Total Morse Fall Scale indicates (0 - 45 points) Low Risk As available Patient and Family Educated on Fall Prevention Program and strategies. Fall prevention measures have been instituted. Side Rails Up X 2 Placed close to Nursing Station Frequent Obs/Assesments occuring. Psych Fall Risk. Patient Age 50 - 79 (10 points). Psych Fall Risk. Mental Status Fully Alert, Oriented (4 points). Psych Fall Risk. Agitated or Anxious? No (0 points). Psych Fall Risk. Elimination Independent with control of bowel or bladder (8 points). Psych Fall Risk. The patient takes the following cardiac related medications Beta Blockers (1.5 points). ACE Inhibitors (1.5 points).
17:07 Patient Personal Effects: Patient arrived with beige uniform black   ia
shoes, yamaka.

Vital Signs:
10:15 BP 193 / 109 LA Supine (auto/reg); Pulse 106 LA; Resp 17 S; Temp   rg3
98.4(O); Pulse Ox 99% on R/A; Weight 165 lbs (R); Height 5 ft. 6 in. (167.64 cm) (R);
12:05 BP 122 / 80 RA Supine (auto/reg); Pulse 59 RA; Resp 18 S; Temp   mc3
98.1(O); Pulse Ox 99% on R/A;
10:15 Body Mass Index 26.63 (74.84 kg, 167.64 cm)   rg3

ED Course:
10:11 Patient arrived in ED.   ko
10:12 Dylwski, John, MD is Private Physician.   ko
10:12 MICHEL, GEORGE, MD is Private Physician.   ko
10:12 DIAZ, ALAIN, MD is Attending Physician.   ad9
10:18 Patient has correct armband on for positive identification. Placed in   mc3
gown. Bed in low position. Call light in reach. Side rails up X 1. Side rails up X2.
10:19 None. Labs drawn. (by ED staff). Sent per order to lab. Urine   mc3
collected. Clean catch specimen. Inserted peripheral IV: 20 gauge in left arm.
10:37 Cabrera, Michelle, RN is Primary Nurse.   mc3
17:09 Discontinued IV intact, bleeding controlled, pressure dressing   ia
applied, No redness/swelling at site.

*Legally authenticated by DIAZ ALAIN 2021-03-11 17:10:01*

Administered Medications:
10:56 Drug: Catapres 0.2 mg Route: PO;                    rg3
17:09 Follow up: Response: No adverse reaction; Blood pressure is lowered   ia


Medication:
10:45 Catapres (10:15)                                    lm12

Outcome:
16:31 Discharge ordered by MD.                            ad9
17:07 Discharged to home ambulatory, with guards.         ia
17:07 Condition: stable
17:07 Discharge Assessment: Patient awake, alert and oriented x 3. No
          cognitive and/or functional deficits noted. Patient verbalized
          understanding of disposition instructions. Patient awake and alert.
          Oriented to person, place and time. Patient verbalized understanding
          of disposition instructions. Patient has no functional deficits.
17:07 Instructed on discharge instructions, medication usage, Demonstrated
          understanding of instructions, medications, Prescriptions given X 3.
17:10 Patient left the ED.                                ia

Signatures:
Acosta, Ileana              ia
Marquez, Luis               lm12
Cabrera, Michelle, RN       RN  mc3
DIAZ, ALAIN, MD             MD  ad9
Gomez, Rene                 rg3
Oliveras, Katherine         ko

************************************************************************
**

Legally authenticated by DIAZ ALAIN 2021-03-11 17:10:01

# Exhibit B

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| Complex: MIA--MIAMI FCI | Begin Date: 03/25/2020 | End Date: 03/25/2021 |
|---|---|---|
| Inmate: PRICE III, JAMES E | Reg #: 98922-004 | Quarter: E01-003L |

Medications listed reflect prescribed medications from the begin date to end date on this report.
Allergies: Denied

## Active Prescriptions

**amLODIPine 5 MG TAB**
Take one tablet (5 MG) by mouth daily for high blood pressure
Rx#: 141719-MIA   Doctor: Paul, Wilene FNP
Start: 10/14/20   Exp: 11/13/20   D/C: 10/19/20   Pharmacy Dispensings: 30 TAB in 162 days

**amLODIPine 5 MG TAB**
Take one tablet (5 MG) by mouth daily for high blood pressure
Rx#: 141907-MIA   Doctor: Alarcon, Inerio MD/CD
Start: 10/19/20   Exp: 10/19/21   D/C: 10/26/20   Pharmacy Dispensings: 0 TAB in 157 days

**amLODIPine 2.5 MG TAB**
Take one tablet (2.5 MG) by mouth daily ***pill line*** ***pill line***
Rx#: 142062-MIA   Doctor: Alarcon, Inerio MD/CD
Start: 10/27/20   Exp: 04/25/21   D/C: 11/13/20   Pharmacy Dispensings: 30 TAB in 149 days

**amLODIPine 10 MG TAB**
Take one tablet (10 MG) by mouth daily ***pill line*** ***pill line***
Rx#: 142562-MIA   Doctor: Alarcon, Inerio MD/CD
Start: 11/24/20   Exp: 05/23/21   D/C: 12/07/20   Pharmacy Dispensings: 30 TAB in 121 days

**amLODIPine 5 MG TAB**
Take one tablet (5 MG) by mouth each day
Rx#: 144136-MIA   Doctor: Alarcon, Inerio MD/CD
Start: 03/12/21   Exp: 04/11/21   D/C: 03/12/21   Pharmacy Dispensings: 30 TAB in 13 days

**Acyclovir 400 MG Tab**
Take one tablet (400 MG) by mouth twice daily ***self carry***
Rx#: 136508-MIA   Doctor: Alarcon, Inerio MD/CD
Start: 01/31/20   Exp: 07/29/20   D/C: 07/17/20   Pharmacy Dispensings: 360 TAB in 419 days

**Acyclovir 400 MG Tab**
Take one tablet (400 MG) by mouth twice daily ***self carry*** ***pill line***
Rx#: 140052-MIA   Doctor: Dumornay, Cassandra PA
Start: 07/17/20   Exp: 01/13/21   Pharmacy Dispensings: 360 TAB in 251 days

| Complex: MIA--MIAMI FCI | Begin Date: 03/25/2020 | End Date: 03/25/2021 |
|---|---|---|
| Inmate: PRICE III, JAMES E | Reg #: 98922-004 | Quarter: E01-003L |

## Active Prescriptions

**Acyclovir 400 MG Tab**
Take one tablet (400 MG) by mouth twice daily ***self carry*** ***pill line***
**Rx#:** 143260-MIA **Doctor:** Funtieo, L FNP-C
**Start:** 01/19/21 **Exp:** 01/19/22 **D/C:** 03/12/21 **Pharmacy Dispensings:** 120 TAB in 65 days

**Acyclovir 400 MG Tab**
Take one tablet (400 MG) by mouth twice daily ***pill line*** ***pill line***
**Rx#:** 144148-MIA **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/12/21 **Exp:** 03/12/22 **Pharmacy Dispensings:** 60 TAB in 13 days

**Apixaban 5 MG Tablet**
Take one tablet (5 MG) by mouth two times a day ***pill line***
**Rx#:** 143279-MIA **Doctor:** Alarcon, Inerio MD/CD
**Start:** 01/20/21 **Exp:** 02/19/21 **D/C:** 02/10/21 **Pharmacy Dispensings:** 60 TAB in 64 days

**Apixaban 5 MG Tablet**
Take one tablet (5 MG) by mouth two times a day ***pill line***
**Rx#:** 143582-MIA **Doctor:** Alarcon, Inerio MD/CD
**Start:** 02/10/21 **Exp:** 03/12/21 **Pharmacy Dispensings:** 60 TAB in 43 days

**Apixaban 5 MG Tablet**
Take one tablet (5 MG) by mouth two times a day ***pill line*** ***pill line***
**Rx#:** 144137-MIA **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/12/21 **Exp:** 09/08/21 **Pharmacy Dispensings:** 60 TAB in 13 days

**Aspirin, E.C 325 MG Tab**
Take one tablet (325 MG) by mouth four times a day for 30 days
**Rx#:** 143280-MIA **Doctor:** Alarcon, Inerio MD/CD
**Start:** 01/20/21 **Exp:** 02/19/21 **D/C:** 01/25/21 **Pharmacy Dispensings:** 120 TAB in 64 days

**Aspirin, E.C. 325 MG Tab**
***NOTE DOSE and STRENGTH*** Take one tablet (325 MG) by mouth daily ***pill line***
**Rx#:** 143363-MIA **Doctor:** Alarcon, Inerio MD/CD
**Start:** 01/26/21 **Exp:** 07/25/21 **D/C:** 03/12/21 **Pharmacy Dispensings:** 60 TAB in 58 days

**Aspirin, E.C 325 MG Tab**
***NOTE DOSE and STRENGTH*** Take one tablet (325 MG) by mouth daily ***pill line*** ***pill line***
**Rx#:** 144138-MIA **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/12/21 **Exp:** 09/08/21 **Pharmacy Dispensings:** 30 TAB in 13 days

**Atenolol 50 MG TAB**
Take one tablet (50 MG) by mouth daily
**Rx#:** 143355-MIA **Doctor:** Alarcon, Inerio MD/CD

| Complex: | MIA--MIAMI FCI | | Begin Date: | 03/25/2020 | End Date: | 03/25/2021 |
|---|---|---|---|---|---|---|
| Inmate: | PRICE III, JAMES E | | Reg #: | 98922-004 | Quarter: | E01-003L |

## Active Prescriptions

**Start:** 01/26/21    **Exp:** 02/25/21    **D/C:** 01/26/21    **Pharmacy Dispensings:** 30 TAB in 58 days

Atenolol 50 MG TAB
Take one tablet (50 MG) by mouth two times a day ***NOTE DOSE and STRENGTH***
**Rx#:** 143364-MIA    **Doctor:** Alarcon, Inerio MD/CD

**Start:** 01/26/21    **Exp:** 07/25/21    **D/C:** 02/04/21    **Pharmacy Dispensings:** 60 TAB in 58 days

Atenolol 25 MG TAB
Take one tablet (25 MG) by mouth two times a day ***pill line***
**Rx#:** 143936-MIA    **Doctor:** Alarcon, Inerio MD/CD

**Start:** 03/01/21    **Exp:** 03/31/21    **D/C:** 03/12/21    **Pharmacy Dispensings:** 60 TAB in 24 days

cloNIDine 0.1 MG Tab
Take one tablet (0.1 MG) by mouth two times a day ***pill line*** ***pill line***
**Rx#:** 143920-MIA    **Doctor:** Paul, Wilene FNP

**Start:** 03/01/21    **Exp:** 03/08/21    **Pharmacy Dispensings:** 14 TAB in 24 days

cloNIDine 0.1 MG Tab
Take one tablet (0.1 MG) by mouth one time ***pill line***
**Rx#:** 144175-MIA    **Doctor:** Alarcon, Inerio MD/CD

**Start:** 03/12/21    **Exp:** 03/12/21    **Pharmacy Dispensings:** 0 TAB in 13 days

cloNIDine 0.1 MG Tab
Take one tablet (0.1 MG) by mouth two times a day ***pill line*** ***pill line***
**Rx#:** 144189-MIA    **Doctor:** Alarcon, Inerio MD/CD

**Start:** 03/16/21    **Exp:** 06/14/21    **Pharmacy Dispensings:** 60 TAB in 9 days

Clotrimazole Cream 1% 28.35GM
Apply a small amount topically to the affected area(s) each day for 14 days *Please purchase from commissary when these are gone if needed*
**Rx#:** 139883-MIA    **Doctor:** Funtieo, L. FNP-C

**Start:** 07/07/20    **Exp:** 07/21/20    **Pharmacy Dispensings:** 28.35 GM in 261 days

DULoxetine HCl Delayed Rel 30 MG Cap
Take one capsule (30 MG) by mouth at bedtime for pain ***pill line*** ***pill line***
**Rx#:** 142149-MIA    **Doctor:** Alarcon, Inerio MD/CD

**Start:** 11/02/20    **Exp:** 05/01/21    **D/C:** 11/13/20    **Pharmacy Dispensings:** 30 Cap in 143 days

DULoxetine HCl Delayed Rel 30 MG Cap
Take one capsule (30 MG) by mouth twice daily ***pill line*** **note direction change** ***pill line***
**Rx#:** 142304-MIA    **Doctor:** Alarcon, Inerio MD/CD

**Start:** 11/13/20    **Exp:** 05/12/21    **Pharmacy Dispensings:** 300 Cap in 132 days

Fludrocortisone Acetate 0.1 MG Tab

| | | | | | |
|---|---|---|---|---|---|
| Complex: | MIA--MIAMI FCI | | Begin Date: 03/25/2020 | End Date: | 03/25/2021 |
| Inmate: | PRICE III, JAMES E | | Reg #: 98922-004 | Quarter: | E01-003L |

## Active Prescriptions

Take four tablets (0.4 MG) by mouth each day ***pill line*** ***pill line***
**Rx#:** 143937-MIA    **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/01/21    **Exp:** 03/31/21    **Pharmacy Dispensings:** 100 TAB in 24 days

hydrALAZINE 25 MG Tab
take 1/2 tablet (12.5mg) by mouth each day ***pill line*** ***pill line***
**Rx#:** 142305-MIA    **Doctor:** Alarcon, Inerio MD/CD
**Start:** 11/13/20    **Exp:** 05/12/21    **D/C:** 11/13/20    **Pharmacy Dispensings:** 15 TAB in 132 days

hydrALAZINE 25 MG Tab
Take one tablet (25 MG) by mouth each day ***pill line*** ***pill line***
**Rx#:** 142340-MIA    **Doctor:** Alarcon, Inerio MD/CD
**Start:** 11/13/20    **Exp:** 05/12/21    **D/C:** 12/07/20    **Pharmacy Dispensings:** 46 TAB in 132 days

hydroCHLOROthiazide 25 MG Tab
Take one tablet (25 MG) by mouth each day ***pill line*** ***pill line***
**Rx#:** 142341-MIA    **Doctor:** Alarcon, Inerio MD/CD
**Start:** 11/13/20    **Exp:** 05/12/21    **D/C:** 11/24/20    **Pharmacy Dispensings:** 30 TAB in 132 days

hydroCHLOROthiazide 12.5 MG Tab
Take one tablet (12.5 MG) by mouth daily ***pill line*** ***pill line***
**Rx#:** 142563-MIA    **Doctor:** Alarcon, Inerio MD/CD
**Start:** 11/24/20    **Exp:** 05/23/21    **D/C:** 12/15/20    **Pharmacy Dispensings:** 30 Tab in 121 days

HydroCHLOROthiazide 12.5 MG Cap
Take one capsule (12.5 MG) by mouth every day ***pill line*** ***pill line***
**Rx#:** 142920-MIA    **Doctor:** Alarcon, Inerio MD/CD
**Start:** 12/15/20    **Exp:** 06/13/21    **D/C:** 01/20/21    **Pharmacy Dispensings:** 60 CAP in 100 days

Ibuprofen 600 MG Tab
Take one tablet (600 MG) by mouth two times a day with food as needed for pain *Please purchase from commissary when these are gone if needed*
**Rx#:** 137873-MIA    **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/26/20    **Exp:** 04/09/20    **Pharmacy Dispensings:** 28 TAB in 364 days

Ibuprofen 600 MG Tab
Take one tablet (600 MG) by mouth two times a day with food as needed for pain *Please purchase from commissary when these are gone if needed*
**Rx#:** 139600-MIA    **Doctor:** Alarcon, Inerio MD/CD
**Start:** 06/23/20    **Exp:** 07/07/20    **Pharmacy Dispensings:** 28 TAB in 275 days

Ibuprofen 600 MG Tab
Take one tablet (600 MG) by mouth two times a day with food as needed for pain *Please purchase from commissary when these are gone if needed*

| Complex: | MIA--MIAMI FCI | | Begin Date: | 03/25/2020 | End Date: | 03/25/2021 |
| Inmate: | PRICE III, JAMES E | | Reg #: | 98922-004 | Quarter: | E01-003L |

## Active Prescriptions

**Rx#:** 139884-MIA  **Doctor:** Funtieo, L FNP-C
**Start:** 07/07/20  **Exp:** 07/14/20  **Pharmacy Dispensings:** 14 TAB in 261 days

Ibuprofen 600 MG Tab
Take one tablet (600 MG) by mouth two times a day with food as needed for pain

**Rx#:** 140721-MIA  **Doctor:** Dumornay, Cassandra PA
**Start:** 08/21/20  **Exp:** 09/20/20  **Pharmacy Dispensings:** 60 TAB in 216 days

Indomethacin 25 MG Cap
Take one capsule (25 MG) by mouth every day with food as needed for pain

**Rx#:** 142063-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 10/27/20  **Exp:** 11/03/20  **Pharmacy Dispensings:** 7 CAP in 149 days

levETIRAcetam 500 MG Tab
Take one and one-half (1 and 1/2) tablets (750 MG) twice daily ***pill line*** ***pill line***

**Rx#:** 143938-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/01/21  **Exp:** 03/31/21  **D/C:** 03/12/21  **Pharmacy Dispensings:** 90 TAB in 24 days

levETIRAcetam 500 MG Tab
Take one and one-half (1 and 1/2) tablets (750 MG) twice daily ***pill line*** ***pill line***

**Rx#:** 144139-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/12/21  **Exp:** 09/08/21  **Pharmacy Dispensings:** 51 TAB in 13 days

Lisinopril 20 MG Tab
Take one tablet (20 MG) by mouth each day ***pill line*** ***pill line***

**Rx#:** 142306-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 11/13/20  **Exp:** 05/12/21  **D/C:** 12/07/20  **Pharmacy Dispensings:** 30 TAB in 132 days

Lisinopril 20 MG Tab
Take one tablet (20 MG) by mouth for one time starter dose ***pill line*** ***pill line***

**Rx#:** 142307-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 11/13/20  **Exp:** 11/13/20  **Pharmacy Dispensings:** 1 TAB in 132 days

Lisinopril 40 MG Tab
Take one tablet (40 MG) by mouth daily to control blood pressure ***pill line***

**Rx#:** 142804-MIA  **Doctor:** Paul, Wilene FNP
**Start:** 12/10/20  **Exp:** 06/08/21  **D/C:** 12/14/20  **Pharmacy Dispensings:** 30 TAB in 105 days

Lisinopril 20 MG Tab
Take one tablet (20 MG) by mouth two times a day ***pill line*** ***pill line***

**Rx#:** 142921-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 12/15/20  **Exp:** 06/13/21  **D/C:** 01/20/21  **Pharmacy Dispensings:** 120 TAB in 100 days

| | | |
|---|---|---|
| Complex: MIA--MIAMI FCI | | |
| Inmate: PRICE III, JAMES E | Begin Date: 03/25/2020 | End Date: 03/25/2021 |
| | Reg #: 98922-004 | Quarter: E01-003L |

## Active Prescriptions

**Lisinopril 20 MG Tab**
Take one tablet (20 MG) by mouth one time ***pill line***
Rx#: 143151-MIA  Doctor: Alarcon, Inerio MD/CD
Start: 01/04/21  Exp: 01/04/21
Pharmacy Dispensings: 0 TAB in 80 days

**Metoprolol Succ XL 24 Hour 100 MG Tab**
Take one tablet (100 MG) by mouth daily ***pill line*** ***pill line***
Rx#: 144178-MIA  Doctor: Alarcon, Inerio MD/CD
Start: 03/16/21  Exp: 06/14/21
Pharmacy Dispensings: 30 TAB in 9 days

**Metoprolol Succ XL 24 Hour 100 MG Tab**
Take one tablet (100 MG) by mouth daily
Rx#: 144179-MIA  Doctor: Alarcon, Inerio MD/CD
Start: 03/16/21  Exp: 04/15/21  D/C: 03/16/21
Pharmacy Dispensings: 0 TAB in 9 days

**Metoprolol Tartrate 25 MG Tab**
Take one tablet (25 MG) by mouth two times a day ***pill line*** ***pill line***
Rx#: 142064-MIA  Doctor: Alarcon, Inerio MD/CD
Start: 10/27/20  Exp: 04/25/21  D/C: 11/02/20
Pharmacy Dispensings: 60 TAB in 149 days

**Metoprolol Tartrate 50 MG Tab**
Take one tablet (50 MG) by mouth two times a day to control blood pressure ***pill line*** ***pill line***
Rx#: 142150-MIA  Doctor: Alarcon, Inerio MD/CD
Start: 11/02/20  Exp: 01/31/21  D/C: 12/07/20
Pharmacy Dispensings: 120 TAB in 143 days

**Metoprolol Tartrate 25 MG Tab**
Take one tablet (25 MG) by mouth two times a day to control blood pressure ***pill line***
Rx#: 142777-MIA  Doctor: Alarcon, Inerio MD/CD
Start: 12/07/20  Exp: 12/14/20
Pharmacy Dispensings: 0 TAB in 108 days

**Metoprolol Tartrate 50 MG Tab**
Take one tablet (50 MG) by mouth two times a day to control blood pressure ***pill line***
Rx#: 142922-MIA  Doctor: Alarcon, Inerio MD/CD
Start: 12/15/20  Exp: 06/13/21  D/C: 01/20/21
Pharmacy Dispensings: 120 TAB in 100 days

**Metoprolol Tartrate 25 MG Tab**
Take three tablets (75 MG) by mouth twice daily ***pill line***
Rx#: 143524-MIA  Doctor: Hong, D. PA-C
Start: 02/04/21  Exp: 02/04/22  D/C: 03/01/21
Pharmacy Dispensings: 360 TAB in 49 days

**Metoprolol Tartrate 50 MG Tab**
Take one tablet (50 MG) by mouth twice daily ***pill line*** ***pill line***
Rx#: 144140-MIA  Doctor: Alarcon, Inerio MD/CD

| Complex: | MIA--MIAMI FCI | | Begin Date: | 03/25/2020 | End Date: | 03/25/2021 |
|---|---|---|---|---|---|---|
| Inmate: | PRICE III, JAMES E | | Reg #: | 98922-004 | Quarter: | E01-003L |

## Active Prescriptions

**Start:** 03/12/21  **Exp:** 09/08/21  **D/C:** 03/16/21  **Pharmacy Dispensings:** 60 TAB in 13 days

Metoprolol Tartrate 50 MG Tab
Take one tablet (50 MG) by mouth once ***pill line***
**Rx#:** 144164-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/12/21  **Exp:** 03/12/21  **Pharmacy Dispensings:** 0 TAB in 13 days

NIFEdipine 90 MG ER 24 Hour Tab
Take one tablet (90 MG) by mouth daily ***pill line***
**Rx#:** 143254-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 01/19/21  **Exp:** 07/18/21  **D/C:** 03/01/21  **Pharmacy Dispensings:** 60 TAB in 65 days

NIFEdipine 90 MG ER 24 Hour Tab
Take one tablet (90 MG) by mouth daily
**Rx#:** 143268-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 01/20/21  **Exp:** 02/19/21  **D/C:** 01/20/21  **Pharmacy Dispensings:** 0 TAB in 64 days

NIFEdipine 30 MG ER 24 Hour Tab
Take one tablet (30 MG) by mouth daily or as directed
**Rx#:** 143685-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/14/21  **Exp:** 03/17/21  **Pharmacy Dispensings:** 3 TAB in 11 days

NIFEdipine 90 MG ER 24 Hour Tab
Take one tablet (90 MG) by mouth daily
**Rx#:** 144165-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/15/21  **Exp:** 04/14/21  **Pharmacy Dispensings:** 30 TAB in 10 days

Rosuvastatin Calcium 20 MG Tab
Take one tablet (20 MG) by mouth at bedtime for control of cholesterol
**Rx#:** 143523-MIA  **Doctor:** Hong, D PA-C
**Start:** 02/04/21  **Exp:** 02/04/22  **D/C:** 03/12/21  **Pharmacy Dispensings:** 60 TAB in 49 days

Rosuvastatin Calcium 20 MG Tab
Take one tablet (20 MG) by mouth at bedtime for control of cholesterol
**Rx#:** 144141-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/12/21  **Exp:** 03/12/22  **Pharmacy Dispensings:** 30 TAB in 13 days

# Exhibit C

# Certificate of Completion



PROUDLY PRESENTED TO

# Radika Rampersad

FOR THE SUCCESSFUL COMPLETION OF THE
NATIONAL CAREGIVER CERTIFICATION PROGRAM

myCNAjobs — Want to hire great people like Radika? Learn more at

COMPLETED: 04/06/2021



# CERTIFICATE OF COMPLETION

This certificate indicates that

**Radika Rampersad**

has successfully completed the Epilepsy Foundation's

*Seizure Recognition and First Aid Certification Training*

Date of Issuance: July 23, 2020

**Valid for 2 Years**

Epilepsy Foundation

8301 Professional Place West, Suite 230, Landover, MD 20785

Powered by Qualtrics